## LIST OF EXHIBITS

| Exhibits | Description of Exhibits |
|---|---|
| A | Copy of the Immigration Judge's Custody Order |
| B | Copy of the Notice to Appear (NTA) served on Petitioner |
| C | Copy of Petitioner's Form I-589, Application for Asylum and for Withholding of Removal |
| D | Copy of USCIS Receipt Notice for Form I-589 |
| E | Copy of USCIS Receipt Notice for EB-2 NIW Petition (Form I-140) |
| F | Copy of Mortgage Confirmation for residence at 306 Tidal Rice Court, Charleston, SC |
| G | Coastal Electricians, Inc. business documents (ownership/operation by Petitioner) |
| H | Copy of Petitioner's Hunting License from South Carolina |
| I | Copy of Petitioner's Hunter Identification Card from Armenia |
| J | Recommendation Letters from Community Members attesting to Petitioner's character |
| K | Copy of Petitioner's I-94 Arrival/Departure Record |
| L | Sponsor's Affidavit of Support and Related Financial Documents |
| M | Copy of Petitioner's Bond Redetermination Request filed with Immigration Court |
| N | Federal Tax Return for Garik Mkrtchyan and Anahit Sirunyan |
| O | Copy of the Petitioner's Passport and U.S. visa |
| P | Screenshot from the ICE Detainee Locator (https://locator.ice.gov) confirming that Petitioner is detained at the Folkston ICE Processing Center. |

# Exhibit A

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**STEWART IMMIGRATION COURT**

Respondent Name:

MKRTCHYAN, GARIK

To:

Haroutunian, Vano I.
810 Seventh Avenue
Suite 405
New York, NY 10019

A-Number:

246-500-035

Riders:

In Custody Redetermination Proceedings

Date:

09/10/2025

☐    Unable to forward  - no address provided.

☐    Attached is a copy of the **decision of the Immigration Judge**. This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

> Board of Immigration Appeals
> Office of the Clerk
> P.O. Box 8530
> Falls Church, VA 22041

☐    Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

> Immigration Court

☐    Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available. However, you may file a petition for review within 30 days with the appropriate Circuit Court of Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA § 242.

☐     Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review**. This is a final order. No appeal is available.

☑   Other:     IJ bond memo

Date     09/10/2025

Immigration Judge: HEWITT, ANDREW   09/10/2025

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [   ] Noncitizen | [   ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : MKRTCHYAN, GARIK | A-Number : 246-500-035

Riders:

Date: 09/10/2025 By: HANCOCK, TIMESHA, Court Staff

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**UNITED STATES IMMIGRATION COURT**
**ATLANTA, GEORGIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Bond Proceedings |
| | ) | |
| **MKRTCHYAN, Garik** | ) | File No. A 246-500-035 |
| | ) | |
| **Respondent** | ) | |
| _____ | ) | |

APPLICATION:    Custody Redetermination

## APPEARANCES

**ON BEHALF OF THE RESPONDENT:**
Varo I. Haroutunian, Esquire
Ballon Stoll, P.C.
810 Seventh Avenue, Suite 405
New York, NY. 10019

**ON BEHALF OF THE GOVERNMENT:**
Assistant Chief Counsel
U.S. Department of Homeland Security
180 Ted Turner Drive SW
Atlanta, Georgia 30303

## DECISION OF THE IMMIGRATION JUDGE

### I.   PROCEDURAL HISTORY

On August 7, 2025, Garik Mkrtchyan ("Respondent"), through counsel, filed a motion for custody redetermination. *See* Exh. 1. Following a bond hearing on August 19, 2025, the Court issued an order denying the request for change in custody status. *See* Order of the Immigration Judge, Aug. 19, 2025. The Court found that Respondent had not established that he was not a flight risk. *Id*; *Digital Audio Recording ("DAR") Custody Hearing,* August 19, 2025. Respondent reserved appeal and has now appealed this Court's decision to the Board of Immigrations Appeals ("Board"). In light of the foregoing, the Court will issue the following memorandum supporting the Court's decision denying the Respondent's request for a bond.

### II.    DISCUSSION

Respondent is subject to the provisions of section 236(a) of the Act, which provides that the Attorney General may, in the discretion delegated to an immigration court, release a detained alien pending a final decision on removability. *See Matter of Joseph*, 22 I&N Dec. 799 (BIA 1999). Aliens do not have the "right" to be released on bond. *See Matter of D-J-*, 23 I&N Dec. 572, 575 (BIA 2003) (citing *Carlson v. Landon*, 342 U.S. 524, 534 (1952)). To qualify for release, an alien must establish to the satisfaction of the Immigration Judge that he or she does not pose a danger to the community, is not a threat to national security, and does not pose a flight risk. *See Matter of*

*Guerra*, 24 I&N Dec. 37, 38 (BIA 2006).

In making a determination regarding these issues, the Immigration Judge may consider the following nonexclusive factors:

> (1) whether the alien has a fixed address in the United States; (2) the alien's length of residence in the United States; (3) the alien's family ties in the United States, and whether they may entitle the alien to reside permanently in the United States in the future; (4) the alien's employment history; (5) the alien's record of appearance in court; (6) the alien's criminal record, including the extensiveness of criminal activity, the recency of such activity, and the seriousness of the offenses; (7) the alien's history of immigration violations; (8) any attempts by the alien to flee prosecution or otherwise escape from authorities; and (9) the alien's manner of entry to the United States.

*Id.* at 40 (citing *Matter of Saelee*, 2 I&N Dec. 1258 (BIA 2000); *Matter of Drysdale*, 20 I&N Dec. 815 (BIA 1994); *Matter of Andrade*, 19 I&N Dec. 488 (BIA 1987)). In addition, the Immigration Judge may consider an alien's character and potential eligibility for relief as factors in determining the necessity for or the amount of the bond. *See Andrade*, 19 I&N Dec. at 489–90. In assessing these factors, the Immigration Judge may base his or her decision on "any information that is available to the Immigration Judge or that is presented to him or her by the alien or [the Department]." *See* 8 C.F.R. § 1003.19(d).

The Board's decision in *D-J-*, 23 I&N Dec. at 577, makes clear that an alien must demonstrate that he is not a flight risk in order to be eligible for bond. Respondent has not done so. Respondent is a recent entrant, having entered the United States on August 1, 2022, with no intention of leaving when his visa expired. The Court recognizes that Respondent has some positive factors in his case. Respondent has some family members in the United States, including his wife and children who came with him in 2022. *See* Exh. 2 at 23–24. Respondent also has a brother in-law who is willing to provide emotional and financial support to Respondent. *Id.* at 5-21.

However, the Court notes that there are also significant negative factors in Respondent's case. Specifically, Respondent has very recent ties in the United States and next to no strong connections. Further, Respondent overstayed his visitor visa after arriving in 2022 and has been living in the United States without status for over two years. *Id.* at 34; *see also* Exh. 2 at 2. The Court notes that while Respondent's spouse refers to herself as being "a lawful resident of the United States since 2022, along with [her] husband and [their] three children," the entire family are instead simply visitor visa overstays having all entered together in 2022. *See* Exh. 2 at 23, 34. Respondent's wife is therefore not a "lawful resident" of the United States and appears to be simply a recent entrant and a derivative beneficiary on a pending asylum application. In addition, Respondent recently filed a Form I-140, Petition for Alien Workers in February 2025. *See* Exh. 2 at 29, 35. The receipt of the filing is in the record but there is no additional information to gauge the strength of the petition, much less the likelihood of success before U.S. CIS. The Court also notes the petitioner is Respondent's own company, a company he only recently created shortly

after entering the United States on a limited duration visitor visa. *See* Exh. 2 at 29, 34 (I-94 entry date of August 1, 2022 and company creation date of September 15, 2022).

More importantly, Respondent claimed that he filed a Form I-589, Application for Asylum and for Withholding of Removal in 2022. *See* Exh. 1 at 2; *see also DAR, Custody Hearing,* August 19, 2025. However, there is no information about the application in the record and there is no evidence of a pending I-589 such as a receipt notice or a copy of the application itself. Therefore, the Court cannot speculate as to Respondent's likelihood of relief because he was also in the United States in 2017/2018 and 2021 without filing for asylum. *See Matter of Ellis*, 20 I&N Dec. 641, 642–43 (BIA 1993) (noting that the likelihood that the respondent is eligible for form of relief from deportation is a factor that contributes to the likelihood that the respondent will not appear for his deportation hearing). The Court is unable to ascertain whether any alleged incidents of past harm or mistreatment in Respondent's home country occurred prior to or after previous trips to the United States. As such, the Court does not find that Respondent's positive factors overcome his negative equities. Weak equities and strong negative factors do not give Respondent an incentive to appear for future proceedings if he is released from custody. *See Matter of R-A-V-P-*, 27 I&N Dec. 803, 807 (BIA 2020). Respondent is a recent entrant with highly speculative forms of relief and protection from removal. *See Matter of E-F-Y-G-*, 29 I&N Dec. 103, 104 (BIA 2025) (reversing Immigration Judges grant of bond when the record reflects, among other things, that the respondent has a short length of residency in the United States).

Therefore, the Court will deny Respondent's request for bond and enter the following order.

## <u>ORDER:</u>

**IT IS HEREBY ORDERED** Respondent's request for bond redetermination be **<u>DENIED</u>** and no bond is set.

_____                      _____
Date                                                                         Andrew J. Hewitt
                                                                                United States Immigration Judge
                                                                                Atlanta, Georgia

**Order of the Immigration Judge**



Immigration Judge: HEWITT, ANDREW  09/10/2025

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service
To: [  ] Noncitizen | [  ] Noncitizen c/o custodial officer | [ E ] Noncitizen atty/rep. | [ E ] DHS
Respondent Name : MKRTCHYAN, GARIK | A-Number :246500035
Riders:

Date:  09/10/2025  By:  HANCOCK, TIMESHA, Court Staff

# Exhibit B

DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

**DOB:** 01/01/1984

**Event No:** CHL2508000034

---

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 399697034      **FINS:** 1102174691      File No: 246 500 035

In the Matter of:

Respondent: **GARIK MKRTCHYAN** _____ currently residing at:

3026 Hwy 252 East Folkston, GEORGIA 31537
     (Number, street, city, state and ZIP code)       (Area code and phone number)

☐ You are an arriving alien.

☐ You are an alien present in the United States who has not been admitted or paroled.

☒ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of ARMENIA and a citizen of ARMENIA;

3. You were admitted to the United States at Philadelphia, PA on or about August 1, 2022, as a nonimmigrant Visitor for Pleasure (B2) with authorization to remain in the United States for a temporary period not to exceed January 31, 2023.

4. You remained in the United States beyond the authorized admission period without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

146 CCA RD PO BOX 248,   LUMPKIN, GEORGIA 31815. STEWART IMMIGRATION COURT
_(Complete Address of Immigration Court, including Room Number, if any)_

on August 28, 2025 at 9:00 am to show why you should not be removed from the United States based on the
  _(Date)_      _(Time)_

charge(s) set forth above.      BRYAN MOSER   Supervisory Detention and Depor
                               _(Signature and Title of Issuing Officer)_

Date:   August 6, 2025                 Charleston, SC
                                   _(City and State)_

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
*(Signature of Respondent)*

_____
*(Signature and Title of Immigration Officer)*

Date: _____

## Certificate of Service

This Notice To Appear was served on the respondent by me on __August 6, 2025__, in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person ☐ by certified mail, returned receipt # _____ requested ☐ by regular mail
☐ Attached is a credible fear worksheet.
☐ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the **ARMENIAN** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
*(Signature of Respondent if Personally Served)*

KELVIN RODRIGUEZ-TORRES -
Deportation Officer
*(Signature and Title of officer)*

DHS Form I-862 (6/22)                                                                                           Page 2 of 3

## Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

# Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review



OMB No. 1615-0067; Expires 01/31/2023

## I-589, Application for Asylum
## and for Withholding of Removal

**START HERE - Type or print in black ink.  See the instructions for information about eligibility and how to complete and file this application.  There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

### Part A.I. Information About You

| **1.** Alien Registration Number(s) (A-Number) *(if any)* | **2.** U.S. Social Security Number *(if any)* | **3.** USCIS Online Account Number *(if any)* |
|---|---|---|
| | | |

| **4.** Complete Last Name | **5.** First Name | **6.** Middle Name |
|---|---|---|
| MKRTCHYAN | GARIK | NONE |

**7.** What other names have you used *(include maiden name and aliases)?*
NONE

**8.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name | | | Apt. Number |
|---|---|---|---|
| 2233 KINGS GATE LANE | | | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| MOUNTPLEASANT | SC | 29466 | ( 843 ) 718 8464 |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| In Care Of *(if applicable):* | Telephone Number |
|---|---|
| | (      ) |

| Street Number and Name | Apt. Number |
|---|---|
| SAME AS ABOVE | |

| City | State | Zip Code |
|---|---|---|
| | | |

| **10.** Gender: ☒ Male ☐ Female | **11.** Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
|---|---|

| **12.** Date of Birth *(mm/dd/yyyy)* | **13.** City and Country of Birth |
|---|---|
| 01/01/1984 | GORIS,ARMENIAN SSR,USSR |

| **14.** Present Nationality *(Citizenship)* | **15.** Nationality at Birth | **16.** Race, Ethnic, or Tribal Group | **17.** Religion |
|---|---|---|---|
| ARMENIA | USSR | ARMENIAN | CHRISTIAN |

**18.** Check the box, a through c, that applies:  **a.** ☒  I have never been in Immigration Court proceedings.

    **b.** ☐  I am now in Immigration Court proceedings.  **c.** ☐  I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*

    **a.** When did you last leave your country? *(mm/dd/yyyy)* **08/01/2022**  **b.** What is your current I-94 Number, if any? **951755824A2**

    **e.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.*
    *(Attach additional sheets as needed.)*

| Date | | Place | | Status | | Date Status Expires | |
|---|---|---|---|---|---|---|---|
| 08/01/2022 | Place | PHI | Status | B-2 | Date Status Expires | 01/31/2023 | |
| 03/05/2021 | Place | BOS | Status | B-2 | | | |
| 12/25/2017 | Place | NEW YORK | Status | B-2 | | | |

| **20.** What country issued your last passport or travel document? | **21.** Passport Number  BA3290425    AK0454811 | **22.** Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| ARMENIA | Travel Document Number  NONE | 09/05/2029 |

| **23.** What is your native language *(include dialect, if applicable)?* | **24.** Are you fluent in English? | **25.** What other languages do you speak fluently? |
|---|---|---|
| ARMENIAN | ☐ Yes ☒ No | RUSSIAN |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____  Asylum Officer ID No.: _____ | Decision: Approval Date: _____  Denial Date: _____  Referral Date: _____ |
|---|---|---|---|

Form I-589 Edition 07/26/22

## Part A.II. Information About Your Spouse and Children

**Your spouse**    ☐ I am not married. *(Skip to Your Children below.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | BA3527655   AM0325163 | 12/05/1984 | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Other names used *(include maiden name and aliases)* |
|---|---|---|---|
| SIRUNYAN | ANAHIT | NONE | NONE |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| 06/02/2006 | YEREVAN, ARMENIA | YEREVAN, ARMENIAN SSR, USSR |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| ARMENIA | ARMENIAN | ☐ Male   ☒ Female |

15. Is this person in the U.S.?

☒ Yes *(Complete Blocks 16 to 24.)*   ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| PHI | 08/01/2022 | 951755256A2 | B-2 |

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| VISITOR | 01/31/2023 | ☐ Yes   ☒ No | 03/05/2021 |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

---

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☒ I have children.   Total number of children: 3

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | AU0661006 | SINGLE | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| MKRTCHYAN | ROBERT | NONE | 03/23/2007 |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| YEREVAN, ARMENIA | ARMENIA | ARMENIAN | ☒ Male   ☐ Female |

13. Is this child in the U.S. ?   ☒ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| PHI | 08/01/2022 | 951759344A2 | B-2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| VISITOR | 01/31/2023 | ☐ Yes   ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

---

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* AT0629162 | 3. Marital Status *(Married, Single, Divorced, Widowed)* SINGLE | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name MKRTCHYAN | 6. First Name RAFAYEL | 7. Middle Name NONE | 8. Date of Birth *(mm/dd/yyyy)* 03/03/2015 |
| 9. City and Country of Birth YEREVAN, ARMENIA | 10. Nationality *(Citizenship)* ARMENIA | 11. Race, Ethnic, or Tribal Group ARMENIAN | 12. Gender  [X] Male   [ ] Female |

13. Is this child in the U.S. ? [X] Yes *(Complete Blocks 14 to 21.)*   [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. PHI | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* 08/01/2022 | 16. I-94 Number *(If any)* 951753936A2 | 17. Status when last admitted *(Visa type, if any)* B-2 |
|---|---|---|---|
| 18. What is your child's current status? VISITOR | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* 01/31/2023 | 20. Is your child in Immigration Court proceedings? [ ] Yes  [X] No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

[X] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[ ] No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* AU0660762   AR0602080 | 3. Marital Status *(Married, Single, Divorced, Widowed)* SINGLE | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name MKRTCHYAN | 6. First Name MARI | 7. Middle Name NONE | 8. Date of Birth *(mm/dd/yyyy)* 12/24/2010 |
| 9. City and Country of Birth YEREVAN, ARMENIA | 10. Nationality *(Citizenship)* ARMENIA | 11. Race, Ethnic, or Tribal Group ARMENIAN | 12. Gender  [ ] Male   [X] Female |

13. Is this child in the U.S. ? [X] Yes *(Complete Blocks 14 to 21.)*   [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. PHI | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* 08/01/2022 | 16. I-94 Number *(If any)* N/A | 17. Status when last admitted *(Visa type, if any)* B-2 |
|---|---|---|---|
| 18. What is your child's current status? VISITOR | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* 01/31/2023 | 20. Is your child in Immigration Court proceedings? [ ] Yes  [X] No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

[X] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[ ] No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender  [ ] Male   [ ] Female |

13. Is this child in the U.S. ? [ ] Yes *(Complete Blocks 14 to 21.)*   [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? [ ] Yes  [ ] No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

[ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[ ] No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 41 NAZARBEKYAN ST APT21 | YEREVAN | YEREVAN | ARMENIA | 08/2019 | 07/2022 |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 2233 KINGS GATE LANE | MOUNT PLEASENT | SC | USA | 08/2022 | 11/2022 |
| 41 NAZARBEKYAN ST APT21 | YEREVAN | YEREVAN | ARMENIA | 08/2019 | 07/2022 |
| 15 BASHINJAGHYAN ST 56 | YEREVAN | YEREVAN | ARMENIA | 05/2009 | 08/2019 |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| UNIVERSITY OF ECONOMICS | UNIVERSITY | YEREVAN ARMENIA | 09/2000 | 06/2005 |
| COLLEGE OF ECONOMICS | COLLEGE | YEREVAN ARMENIA | 09/1999 | 06/2000 |
| 137 SCHOOL | HIGH SCHOOL | YEREVAN ARMENIA | 09/1994 | 06/1999 |
| 139 SCHOOL | MIDDLE SCHOOL | YEREVAN ARMENIA | 09/1990 | 06/1994 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| NONE | NONE | 08/2022 | 11/2022 |
| PROFAL LLC YEREVAN ARMENIA | SALES DIRECTOR | 06/2021 | 07/2022 |
| MTS COMPANY | SUPERVISER | 05/2007 | 06/2021 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* BARSEGHYAN EMMA | NAKHIJEVAN, AZERBAIJAN SSR, USSR | ☒ Deceased |
| *Father* MKRTCHYAN GARNIK | GORIS, ARMENIAN SSR, USSR | ☒ Deceased |
| *Sibling* MKRTCHYAN ARMEN | GORIS, ARMENIAN SSR, USSR | ☐ Deceased  YEREVAN ARMENIA |
| *Sibling* MKRTCHYAN MANUSHAK | GORIS, ARMENIAN SSR, USSR | ☐ Deceased  YEREVAN ARMENIA |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | | | |
|---|---|---|---|
| ☐ Race | | ☒ Political opinion | |
| ☐ Religion | | ☒ Membership in a particular social group | |
| ☐ Nationality | | ☒ Torture Convention | |

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No        ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

```
My name is Mkrtchyan Garik, and I am a citizen of Armenia. Because of my political opinion and
activities I was persecuted by the Armenian law enforcement. I was also attacked and beaten by
the supporters of the current government.
```

B. Do you fear harm or mistreatment if you return to your home country?

☐ No        ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

```
I would be jailed or maybe even killed, if I return to Armenia.
```

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☐ No            ☒ Yes

If "Yes," explain the circumstances and reasons for the action.

> I was arrested illegally several times, interrogated , mistreated and beaten by the Armenian police. I have not been charged.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No            ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> I supported opposition in Armenia.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☒ No            ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No            ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> Armenian law enforcement often uses torture during the detentions, and I am afraid that I would be tortured too.

## Part C. Additional Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1.  Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

    ☒ No          ☐ Yes

    If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

    ☒ No          ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

    ☒ No          ☐ Yes

    If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3.  Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

    ☒ No          ☐ Yes

    If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

[X] No          [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

[X] No          [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

[X] No          [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.



## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application a
evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides i
Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Ti
United States Code, knowingly subscribes as true, any false statement with respect to a material fact
application, affidavit, or other document required by the immigration laws or regulations prescribed thereun
knowingly presents any such application, affidavit, or other document containing any such false statem
which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this 1
imprisoned for up to 25 years. I authorize the release of any information from my immigration record the
Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States **unlawfully** are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| MKRTCHYAN GARIK | *Մկրտչյան Գարիկ* |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

_____    _____    _____    _____
(Name)                (Relationship)         (Name)                (Relationship)

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☒ No  ☐ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☒ No  ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ _____ ]          *11.14.2022*
      Sign your name so it all appears within the brackets          Date (mm/dd/yyyy)

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | | Print Complete Name of Preparer | | |
|---|---|---|---|---|
| Daytime Telephone Number<br>(    ) | | Address of Preparer: Street Number and Name | | |
| Apt. Number | City | | State | Zip Code |

| **To be completed by an attorney or accredited representative** (if any). | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                    Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet          Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                    Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet          Signature of Immigration Judge

Supplement A, Form I-589

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name<br>GARIK  NONE MKRTCHYAN | Applicant's Signature |

## List All of Your Children, Regardless of Age or Marital Status
*(NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

**21.** If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

**21.** If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Supplement B, Form I-589**

| Additional Information About Your Claim to Asylum | |
|---|---|
| A-Number *(if available)* | Date |
| Applicant's Name<br><br>GARIK  NONE MKRTCHYAN | Applicant's Signature |

**NOTE:** *Use this as a continuation page for any additional information requested.  Copy and complete as needed.*

Part      _____

Question    _____

# Exhibit D

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| Receipt Number | Case Type |
|---|---|
| ZAR2357650580 | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |

| Received Date | Priority Date | Applicant A246 500 035 |
|---|---|---|
| 11/21/2022 | | MKRTCHYAN, GARIK |

| Notice Date | Page | |
|---|---|---|
| 02/22/2023 | 1 of 1 | |

GARIK MKRTCHYAN
2233 KINGS GATE LANE
MOUNTPLEASANT SC  29466

**Notice Type:** Receipt Notice

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 11/21/2022

You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. If you filed your asylum application online, update your address in your USCIS online account profile accessible at myaccount.uscis.gov/

You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

Applicant(s):

| Alien Number | Name |
|---|---|
| A246 500 035 | MKRTCHYAN, GARIK |
| A246 500 036 | SIRUNYAN, ANAHIT |
| A246 500 039 | MKRTCHYAN, MARI |
| A246 500 038 | MKRTCHYAN, RAFAYEL |
| A246 500 037 | MKRTCHYAN, ROBERT |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Arlington Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1525 Wilson Boulevard, Suite 300
MS 2500
Arlington VA 20598-2500

USCIS Contact Center: www.uscis.gov/contactcenter



Exhibit E

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 28, 2025 |

| CASE TYPE | |
|---|---|
| I-140, Immigrant Petition for Alien Worker | USCIS ALIEN NUMBER |
| | A246500035 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0930385859 | February 26, 2025 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| February 26, 2025 | 203 B2 NATL INTEREST WAIVER | January 01, 1984 |

GARIK MKRTCHYAN
C/O VANO I. HAROUTUNIAN BALLON STOLL P C
810 SEVENTH AVENUE STE 405      2    00000512
NEW YORK, NY 10019

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,015.00 |
| Total Amount Received: | $1,015.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

```
Name                    Date of Birth     Country of Birth     Class (If Applicable)
MKRTCHYAN, GARIK        1/1/1984          ARMENIA
```

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
Texas Service Center
6046 N. Beltline Rd STE. 110
Irving, TX 75038

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





Exhibit F

American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

**Matthews Law, LLC**
**ALTA Universal ID**
**421 Johnnie Dodds Blvd. Ste. 301**
**Mount Pleasant, SC 29464**

| | |
|---|---|
| **File No./Escrow No.:** | 2024 - MKRTCHYAN |
| **Print Date & Time:** | April 22, 2024 at 04:56 PM |
| **Officer/Escrow Officer:** | Jason T. Matthews |
| **Settlement Location:** | 421 Johnnie Dodds Blvd., Ste 301 |
| | Mt. Pleasant, SC 29464 |
| **Property Address:** | 306 Tidal Ride Ct. |
| | Wando, SC 29492 |
| **Borrower:** | Garik Mkrtchyan and Anahit Sirunyan |
| **Seller:** | Charles Lee Dixon, Jr. and Christi R. Dixon |
| **Lender:** | ResiCentral. LLC |
| **Settlement Date:** | April 22, 2024 |
| **Disbursement Date:** | April 22, 2024 |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $ 600,000.00 | Sale Price of Property | $ 600,000.00 | |
| | | Deposit | | $ 6,000.00 |
| | | Loan Amount | | $ 582,000.00 |
| $ 10,000.00 | | Seller Credit | | $ 10,000.00 |
| | | Lender Credits | | $ 7,857.00 |
| | | **Prorations/Adjustments** | | |
| $ 575.53 | | County Taxes | | $ 575.53 |
| | | 01/01/24 to 04/23/24 | | |
| $ 58.55 | | HOA 2nd Quarter Dues | $ 183.64 | |
| | | 04/01/24-06/30/24 | | |
| | | **Loan Charges to ResiCentral. LLC** | | |
| | | Lender Fee | $ 1,095.00 | |
| | | Prepaid Interest | $ 1,003.14 | |
| | | **Other Loan Charges** | | |
| | | Broker Fee          to  Mint Mortgage | $ 11,640.00 | |
| | | Appraisal Fee       to  Nationwide Appraisal | | |
| | | POC $ 595.00 Paid by Borrower before closing | | |
| | | Credit Report       to  Mint Mortgage Group | $ 139.52 | |
| | | Flood Cert          to  CoreLogic | $ 12.00 | |
| | | Tax Service         to  CoreLogic | $ 72.00 | |

Copyright 2015 American Land Title Association
All rights reserved.

ALTA Settlement Statement Combined - Continued

| | Seller | | | Borrower/Buyer | |
|---|---|---|---|---|---|
| Debit | | Credit | | Debit | Credit |

| | **Impounds** | | | |
|---|---|---|---|---|
| | Homeowner's Insurance | | $ 564.18 | |
| | 3   mo  @    $ 188.06 /mo | | | |
| | Property Taxes | | $ 1,087.38 | |
| | 7   mo  @    $ 155.34 /mo | | | |
| | Aggregate Adjustment | | $ -621.36 | |

| | **Title Charges & Escrow / Settlement Charges** | | | |
|---|---|---|---|---|
| | Title - Owner's Title Insurance (optional) | | $ 138.88 | |
| | to  Chicago Title Insurance Company-130960.1.72.40 | | | |
| | Coverage:    $ 600,000.00 | | | |
| | Premium:       $ 1,620.00 | | | |
| | Title - Lender's Title Insurance | | $ 1,581.12 | |
| | to  Chicago Title Insurance Company-130960.1.72.40 | | | |
| | Coverage:    $ 582,000.00 | | | |
| | Premium:       $ 100.00 | | | |
| | Title - Abstractor Fee | to  Jean Carter | $ 271.00 | |
| | Title - Attorney Fee | to  Matthews Law, LLC | $ 550.00 | |
| | Title - Courier Fee | to  Matthews Law, LLC | $ 60.00 | |
| | Title - CPL | to  Chicago Title Insurance Company-130960.1.72.40 | $ 35.00 | |
| $ 40.00 | Title - Overnight Fee | to  Matthews Law, LLC | $ 40.00 | |
| $ 25.00 | Title - Satisfaction Processing Fee | to  Matthews Law, LLC | | |
| $ 530.00 | Title - Seller Doc Prep | to  Bell Carrington Price Gregg | | |
| | Title - Title Binder | to  Matthews Law, LLC | $ 200.00 | |
| $ 60.00 | Title - Wire Processing Fee | to  Matthews Law, LLC | $ 60.00 | |

| | **Commission** | | | |
|---|---|---|---|---|
| $ 15,000.00 | Commission | to  Realty One Coastal | | |
| $ 15,000.00 | Commission | to  eXp Realty | | |

| | **Government Recording and Transfer Charges** | | | |
|---|---|---|---|---|
| $ 15.00 | Recording Fees | to  Berkeley County Register of Deeds | $ 25.00 | |
| | Deed:$15.00 Mortgage:$25.00 | | | |
| $ 5.00 | E-Record Fee | to  Berkeley County Register of Deeds | $ 5.00 | |

Copyright 2015 American Land Title Association
All rights reserved

(2024 - MKRTCHYAN.PTLV.2024 - MKRTCHYAN/26)
Printed on 04/22/24 at 04:56 PM

ALTA Settlement Statement Combined - Continued

| Seller | | | | Borrower/Buyer | |
| Debit | Credit | | | Debit | Credit |
|---|---|---|---|---|---|
| $ 2,220.00 | | Transfer Tax | to  Berkeley County Register of Deeds | | |
| | | Transfer Tax | | | |

| | | **Payoffs** | | | |
|---|---|---|---|---|---|
| $ 373,811.27 | | Payoff of First Mortgage Loan | to  Citizens Mortgage | | |
| | | Loan Payoff | $ 373,811.27 | | |
| | | As of  04/30/24 | | | |
| | | Include additional interest for | | | |
| | | -8    Days @  28.090000  Per Diem/Day   Plus 8    Extra Days | | | |
| $ 74,858.50 | | Payoff of Second Mortgage Loan | to  Eastman Credit Union | | |
| | | Loan Payoff | $ 74,858.50 | | |
| | | As of  04/30/24 | | | |
| | | Include additional interest for | | | |
| | | -8    Days @  19.390000  Per Diem/Day   Plus 8    Extra Days | | | |
| $ 74,748.82 | | Solar Payoff | to  GoodLeap | | |
| | | Loan Payoff | $ 74,748.82 | | |
| | | As of  04/01/24 | | | |
| | | Include additional interest for | | | |
| | | 21    Days @             Per Diem/Day | | | |

| | | **Miscellaneous** | | | |
|---|---|---|---|---|---|
| | $ 2,134.36 | HOA payoff | to  Law Firm Carolinas, P.A. | | |
| | $ 660.00 | Home Warranty | to  Choice Home Warranty | | |
| | | HOA COA - Reimbursement | to  Matthews Law | $ 300.00 | |
| | $ 760.00 | LA - Closing Admin Fee | to  Realty one Coastal Group | | |
| | | CL100 | to  Carolina Premier Pest | | |
| | | POC $ 95.00 | | | |
| | | Paid by Seller before closing | | | |
| | | HOA Transfer Fee | to  First Service Residential | $ 25.00 | |
| | | Homeowner's Insurance Premium | to  Onon180 | $ 2,256.74 | |
| | | ( mo.) | | | |

| $ 570,502.03 | $ 600,000.00 | **Subtotals** | | $ 620,723.24 | $ 606,432.53 |
|---|---|---|---|---|---|
| | | **Balance Due FROM** | | | $ 14,290.71 |
| $ 29,497.97 | | **Balance Due TO** | | | |
| $ 600,000.00 | $ 600,000.00 | **TOTALS** | | $ 620,723.24 | $ 620,723.24 |

Copyright 2015 American Land Title Association
All rights reserved.

(2024 - MKRTCHYAN.PFD/2024 - MKRTCHYAN/26)
Printed on 04/22/24 at 04:56 PM

| | Seller | | | Borrower/Buyer | |
|---|---|---|---|---|---|
| Debit | | Credit | | Debit | Credit |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Matthews Law, LLC to cause the funds to be disbursed in accordance with this statement.

_____
Garik Mkrtchyan

_____
Anahit Sirunyan

_____
Charles Lee Dixon, Jr.

_____
Christi R. Dixon

_____
Jason T. Matthews, Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

LOAN #: 5040021453
MIN: 1015702-5040021453-9

# NOTE

April 22, 2024                                   Wando,                          South Carolina
[Note Date]                                      [City]                                    [State]

306 Tidal Rice Ct., Wando, SC 29492
[Property Address]

## 1.   BORROWER'S PROMISE TO PAY

In return for a loan in the amount of U.S. **$582,000.00**        (the "Principal") that I have received from **ResiCentral, LLC, a Limited Liability Corporation**

(the "Lender"), I promise to pay the Principal, plus interest, to the order of the Lender. I will make all payments under this Note in U.S. currency in the form of cash, check, money order, or other payment method accepted by Lender.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2.   INTEREST

Interest will be charged on unpaid Principal until the full amount of the Principal has been paid. I will pay interest at a yearly rate of **6.990 %.**

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3.   PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month. This amount is called my "Monthly Payment." I will make my Monthly Payment on the **1st**   day of each month beginning on  **June 1, 2024.**        I will make these payments every month until I have paid all of the Principal and interest and any other charges described below that I may owe under this Note. Each Monthly Payment will be applied as of its scheduled due date and will be applied to interest before the Principal. If, on **May 1, 2054,**        I still owe amounts under this Note, I will pay those amounts on that date, which is called the "Maturity Date."

I will make my Monthly Payments at  **4001 E. Broadway Rd. Suite B17**
**Phoenix, AZ 85040**

or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My Monthly Payment will be in the amount of U.S. **$3,868.15.**        This payment amount does not include any property taxes, insurance, or other charges that I may be required to pay each month.

## 4.   BORROWER'S RIGHT TO PREPAY

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "Prepayment." When I make a Prepayment, I will notify the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the Monthly Payments then due under this Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my Monthly Payment unless the Note Holder agrees in writing to those changes.

LOAN #: 5040021453

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Mortgage Deed, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses that might result if I do not keep the promises that I make in this Note. That Security Instrument also describes how and under what conditions I may be required to make immediate payment of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, Lender will not exercise this option if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender will give Borrower notice of acceleration. The notice will provide a period of not less than 30 days from the date the notice is given in accordance with Section 16 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to, or upon, the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower and will be entitled to collect all expenses incurred in pursuing such remedies, including, but not limited to: (a) reasonable attorneys' fees and costs; (b) property inspection and valuation fees; and (c) other fees incurred to protect Lender's interest in the Property and/or rights under this Security Instrument.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
GARIK MKRTCHYAN

_____ (Seal)
ANAHIT SIRUNYAN

*[Sign Original Only]*

Lender: ResiCentral, LLC
NMLS ID: 1907538
Broker: Mint Group Mortgage, LLC
NMLS ID: 2450421
Loan Originator: Gracen Jennings Watts
NMLS ID: 116577

MULTISTATE FIXED RATE NOTE – Single Family
Fannie Mae/Freddie Mac UNIFORM INSTRUMENT   Form 3200   07/2021
ICE Mortgage Technology, Inc.                            Page 3 of 3
Lender NMLS ID# 1907538

F3200v21NOTE   0522
F3200NOT (CLS)
04/22/2024 01:16 PM PST

# Exhibit G

**South Carolina Secretary of State**

# Business Entities Online

File, Search, and Retrieve Documents Electronically

---

# Coastal Electricians LLC

## Corporate Information

**Entity Id:** 01256873

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

## Important Dates

**Effective Date:** 09/15/2022

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

## Registered Agent

**Agent:** Garik Mkrtchyan

**Address:** 306 Tidal Rice Court
Wando, South Carolina   29492

---

**Official Documents On File**

| Filing Type | Filing Date |
|---|---|
| Notice of Change of Designated Office, Agent or Address of Registered Agent | 05/03/2024 |
| Amended Articles of Organization | 12/12/2023 |
| Notice of Change of Designated Office, Agent or Address of Registered Agent | 07/18/2023 |
| Articles of Organization | 09/15/2022 |

---

For filing questions please contact us at **803-734-2158**                    Copyright © 2025 State of South Carolina

# *The State of South Carolina*



## *Office of Secretary of State Mark Hammond*

## Certificate of Existence

**I, Mark Hammond, Secretary of State of South Carolina Hereby Certify that:**

Coastal Electricians LLC, a limited liability company duly organized under the laws of the State of South Carolina on September 15th, 2022, with a duration that is at will, has as of this date filed all reports due this office, paid all fees, taxes and penalties owed to the State, that the Secretary of State has not mailed notice to the company that it is subject to being dissolved by administrative action pursuant to S.C. Code Ann. §33-44-809, and that the company has not filed articles of termination as of the date hereof.

Given under my Hand and the Great Seal of the State of South Carolina this 15th day of September, 2022.

*Mark Hammond*

Mark Hammond, Secretary of State

Exhibit H



# South Carolina Department of Natural Resources

# Receipt

Print this page and keep the license portion with you as proof of the privileges you have purchased

## Today's Purchase Summary

| Item Purchased | Notes | Qty | Cost |
|---|---|---|---|
| Hard Card | VALID PERIOD: 10/1/2024 - 10/1/2024 | 1 | $6.00 |
| Annual Freshwater Fishing License (Res) | VALID PERIOD: 10/8/2024 - 10/8/2025 | 1 | $10.00 |
| Annual Saltwater Fishing License (Res) | VALID PERIOD: 10/8/2024 - 10/8/2025 | 1 | $15.00 |
| Annual Apprentice State Hunting License (Res) | VALID PERIOD: 12/24/2024 - 12/24/2025 | 1 | $12.00 |
| SCDNR Donation Round Up | VALID PERIOD:  - | 1 | $0.21 |
|  |  | **Fee:** | **$3.79** |
|  |  | **Total:** | **$47.00** |

**Operation Game Thief**
Protect South Carolina's
Natural Resources
1.800.922.5431 or #OGT

For questions regarding licenses or regulations, call 803.734.3833

**Cut here for license**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### South Carolina Department of Natural Resources

**Current Resident**
**200619037**

| | |
|---|---|
| Order #: | 21559644 |
| Name: | GARIK MKRTCHYAN |
| Address: | 2233 Kings Gate Ln |
| City: | Mount Pleasant |
| State: | SC |
| Zip: | 29466 |
| Date: | 10/01/2024 |
| Time: | 12:34:33 |

**Void if detached**

| Name of Active Privilege | Valid |
|---|---|
| Annual Freshwater Fishing License (Res) | 10/07/2023 - 10/07/2024 |
| Annual Saltwater Fishing License (Res) | 10/07/2023 - 10/07/2024 |
| Annual Apprentice State Hunting License (Res) | 12/23/2023 - 12/23/2024 |
| Hard Card | 10/01/2024 - 10/01/2024 |
| Annual Freshwater Fishing License (Res) | 10/08/2024 - 10/08/2025 |
| Annual Saltwater Fishing License (Res) | 10/08/2024 - 10/08/2025 |
| Annual Apprentice State Hunting License (Res) | 12/24/2024 - 12/24/2025 |
| SCDNR Donation Round Up | - |

**END OF PRIVILEGES LIST**

*Persons whose privileges are suspended are not eligible to apply, hold, or use a DNR license, permit, stamp, or tag.*

Signature: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Cut here for license**

For questions regarding licenses or regulations, call 803.734.3833

Exhibit I

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

## **TRANSLATION ACCURACY CERTIFICATION**

I, Daniiar Torobaev, being duly sworn, deposes and says:

I am a Kyrgyzstan citizen and was born on 11/30/1987 in Kyrgyzstan. I reside in Jersey City, NJ. Russian and Kyrgyz are my native languages. I have learned and studied English since 1994. I certify that I am fluent and competent in the Russian and English languages. I have lived in the United States since 2023.

I have prepared the following attached translation of the attached document from Russian into English and certify that it is a competent and accurate translation of the original documents:

- Garik Mkrtchyan's Hunting License from Armenia

*Daniiar Torobaev*

Daniiar Torobaev

Sworn to before me,
this 11th day of September 2025

Notary Public

OMAR S. BRUNSON
Notary Public, State of New York
No. 01BR6213086 Qualified in Queens County
Commission Expires November 2, 20.25

# HUNTING LICENSE

UNION OF HUNTERS AND FISHERMEN OF ARMENIA
Union of Hunters and Fishermen of Armenia
Public Organization
License N 06152

**Name, Surname:** Garik Mkrtchyan
**Patronymic name:** Armen
**DOB:** 1984
**Place of residence:** Yerevan

**Issued on:** October 30, 2007

# PAYMENT OF MEMBERSHIP FEES

| Year | Date | Membership fee amount, signature and stamp |
|------|------|---------------------------------------------|
| 2007 | 10.30.07 | AMD 3000 annual membership fee |
| 2008 | 11.18.08 | AMD 3000 annual membership fee |
| 2009 | 06.22.10 | AMD 3000 annual membership fee |
| 2010 | 06.22.10 | AMD 3000 annual membership fee |
| 2011 | 06.22.10 | AMD 3000 annual membership fee |
| 2012 | 10.12.12 | AMD 3000 annual membership fee |
| 2013 | 10.12.12 | AMD 3000 annual membership fee |
| 2016 | 11.28.16 | AMD 3000 annual membership fee |
| 2017 | 11.28.16 | AMD 3000 annual membership fee |
| 2018 | 11.28.16 | AMD 3000 annual membership fee |
| 2019 | 11.28.16 | AMD 3000 annual membership fee |







ՀԱՅԱՍՏԱՆԻ ՈՐՍՈՐԴՆԵՐԻ ԵՎ ՁԿՆՈՐՍՆԵՐԻ
ՄԻԱՎՈՐՈՒՄ

ОБЪЕДИНЕНИЕ
ОХОТНИКОВ И РЫБОЛОВОВ АРМЕНИИ

ՀԱՅԱՍՏԱՆԻ ՈՐՍՈՐԴՆԵՐԻ ԵՎ  ՁԿՆՈՐՍՆԵՐԻ ՄԻԱՎՈՐՄԱՆ
ՀԱՍԱՐԱԿԱԿԱՆ ԿԱՌԱՎԱՐՈՒԹՅՈՒՆ

ОБЪЕДИНЕНИЕ ОХОТНИКОВ И РЫБОЛОВОВ АРМЕНИИ
ОБЩЕСТВЕННАЯ  ОРГАНИЗАЦИЯ

УДОСТОВЕРЕНИЕ N.

Фамилия, имя

Отчество

год рождения                Место жительства

Выдан                                         200 г.

3





Exhibit J



## St. Andrew's Presbyterian Church

712 WAPPOO ROAD                                    CHARLESTON, SOUTH CAROLINA 29407

GEORGE F. COLEMAN, JR., PASTOR

TELEPHONE: (843) 766-4262
E-MAIL: SAINTANDREWS@knology.net

August 22, 2025

To whom it may concern:

As a Minister of Word and Sacrament with over 30 years of pastoral experience, a crisis chaplain with Coastal Crisis Chaplaincy, and a graduate student in conflict studies at the Center for Justice and Peacebuilding at Eastern Mennonite University, I write to respectfully urge you to grant parole to Mr. Garik Mkrtchyan.

I have the privilege of serving in ministry with Mr. Mkrtchyan's brother-in-law, Mr. Arshak Sirunyan since 2018. In the years that I have served with Mr. Sirunyan, I have enjoyed getting to know many of his family members who have shared stories of their Armenian traditions and the joy that they share with one another and our community. They are the kind of people you want your children to know and whom you would be blessed to have as close neighbors and friends. I know because I have seen the overwhelmingly positive impact they have had on our community, especially with children and teenagers.

I met Mr. Mkrtchyan and his wife, Mrs. Anahit Sirunyan, at one of Arshak's performances with his jazz ensemble, Barrel Proof, at the Forte Jazz Lounge in Charleston. Many people from my church attended the performance and we all had a marvelous time together! In this setting, a jazz lounge became an opportunity to enjoy and deepen relationships. This uplifting experience was characteristic kind of family they are and the kind of positive impact they have had on our community.

From Arshak, I have also been inspired by stories of how Garik and Anahit moved with their three children to our area in 2022, and how Mr. Mkrtchyan started his own business, Coastal Electricians, LLC. In these short years, they have purchased a home and have become rooted in our community through their family and friendships. In this encouraging and loving experience of community, their three children have thrived. They have worked hard to be respectful, positive members of our community. They are a blessing to us all!

With Mr. Mkrtchyan's detention, this stability has been so important to his family has been threatened and undermined. Can you imagine your family being separated and the emotional stress and strain it would cause? I pray that you will see fit to grant parole to Mr. Garik Mkrtchyan so that he can be reunited with his family, with those with whom he works, and with his community. This would benefit not just Mr. Mkrtchyan and his family, but each and every one of us.

I am available if you have questions or would like additional information from me.

May grace and peace lead to justice for all!

George F. Coleman, Jr.

**To Whom It May Concern,**

My name is Jennifer Pratt, a licensed Realtor in South Carolina, residing at 2598 Private Lefler Dr., Johns Island, SC 29455. I am writing in strong support of my client and friend, **Garik Mkrtchyan**, who is currently in immigration detention. I have had the privilege of knowing Garik for the past two years and can confidently attest to his integrity, character, and the deep commitment he has shown to his family and our community.

Since arriving in the United States in 2022 with his wife and children, Garik has worked diligently to establish a stable and productive life. He is a devoted husband and father as well as the owner of **Coastal Electricians**, a growing business that provides professional electrical services throughout the Charleston area. Through his work, Garik has become a reliable presence in our community and a contributor to the local economy.

Garik and his wife have responsibly purchased a home in Charleston through a mortgage, consistently met their financial obligations, and paid their taxes in full and on time. They are raising three children who are thriving academically and personally, a reflection of Garik's strong values and commitment to his family's future.

He does not require outside financial support, as he has a stable home, a well-established business, and a strong support system that includes myself and many others who stand by him. I am confident that Garik will fully comply with all immigration requirements and continue to **demonstrate** the same respect for the law and community that he has always shown.

His absence has caused significant hardship for both his family and his business. He poses no risk to public safety or national security; rather, he represents the qualities of a hardworking, responsible individual who strengthens the community around him.

For these reasons, I respectfully and strongly urge you to **grant his release on parole** so that he may return to his family and continue the meaningful and productive life he has built here.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Please feel free to contact me directly should you need any additional information.

Sincerely,

Jennifer Pratt

*J. Pratt 8/21/25*

Realtor®

2598 Private Lefler Dr.
Johns Island, SC 29455
Phone: 843-609-9498
Email: Jennifer@yrefg.com
Date: 08/21/2025



To Whom It May Concern,

My name is Jill Terhaar Lewis, a citizen of the United States, residing at 122 Cottonwood Dr. in Summerville, South Carolina. I am writing in support of **Garik Mkrtchyan**, who is currently in immigration detention. I have known him to be a supportive and positive member of the community and a loving family man.

Garik is the brother-in-law of a colleague and close friend of mine. I have had the opportunity to interact with him and have seen the ways he supports his extended family—both in the workplace and during significant celebrations. His genuine love and care for his family and friends is evident.

Mr. Mkrtchyan owns his own business, Coastal Electricians. He is a valued member of his community and supports his family and community well with his contributions as a business owner and provider for his family. Garik is beloved by his family and friends. He and his wife are raising a beautiful family and are supportive and loving to each other and their community. They, in turn, are well-loved and supported here.

Garik and his wife are raising three children who are excelling both academically and personally. They are contributing positively and peacefully in their community, working together to cultivate a better, safer life for themselves here.

His absence from his family, friends, and work has placed a significant burden on both him and his loved ones. I respectfully urge you to grant his release on parole, allowing him to reunite with his family and continue the meaningful life he has established. Garik has consistently been a positive influence and a contributing member of both his family and the broader community.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Please feel free to contact me if any additional information is needed.

Sincerely,

*Jill Terhaar Lewis*

Jill Terhaar Lewis
122 Cottonwood Dr.
Summerville, SC 29483


Date: August 20, 2025



To Whom It May Concern,

My name is Davit Khosrovyan, a United States Citizen residing at 2313 Kiln Point Dr, Mt Pleasant, SC 29466. I write in strong support of my close friend, Garik Mkrtchyan, who is currently in immigration detention, and I respectfully request his release on parole or bond.

I have known Garik and his family for over six years. Here, through steady work and perseverance, they secured stable jobs, purchased a home, and their children continue to excel in school. This is a big-hearted family, sincerely kind to their friends, neighbors, teachers and community. We are all heartsick over a hardship that arose from the current circumstances.

What distinguishes Garik is his reliability, integrity, and work ethic. He is hardworking and honest. He keeps his word, arrives early for his commitments, and handles responsibilities with patience and care. He respects rules and follows directions. He has every reason to comply with all requirements in his case – his wife, children, mortgage, and reputation matter deeply to him – and he will appear for every appointment and hearing. He is not a danger and not a flight risk.

Garik's detention has created real emotional and financial strain on the family. His absence weighs heavily on his wife and children, who are worried and unsettled. The family's budget is stretched by lost income and ongoing expenses- mortgage, utilities, and legal fees – while he is unable to work or manage obligations from detention. Allowing him to return home would stabilize the household, let him provide for his family, and prevent further hardship while his case proceeds.

We stand by him and  his family, and we ask to give him a chance to continue to provide for his family while his case moves forward.

I respectfully ask that you grant Garik's release on parole or bond so he can return to his family and maintain the stable life he has built.

I declare under penalty and perjury that the foregoing is true and correct,

Sincerely,


Davit Khosrovyan

Phone: 843-310-5000

Email: dkhos51@gmail.com

Date: 08/21/2025



**LETTER OF SUPPORT IN THE MATTER OF GARIK MKRTCHYAN**

My name is Karine Manoukian, and I am a proud United States citizen. Like Garik and his family, I know firsthand the challenges of beginning anew in America. I also know the profound gratitude that comes with the freedoms and opportunities this nation provides. America has always been strengthened by families like Garik's — those who arrive with resilience, build their lives through honest work, and contribute to the communities around them.

As an Armenian-American, I am connected to a community that has enriched this nation through its strength and resilience. For generations, Armenian immigrants have built businesses, pursued education, engaged civically, and lived with deep respect for family and community. We are known for being hardworking, family-oriented, and committed to giving back. Garik and his family embody these very values, continuing this proud tradition of strengthening American society.

I have known Garik for several years, the family of his wife's for many more. During this time, I have come to know him as a man of integrity, responsibility, and humble strength. Above all, he is a devoted husband and father to his three children. His absence has caused significant hardship to his family and has left a void in the community that relies on him.

Since his arrival in the United States in 2022, Garik has lived a life rooted in responsibility and service. As the owner of Coastal Electricians, he has worked tirelessly to provide for his family and to offer reliable, essential services to the Charleston, South Carolina community. He has purchased a home, paid taxes, and provides stability for his wife and children. Importantly, Garik has never relied on public assistance but has always taken pride in his independence and self-sufficiency.

Garik's detention has caused deep emotional and financial hardship for his wife and children. His absence has also impacted his broader community, where he is known as a trustworthy business owner and a supportive friend. In every way, Garik reflects the best of American values — resilience, gratitude, and contribution.

I state with complete confidence that Garik poses no threat to public safety or national security. On the contrary, he is an asset to his family and our community. For these

reasons, I respectfully urge the Court to grant his release on parole so that he may reunite with his family and continue the meaningful and responsible life he has built here.
I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Karine Manoukian
9409 Fernwood Rd.
Bethesda, MD 20817
(240) 461-7370



Tatevik Mikaelyan & Vahan Kristosturyan

11408 Empire Lane Rockville, MD 20852

301-905-7024

tata.mikaelyan@gmail.com

August 21, 2025

To Whom It May Concern,

We are writing this letter on behalf of our dear family friend, Garik Mkrtchyan, who is currently in immigration detention. We are US citizens, residing in the state of Maryland where we both grew up.

We have known Garik and his family for many years and have always known him to be a man of integrity, dedication, and strong moral values. Garik lives in South Carolina, where he has built a life for his family and operates a small business that serves and supports his local community. Since moving to the United States with his wife and children in 2022, Garik has worked tirelessly to establish a stable and meaningful life. He has done so with admirable determination and grace.

Garik is a devoted husband and a truly exceptional father. His commitment to his family is evident in every interaction we've had with him. He is deeply invested in his children's education and well-being, always encouraging them to strive for excellence. This dedication is clearly reflected in the academic achievements of his children. His son has recently received numerous awards and honors in school for his academic excellence. These accomplishments speak to the stable, loving, and supportive environment that Garik and his wife have created at home.

Garik is a positive force in the lives of those who know him, and his absence is deeply felt—not only by his family, but also by friends and community members who value his presence and friendship. His detention has placed an emotional and financial burden on his wife and children, who depend on him for their well-being.

On behalf of our family and in light of his strong moral character and the critical role he plays in the well-being of his family, we respectfully request that you grant Garik Mkrtchyan release on parole. Allowing him to return home to his family would not only bring relief and stability to his loved ones but would also allow him to continue making a positive impact on his community.

Thank you for your time and thoughtful consideration.

Sincerely,

Tatevik Mikaelyan

Vahan Kristosturyan





To Whom It May Concern,

I, Mushegh Vardanian, a U.S. citizen, respectfully submit this statement in support of Garik Mkrtchyan.

Like Garik and his family, I came to this country as a naturalized US citizen and former immigrant, I know firsthand the gratitude and responsibility that come with the opportunities America provides. The Armenian-American community, of which I am a part, has long been recognized — even by the President — as a vital thread in the fabric of this nation. We are a community known for hard work, family values, and service, and Garik clearly reflects these qualities.

I have known Garik for several years and his wife and her family for much longer. He is a devoted husband and father of three, a man of honesty and integrity, hardworking and law-abiding active contributor to his community. Since arriving in the United States in 2022, he has built a stable and responsible life. Through his business, Coastal Electricians, he provides needed services in Charleston, South Carolina. He pays his taxes, supports his family, and has never relied on public assistance. Together with his wife they've supported their 3 children who currently thrive academically

Garik's detention has caused serious hardship for his wife and children, who depend on him for stability and care. His absence is felt deeply not only by his family but by the wider community that knows him as hardworking, reliable, and kind.

I state with confidence that Garik poses no threat to public safety or national security. On the contrary, he strengthens his family and his community, and he represents the values America holds dear.

For these reasons, I respectfully urge the Court to grant his release on parole so that he may return to his family and continue his meaningful contributions to this country.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Mushegh Vardanian
9409 Fernwood Rd.
Bethesda, MD 20817
(240) 381-1893



Vania Pitti

**Collection General Manager**

Vaniapitti@yahoo.it

August 20, 2025

**Subject: Character Reference for Mr. Garik Mkrtchyan**

To Whom It May Concern,

I am writing to provide a character reference for **Mr. Garik Mkrtchyan**, whom I hired for repair work at my home. During this time, he demonstrated excellent technical skills, professionalism, and integrity.

Garik was punctual, respectful, and thorough in his work. I found him to be trustworthy, reliable, and a person of good moral character. I greatly value these qualities and can confidently attest to his strong character and dedication.

I am certain Garik will be a positive and responsible member of any community. Please feel free to contact me should you require any further information.

Sincerely,

Vania Pitti

Regards,

*Vania Pitti*    08/20/2025



**To Whom It May Concern,**

Our names are Vahe Hovian and Margarita Saringulyan, U.S. citizens residing at 6 Pinto Ct, Rockville, MD 20850. We are writing in strong support of our friend Garik Mkrtchyan, who is currently in ICE detention center.

We have known Garik for many years—first in Armenia and now in the United States—and can speak with confidence about his strong character, integrity, and unwavering dedication to both his family and the broader community. Since Garik's arrival in the U.S. in 2022 with his wife and children, we have seen firsthand the hard work and determination he has poured into building a stable and meaningful life.

Garik is a devoted husband and father of three, and he is the owner of Coastal Electricians, a growing business providing trusted electrical services in the Charleston, South Carolina area. His work has not only supported his own family but has also contributed positively to the local economy. He has earned a reputation in the community as a reliable, honest, and hardworking professional.

Garik and his wife have purchased a home in Charleston through a mortgage, consistently met their financial obligations, and remained fully compliant with their tax responsibilities. They are raising their children with strong values, and the children are thriving both academically and personally. Garik does not rely on public assistance; he has a strong family and community support system in place, including us and other relatives who are fully committed to standing by him.

His absence has been deeply felt—emotionally by his family and practically by his business and employees. We know Garik to be a law-abiding, responsible individual who poses no threat to public safety. On the contrary, he is exactly the kind of person who strengthens the fabric of our communities.

On behalf of our family, we respectfully request that Garik be granted release on parole so that he may reunite with his loved ones and continue contributing positively to the life he has built here.

We declare under penalty of perjury that the above statements are true and correct to the best of our knowledge. Please do not hesitate to contact us should any additional information be required.

Sincerely,

**Vahe Hovian**
vahehoo@gmail.com
301-512-8115
August 21, 2025

**Margarita Saringulyan**
msaringu@gmail.com
301-512-8116



To Whom It May Concern:

My name is Gracen Jennings Watts, owner of Mint Group Mortgage located at 553 Savannah Highway, Charleston, SC 29407.

I learned of Garik Mkrtchyan's detainment yesterday and I was shocked. I originated the mortgage for the Mkrtchyan's home purchase. Garik's brother-in-law called me yesterday to ask me what to do about the mortgage payment.

We closed the loan for them in April 2024. They qualified for a loan amount of $582,000 and have made at least 16 mortgage payments on time, never late. The amount of the mortgage payment is over $4500/month!

These people are kind and gentle. They were so very appreciative of my efforts to help out with their home purchase. Garik is not a threat or danger to society in any way, and he is actually providing a great service to our area by being an electrician and paying taxes.

Garik is self-employed as an electrician and is a hard worker. He built this business from nothing on arriving in the U.S. He is reliable and smart, caring for his wife and their three children. Garik and his family are the kind of people we want emigrating to our country!

Garik's wife is a compliance officer at Mediterranean Shipping Company and has had steady work since she arrived in this country. Although she works hard, she cannot afford to make a $4500 mortgage payment by herself.

The unlawful capturing of Garik is not only harming the Mkrtchyan's family life, but it will also cause hardship for the mortgage servicing company (Roundpoint), who will certainly end up losing money on the financed residence. If Garik doesn't get released soon, he will not be able to continue making his payments.

These law-abiding folks are not deserving of this treatment! Please release Garik immediately so he can continue to work and Make America Great. We need him back!

Respectfully,

_Gracen Jennings Watts_  8-21-25

Gracen Jennings Watts, Owner

Mint Group Mortgage, LLC



To Whom It May Concern,

My name is **Levon Mikaelian**, a United States citizen, residing at **6802 Breezewood Terrace, Rockville, MD 20852**. I am the owner and founder of **Chevy Chase Arts Academy** in Chevy Chase, MD, and I am also the **Emeritus Music Director at the Maryland Youth Ballet**. In addition to my professional work as a performing artist with more than 1.8 million streams on Spotify, I have dedicated my life to teaching, mentoring, and building community through music and the arts.

I am writing in **strong and heartfelt support** of my close friend, **Garik Mkrtchyan**, who is currently in immigration detention. I have known Garik for many years, and I can say with absolute certainty that he is a man of integrity, honor, and deep devotion to his family and community.

Since arriving in the United States in 2022 with his wife and children, Garik has shown nothing but determination to build an honest and productive life. He is not only a loving husband and father but also the owner of **Coastal Electricians**, a respected business serving the Charleston, South Carolina area.

Garik and his wife have purchased a home in Charleston through a mortgage, consistently paid their bills on time, and fulfilled their tax obligations. They are raising three wonderful children who are thriving academically and personally. His family's strength is rooted in his presence, and without him, they are enduring a heavy emotional and practical burden.

I cannot emphasize enough that Garik is **not a danger to public safety or national security**. On the contrary, he embodies the very qualities that strengthen America: responsibility, hard work, love for family, and a commitment to community. His absence not only jeopardizes the well-being of his wife and children but also interrupts the growth of his business.

I respectfully and urgently ask that you grant his release on parole. Garik's rightful place is with his family—guiding his children, supporting his wife, and continuing the honest work that benefits his community and our country.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Please feel free to contact me directly if any further information is required.

With deepest sincerity,

**Levon Mikaelian**
6802 Breezewood Terrace
Rockville, MD 20852
Phone: 240 535 5882
Email: levon@chevychaseartsacademy.com
Date: 08.21.25



Levon Petrosyan 1200 Landau Lane Mount Pleasant, SC 29466

August 21, 2025

To Whom It May Concern,

My name is Levon Petrosyan, a resident of Mount Pleasant, South Carolina. I am writing in strong support of my good friend, Garik Mkrtchyan, who is currently in immigration detention. I have known Garik for many years and can confidently speak to his good character, integrity, and devotion to his family.

Since coming to the United States in 2022, Garik has worked hard to provide for his wife and three children. He is the owner of Coastal Electricians, a growing business that serves the Charleston area with professionalism and reliability. Through his hard work, he has become a trusted presence in our community and a contributor to the local economy.

Garik and his wife have purchased a home, kept up with their mortgage and bills, and consistently met their tax obligations. They are raising their children with strong values, and I have personally seen how much his children depend on him as a father and role model. His absence has been extremely difficult for his family, both emotionally and financially.

As his friend, I know Garik to be a man who respects the law, values hard work, and supports those around him. He has never been a danger to anyone—on the contrary, he is the type of person who strengthens our community. I am confident that, if released, Garik will fully comply with all immigration requirements and continue to live responsibly as he has since arriving in this country.

For these reasons, I respectfully ask that you grant his release so he can return to his wife and children and continue the meaningful life he has built here.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Please feel free to contact me if any additional information is needed.

Sincerely,

Levon Petrosyan 1200 Landau Lane Mount Pleasant, SC 29466




# South Carolina <small>SC • USA</small>    DRIVER'S LICENSE



4d DL#: 101463361
1 PETROSYAN
2 LEVON
8 1200 LANDAU LN
MOUNT PLEASANT SC 294667301
3 DOB:        05/27/1988
4a Issued:    12/03/2024
4b Expires:   12/03/2032

15 Sex      M          16 Hgt.    5'-07"
17 Wgt.     125 lb     18 Eyes    BRO
9 Class     D          9a End.    None
12 Restrictions  None

5 DL  1000650102372179541

Governor

Letter of Support (from Nune Vartanyan)

To Whom It May Concern,

My name is Nune Vartanyan, a proud U.S. citizen residing at 6802 Breezewood Terrace, Rockville MD, 20852. Much of my professional life has been devoted to federal-facing public service work, helping to improve the services available to citizens across this country. Like Garik and his family, I started my journey in the United States as a legal immigrant who carries profound gratitude for the freedom and opportunities this nation has given me. I believe strongly in giving back — through hard work, service, and innovation — as part of the fabric that makes this country great.

I am writing in strong and heartfelt support of my friend, Garik Mkrtchyan, who is currently in immigration detention. I have known Garik and his family for several years, and I can personally attest to his integrity, responsibility, and devotion to his wife and three children. He is a family man in every sense of the word, and his absence has created a painful void for them and for the community that depends on him.

Since arriving in the United States in 2022, Garik has built a meaningful life rooted in responsibility and service. As the owner of Coastal Electricians, he has worked tirelessly to support his family and provide reliable services to the Charleston, South Carolina community. He and his wife have purchased a home, consistently pay their bills, and meet all of their tax obligations. Their three children are thriving academically and personally because of the stability and care Garik provides as a father.

It is important to emphasize that Garik does not rely on public assistance programs. Instead, he has demonstrated independence, accountability, and deep respect for the opportunities this country has given his family. His absence has created both emotional and practical hardship, yet even in difficulty, his example shows the very best of what America represents: resilience, gratitude, and hope.

I can say with complete confidence that Garik poses no threat to public safety or national security. On the contrary, he exemplifies the qualities that strengthen communities and reflect the values we hold dear. He represents what makes this country great and has expressed profound gratitude for the freedom, safety, and opportunities the United States has granted him and his family.

For these reasons, I respectfully and urgently ask that you grant his release on parole so that he may reunite with his family and continue the meaningful, responsible life he has built here.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Please do not hesitate to contact me if additional information is required.

Sincerely,

Nune Vartanyan
240/994-1706
Nunecreate@gmail.com
Date: 082125



To Whom It May Concern,

My name is Tigran Torosyan, and I am a United States citizen as well as a long-time family friend of Garik and his family. I have known Garik for many years and have always regarded him as a highly knowledgeable and intelligent individual.

Garik is known within our community for his generosity, thoughtfulness, and readiness to support others in times of need. He consistently demonstrates integrity and kindness, often being the first to step forward when someone requires assistance.

As the owner of Palmetto Home Remodeling, I can personally attest to Garik's creativity and resourcefulness. Over the years, he has shared valuable ideas and advice with me that have directly contributed to the work I do. His input has been practical, thoughtful, and deeply appreciated.

Beyond his personal and professional strengths, Garik has been actively involved in numerous community efforts, including charitable donations and events organized to support individuals with varying needs. He has often played a leading role in initiating and encouraging such projects, underscoring his commitment to making a positive difference.

It is therefore very saddening to witness the challenges Garik, his wife, and their three children are now facing as a result of the current situation. This family has always been viewed as a role model within our community and seeing them endure such hardship is deeply upsetting for us all.

On behalf of myself and many others who stand by Garik, I respectfully ask that his case be given careful and compassionate consideration. I fully understand that there are established procedures and legal processes that must be observed, yet I believe this situation is unique. I am sure that Garik will adhere to all rules, recommendations, and legal requirements moving forward.

Thank you for your time and understanding.

Respectfully,

Tigran Torosyan



To Whom It May Concern,

My name is Tatevik Yeghiazaryan, and I am writing in my capacity as both a long-time family friend of Garik and his family, and as a school social worker serving four schools in Charleston County school district for over 4 years. I have also served in rural areas of Charleston as a clinical mental health therapist for more than 6 years. I have known Garik and his family for many years, and they are a vital part of our Armenian/American community.

I wish to respectfully express my concern regarding the recent circumstances affecting Garik. While I refrain from characterizing the situation in absolute terms, I believe it is appropriate to state that it has placed an undue burden on him and his family both financially and emotionally. Garik is a man of integrity who consistently demonstrates responsibility and dedication in providing for his household through honest, hard everyday work.

In my professional role, I regularly advocate for children and families within the community, and it is distressing to observe the significant strain that this situation has caused for Garik's wife and three children. This family exemplifies strong values and resilience. They are recognized not only within the Armenian community but also more broadly, as role models who take pride in raising children who are excelling academically and growing into principled, community-minded individuals.

I am also in close contact with the schools Garik's children attend, and I am deeply aware of the distress this situation has caused them—academically, socially, and emotionally. As a social worker, I can confidently state that children thrive best when they have stability, consistency, and the support of both parents. The absence of their father has placed tremendous stress on their mental well-being and overall health while also creating significant financial hardship for the family, daily anxiety and trauma symptoms as they are missing they father each and every second.

As someone who works closely with multilingual learner families and advocates tirelessly for children's needs, I respectfully urge to please review Garik's case with compassion and consideration as this is not only just one individual-this is about the entire family and community system. Allowing him the opportunity to return to his daily responsibilities would not only restore stability for his children but also ensure that they can continue to progress in their social, emotional, and academic lives without undue hardship. I have every confidence that Garik will fully comply with all rules, recommendations, and legal procedures moving forward.

Please reach out to me personally if you have questions.


Thank you for your time and thoughtful consideration.

Respectfully,

Tatevik Yeghiazaryan, LMSW

School Social Worker/Mental Health Therapist

Charleston County School District

Cell: (843)-872-8565

Email: Tatevik_yeghiazaryan@charleston.k12.sc.us



Anahit Sirunyan

306 Tidal Rice Ct.

Charleston, SC 29492

(843) 609-3075

August 7, 2025

To Whom It May Concern,

I am writing this letter in full support of my husband, Garik Mkrtchyan, and his bond motion. My name is Anahit Sirunyan, and I have been a lawful resident of the United States since 2022, along with my husband and our three children. Since settling in Charleston, South Carolina, we have built a stable, law-abiding life—working hard, raising our children, and contributing positively to our community.

I currently work as a Pricing Compliance Officer at the Mediterranean Shipping Company, a position I have held since June 2024. Prior to that, I was employed as a Customer Care Representative at MUSC, where I proudly supported patients and staff. My husband, Garik, is the owner of Coastal Electricians LLC, a business he built from the ground up. It provides prompt, reliable, and high-quality electrical services throughout the Charleston area. His business is steadily growing, and he has been actively working toward expanding operations and creating job opportunities in the community.

As a family, we have always fulfilled our legal and financial responsibilities. We file our taxes on time every year. In 2024, we purchased our first home in Charleston through a mortgage, which we have consistently paid on time, along with all of our other bills and obligations.

We are raising three children—ages 10, 14, and 18—all of whom are thriving both academically and personally:

• Our 10-year-old son is an honors student with a strong passion for martial arts. He currently holds a red belt and is working hard toward advancing his skills and achieving higher ranks. He is focused, disciplined, and goal-driven.

• Our 14-year-old daughter has been officially recognized as a Gifted and Talented student by the state of South Carolina, having met the rigorous eligibility criteria through standardized testing and academic achievement. She trains at one of the most prestigious dance schools in the area and has earned numerous awards in competitions, including Best Overall, First Place, Judges Choice, and Second Place across various genres. She is also a proud member of the Beta Club, a national academic honor society for high-

achieving students.

- Our 18-year-old son is an honors graduate of Wando High School. He was one of the small number of students selected for a prestigious internship with Boeing, recognizing his strong academic record. He has been accepted into the University of South Carolina's Chemical Engineering program, receiving multiple scholarships—including the $66,000 Distinction Award, the First SC Scholarship, and the Armenian Educational Foundation Scholarship. He was an active member of his school's robotics team, competing in innovation-based challenges, and is also a member of the National Society of High School Scholars (NSHSS). Currently, he works at Harris Teeter as a Customer Service Representative, where he was recently honored as a Service Hero for his outstanding performance and commitment to excellent service.

Our son is getting ready to start college on August 16, which is his official move-in day at the University of South Carolina. It's a huge moment in his life—one he's worked so hard and not having his father by his side during this milestone is incredibly painful for all of us. Garik has always been there for our children when it mattered most cheering them on at every graduation, school award, and big moment. He's the steady hand and calming voice our son has always looked for guidance. As proud as we are, this step feels incomplete without him, and we truly hope he can be there to support his son through this major transition.

Our family is rooted in values of education, integrity, and community contribution. Garik is central to our home—not just as a provider and business owner, but as a devoted father, a moral example to our children, and a source of strength and emotional support. His presence is essential to our children's continued success, our family's financial stability, and the operation of the business he has worked so hard to build.

We respectfully and sincerely ask the court to consider his strong moral character and the vital role he plays in our lives. Granting him bond would allow him to return to his family, resume his responsibilities, and be present during this critical time in our children's lives. It would mean the world to all of us.

Thank you for your time and thoughtful consideration.

Sincerely,

Anahit Sirunyan

Uploaded on: 08/07/2025 at 07:37:57 PM (Eastern Daylight Time) Base City: SDC

# South Carolina SC USA

## LIMITED-TERM DRIVER'S LICENSE





12/05/1984

4d DL#:   106970970

1 SIRUNYAN
2 ANAHIT
8 306 TIDAL RICE CT
  WANDO SC 294928309

3 DOB:      12/05/1984
4a Issued:   03/25/2025
4b Expires:  11/05/2029

| 15 Sex: | F | 16 Hgt: | 5'-00" |
| 17 Wgt: | 107 lb | 18 Eyes: | BRO |
| 9 Class: | D | 9a End: | None |
| 12 Restrictions: None | | | |

5 DD  0800100102378859431




Governor

25

Aug 7, 2025

To Whom It May Concern,

My name is Seyran Petrosyan, and I'm the owner of Coastal Renovations, based in Charleston, South Carolina. I'm writing this letter to support Garik Mkrtchyan, someone I've had the privilege of working with professionally—and, over time, someone I've come to consider a good friend.

Garik and I met through work a few years ago. His company, Coastal Electricians, has handled the electrical side of many of our renovation projects. From the very beginning, Garik stood out. Not just because of the quality of his work, which is excellent, but because of how he carries himself. He's dependable, thoughtful, and always does things the right way. In our industry, that kind of integrity isn't something you take for granted.

As we continued to work together, I got to know Garik as more than just a contractor. He's a calm, kind, and hardworking person. He treats people with respect, he keeps his word, and you can just tell—he's someone who takes pride in what he does. He talks often about his family and is clearly a very dedicated husband and father. There's no ego with Garik, no drama—just a solid, genuine person trying to do right by the people who depend on him.

It was really upsetting to hear that he's now in immigration detention. Knowing him the way I do, it just doesn't make sense. He's not a threat to anyone, in fact, he's the kind of person you hope sticks around. His absence is already being felt—by his family, by his clients, and by people like me who rely on him and trust him.

I hope you'll take this letter into consideration. Garik is a good man. He's built a life here honestly, and I truly believe he deserves the chance to continue it.

If you need anything further, feel free to reach out to me directly. I'd be happy to speak more about the kind of person Garik is.

Sincerely,
Seyran Petrosyan
Owner, Coastal Renovations
(843) 814 7655
coastalrenovationsllc@gmail.com

8, 7, 2025

Exh. 2 -

27



Mike Williams
733 Hibbens Grand Blvd
Mount Pleasant SC 29464
(843) 224-2997
08/07/2025

### Character Letter for Garik Mkrtchyan

To Whom It May Concern,

I'm writing this letter on behalf of someone I've come to know and truly respect—Garik
Mkrtchyan.

Garik is one of the most genuine, grounded, and hardworking people I've met. He's the kind of
person who leads by example, with quiet strength and steady values. He doesn't seek attention or
praise, but he consistently shows up when it counts—whether for his family, friends, or the
community around him.

He's a devoted family man, and it's clear that everything he does is rooted in care and
responsibility for those he loves. You see it in the way he talks about his kids, how he carries
himself at work, and the way others naturally trust and rely on him.

One small but telling example: I saw him at a paintball birthday party for his and my own kids
(boys birthday party), where he made it a point to ensure everyone was safe, respectful, and
included, teaching them the rules of the game. It wasn't just about playing a game—he modeled
what it means to look out for each other. He was calm, encouraging, and truly a role model.
That's the kind of man every community needs—someone who builds others up, especially the
younger generation.

What's always stood out to me is Garik's consistency. He's patient, fair, and dependable. He
takes pride in doing things the right way, even when no one's watching.  His absence has been
deeply felt. I believe that allowing Garik to return home would not only be the right thing for his
family—it would be a positive step for the entire community. He brings a quiet strength that lifts
up everyone around him.

Please feel free to reach out if you'd like to hear more. I'm proud to know Garik and honored to
speak on his behalf.


Sincerely,

**Mike Williams**



56 Calabash Ct.
Rockville, MD 20850
240.506.7287
zkocharyan@gmail.com

August 21, 2025

To Whom It May Concern,

My name is Zarui Kocharyan and I am a citizen of the United States, residing at the address listed above and employed as a senior attorney at ArentFox Schiff, LLP. I am writing to express my strong support for the release of my friend, Garik Mkrtchyan, who is currently in immigration detention. I have known Garik for twenty years and can confidently speak to his character, values, and the meaningful life he has worked to establish in the United States.

Garik arrived in the United States in 2022 with his wife and children and since that time he has proven himself to be a hard-working and law-abiding individual. He is the owner of Coastal Electricians, a small but successful business based in Charleston, South Carolina. His company has contributed to the local economy by providing professional electrical services.

In addition to being a dedicated business owner, Garik is a devoted husband and father of three. He and his wife purchased a home securing a mortgage and have demonstrated financial responsibility by consistently paying their bills and meeting all tax obligations. Their children are thriving both academically and personally, supported by a stable and loving household.

Garik is surrounded by a strong support system, including myself and other family members and friends who are committed to helping him navigate this difficult time. He does not require any financial support from the government and has always respected the laws of this country. I have no doubt that he will continue to comply with all immigration requirements if released.

His detention has had a serious impact on his family and business. He poses no threat to public safety or national security. On the contrary, Garik represents the very best of what immigrants bring to this country: dedication, resilience, and a strong sense of community.

I respectfully request that you consider granting Garik parole so he may return to his family, continue his work, and remain an engaged member of our community.

I declare under penalty of perjury that the statements made in this letter are true and accurate to the best of my knowledge. Please feel free to contact me if any additional information is required.

Sincerely,

Zarui Kocharyan, Esq.



I56 Calabash Ct.
Rockville, MD  20850
240.506.7287
zkocharyan@gmail.com

August 21, 2025

To Whom It May Concern,

I am writing to offer my full support for the release of my longtime friend, Garik Mkrtchyan, who is currently in immigration detention. My name is Pavel Khrimian, and I am a U.S. citizen residing at the address above. I am a founder and Chief Business Officer of Deka Biosciences.  I have had the privilege of knowing Garik for many years and I can speak to his strong moral character, deep commitment to his family and community at large.

Since arriving in the United States in 2022 with his wife and three children, Garik has worked diligently to create a stable and meaningful life. He is the founder of Coastal Electricians, an electrical services company based in Charleston, South Carolina. His business has not only provided for his own family but also contributed to the local economy and supported community development through reliable, skilled work.

Garik and his wife are homeowners who purchased their house through a mortgage and have maintained all their financial obligations without fail. Their children are thriving in school, and their household reflects strong values of responsibility, respect, and ambition.

Importantly, Garik has built a life that reflects full integration into American society. He has paid taxes, maintained financial independence, and shown a clear commitment to abiding by the law. He has never posed a threat to public safety. In fact, his absence has created both emotional and financial hardship for his family and has interrupted the normal operations of his business.

He is surrounded by a supportive family and friends' network, including myself, and has every incentive to comply with immigration proceedings. There is no question in my mind that, if released, he will continue to meet all legal obligations while supporting his family and contributing positively to society.

I respectfully urge the authorities to consider Garik's consistent record of responsibility, his deep roots in the community, and the unnecessary harm his continued detention is causing. I ask that he be granted release on parole so that he can reunite with his family and resume the life he has worked so hard to build. I affirm under penalty of perjury that the contents of this letter are true and accurate to the best of my knowledge. Please feel free to reach out if you require further information.

Sincerely,

Pavel Khrimian, CBO



# Exhibit K

 For: **GARIK MKRTCHYAN**



## Most Recent I-94

**Admission (I-94) Record Number : 951755824A2**
**Most Recent Date of Entry: 2022 August 01**
**Class of Admission : B2**
**Admit Until Date : 01/31/2023**
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | **MKRTCHYAN** |
| First (Given) Name : | **GARIK** |
| Birth Date : | **1984 January 01** |
| Document Number : | **BA3290425** |
| Country of Citizenship : | **Armenia** |

Get Travel History

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 11/30/2022

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

Exhibit L

Uploaded on 08/07/2025

Arshak Sirunyan

3809 Tupelo Branch Row

Awendaw, SC, 29429

(240) 938 0550

August 7, 2025

Statement of the Sponsor

To Whom It May Concern,

My name is Arshak Sirunyan, and I'm writing to express my full support for my brother-in-law, Garik Mkrtchyan, who is currently in immigration detention. I'm a U.S. citizen living in 3809 Tupelo Branch Row, Awendaw, SC, 29492 and I've known Garik personally for many years—not just as a relative, but as someone I genuinely respect and admire.

With this letter, I am also enclosing several letters from other U.S. citizens, as well as from his wife, Anahit Sirunyan—all of whom have either worked with Garik or known him personally. These individuals have witnessed firsthand the kind of person he is - reliable, respectful, hardworking, and devoted to his family and community.

A little about me: I'm an award-winning and well-known pianist and composer. Over the years, I've been fortunate to receive recognition for my work and have had the opportunity to perform and collaborate with Grammy-winning musicians around the world. If you'd like to learn more about my background, you're welcome to visit my website: www.arshaksirunyan.com.

But this letter isn't about me—it's about Garik. Since he and his family came to the U.S. in 2022, I've watched him work incredibly hard to build a stable and meaningful life here. He started his own business, Coastal Electricians LLC, which has earned a solid reputation in the Charleston area for being reliable and professional. He's not just building a business—he's providing for his family, contributing to the community, and doing everything the right way.

Garik and his wife bought a home here, have always paid their bills on time, filed their taxes, and are raising three wonderful kids who are thriving in school. He doesn't need

Exh. 2 -

financial support, he has a home, a support system, and a strong foundation. What's missing right now is him.

His absence has been incredibly difficult for his family. Not only emotionally, but also practically—his business, his role as a father and husband, the stability of his home - all depend on him. Garik is not a threat to anyone. He's a calm, steady, and respectful person who takes his responsibilities seriously. I have no doubt he will continue to follow every legal requirement placed before him.

I truly hope you'll consider allowing Garik to return home while his immigration process continues. He's done everything he can to build an honest life here, and we're all ready to support him however we can.

I declare under penalty of perjury that everything stated here is true to the best of my knowledge. Please feel free to reach out if you need anything further.

Sincerely,

Arshak Sirunyan                                    08/07/2025

(240) 938 0550

nonacord@gmail.com

info@arshaksirunyan.com

www.arshaksunyan.com



SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

3

PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P                     USA                     568353009

Surname / Nom / Apellidos
**SIRUNYAN**

Given Names / Prénoms / Nombres
**ARSHAK**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**20 Sep 1981**

Place of birth / Lieu de naissance / Lugar de nacimiento
**ARMENIA**

Date of issue / Date de délivrance / Fecha de expedición
**14 Apr 2017**

Date of expiration / Date d'expiration / Fecha de caducidad
**13 Apr 2027**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

Sex / Sexe / Sexo
**M**

Authority / Autorité / Autoridad
**United States**
**Department of State**

USA

P<USASIRUNYAN<<ARSHAK<<<<<<<<<<<<<<<<<<<<<<<<<<
5683530099USA8109208M2704139281505629<182724

Dominion Energy South Carolina
PO Box 764
Columbia, SC 29202
DominionEnergy.com



August 06, 2025


ARSHAK SIRUNYAN
3809 TUPELO BRANCH ROW
AWENDAW SC 29429


Re: Service Address:   3809 TUPELO BRANCH ROW AWENDAW SC 29429
    Account Number:  *-****-***2-2033

ARSHAK SIRUNYAN:

Dominion Energy currently provides electric and/or natural gas service to the above referenced account number and service address in the name of ARSHAK SIRUNYAN. The customer's service began on March 25, 2025.

It is our pleasure to serve your energy needs. Visit us online at DominionEnergy.com to easily manage your account.

Sincerely,

Dominion Energy Customer Service

# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 03-13-2025
Response Date: 03-13-2025
Tracking Number: 107641938977

Tax Return Transcript

SSN Provided: XXX-XX-6143
Tax Period Ending: Dec. 31, 2024

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

SSN:  XXX-XX-6143
SPOUSE SSN:  XXX-XX-3427

NAME(S) SHOWN ON RETURN: ARSH & ANN SIRU

ADDRESS: 1300 P

| | |
|---|---|
| FILING STATUS: | Married Filing Joint |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20250605 |
| RECEIVED DATE: | Feb.02, 2025 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 4 |
| DEPENDENT 1 NAME CTRL: | SIRU |
| DEPENDENT 1 SSN: | XXX-XX-5242 |
| DEPENDENT 2 NAME CTRL: | SIRU |
| DEPENDENT 2 SSN: | XXX-XX-3498 |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| PTIN: | |
| PREPARER EIN: | |

Income

| | |
|---|---|
| TOTAL WAGES:................................................ | $114,990.00 |
| FORM W-2 WAGES:........................................... | $114,990.00 |
| TAXABLE INTEREST INCOME: SCH B:...................... | $0.00 |
| TAX-EXEMPT INTEREST:..................................... | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B:..................... | $0.00 |
| QUALIFIED DIVIDENDS:...................................... | $0.00 |
| REFUNDS OF STATE/LOCAL TAXES:......................... | $0.00 |
| ALIMONY RECEIVED:......................................... | $0.00 |
| BUSINESS INCOME OR LOSS (Schedule C):............... | $32,163.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:..... | $32,163.00 |
| CAPITAL GAIN OR LOSS: (Schedule D):................... | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:........ | $0.00 |
| OTHER GAINS OR LOSSES (Form 4797):.................. | $0.00 |
| TOTAL IRA DISTRIBUTIONS:................................ | $0.00 |
| TAXABLE IRA DISTRIBUTIONS:.............................. | $0.00 |
| TOTAL PENSIONS AND ANNUITIES: | |

```
TAXABLE PENSION/ANNUITY AMOUNT:......................................$0.00
ADDITIONAL INCOME:...............................................$32,163.00
ADDITIONAL INCOME PER COMPUTER:..................................$32,163.00
REFUNDABLE CREDITS PER COMPUTER:.....................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:............................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.................................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):.......................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:..........$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:..............................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:..............................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:........................$0.00
FARM INCOME OR LOSS (Schedule F):...................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:......................$0.00
UNEMPLOYMENT COMPENSATION:..........................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:.....................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:...................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:......................$0.00
OTHER INCOME:.......................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:................................$0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:............................$0.00
SCH EIC DISQUALIFIED INC COMPUTER:..................................$0.00
F1099 K:............................................................$0.00
ADDITIONAL CTC EARNED INCOME:.......................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:................................$0.00
F8995 QUALIFIED BUSINESS INCOME DEDUCTION COMPUTER:.................$0.00
SCHOLARSHIP FELLOWSHIP GRANT:.......................................$0.00
TOTAL INCOME:...................................................$147,153.00
TOTAL INCOME PER COMPUTER:......................................$147,153.00

Adjustments to Income

EDUCATOR EXPENSES:..................................................$0.00
EDUCATOR EXPENSES PER COMPUTER:.....................................$0.00
RESERVIST AND OTHER BUSINESS EXPENSE:...............................$0.00
HEALTH SAVINGS ACCT DEDUCTION:......................................$0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:...........................$0.00
MOVING EXPENSES: F3903:.............................................$0.00
SELF EMPLOYMENT TAX DEDUCTION:...................................$2,272.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:......................$2,272.00
SELF EMPLOYMENT TAX DEDUCTION VERIFIED:.............................$0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:...................................$0.00
SELF-EMP HEALTH INS DEDUCTION:......................................$0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:................................$0.00
ALIMONY PAID SSN:...................................................
ALIMONY PAID:.......................................................$0.00
REPAYMENT CLEAN VEHICLE CREDIT:.....................................$0.00
IRA DEDUCTION:......................................................$0.00
IRA DEDUCTION PER COMPUTER:.........................................$0.00
STUDENT LOAN INTEREST DEDUCTION:....................................$0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:.......................$0.00
STUDENT LOAN INTEREST DEDUCTION VERIFIED:...........................$0.00
TOTAL OTHER PAYMENT REFUNDABLE CREDIT PER COMPUTER:.................$0.00
TOTAL OTHER PAYMENT REFUND VERIFIED:................................$0.00
OTHER ADJUSTMENTS:..................................................$0.00
ARCHER MSA DEDUCTION:...............................................$0.00
ARCHER MSA DEDUCTION PER COMPUTER:..................................$0.00
TOTAL ADJUSTMENTS:...............................................$2,272.00
TOTAL ADJUSTMENTS PER COMPUTER:..................................$2,272.00
ADJUSTED GROSS INCOME:.........................................$144,881.00
ADJUSTED GROSS INCOME PER COMPUTER:............................$144,881.00
```

```
65-OR-OVER:..............................................................NO
BLIND:..................................................................NO
SPOUSE 65-OR-OVER:......................................................NO
SPOUSE BLIND:...........................................................NO
STANDARD DEDUCTION PER COMPUTER:................................$29,200.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:.........................$0.00
TAX TABLE INCOME PER COMPUTER:.................................$115,681.00
EXEMPTION AMOUNT PER COMPUTER:......................................$0.00
TAXABLE INCOME:...............................................$115,681.00
TAXABLE INCOME PER COMPUTER:..................................$115,681.00
TOTAL POSITIVE INCOME PER COMPUTER:...........................$147,153.00
TENTATIVE TAX:.................................................$15,556.00
TENTATIVE TAX PER COMPUTER:...................................$15,556.00
FORM 8814 ADDITIONAL TAX AMOUNT:...................................$0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:....................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:.................................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:....................$0.00
FOREIGN TAX CREDIT:................................................$0.00
FOREIGN TAX CREDIT PER COMPUTER:...................................$0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:.............................$0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:.........................$0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT AMOUNT:................$0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT VERIFIED AMOUNT:.......$0.00
CHILD & DEPENDENT CARE CREDIT:.....................................$0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:........................$0.00
CREDIT FOR ELDERLY AND DISABLED:...................................$0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:......................$0.00
EDUCATION CREDIT:..................................................$0.00
EDUCATION CREDIT PER COMPUTER:.....................................$0.00
GROSS EDUCATION CREDIT PER COMPUTER:...............................$0.00
RETIREMENT SAVINGS CNTRB CREDIT:...................................$0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:......................$0.00
PRIM RET SAV CNTRB: F8880 LN6A:....................................$0.00
SEC RET SAV CNTRB: F8880 LN6B:.....................................$0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:................$0.00
RESIDENTIAL CLEAN ENERGY CREDIT:...................................$0.00
RESIDENTIAL CLEAN ENERGY CREDIT PER COMPUTER:......................$0.00
CHILD AND OTHER DEPENDENT CREDIT:..............................$4,000.00
CHILD AND OTHER DEPENDENT CREDIT PER COMPUTER:.................$4,000.00
ADOPTION CREDIT: F8839:............................................$0.00
ADOPTION CREDIT PER COMPUTER:......................................$0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:.............................$0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:................$0.00
TOTAL OTHER NON REFUNDABLE CREDIT:.................................$0.00
FORM 3800 GENERAL BUSINESS CREDITS:................................$0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:...................$0.00
PRIOR YR MIN TAX CREDIT: F8801:....................................$0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:.......................$0.00
EARLIER YEAR INCOME REPAYMENT CREDIT:..............................$0.00
CLEAN VEHICLE CREDIT:..............................................$0.00
CLEAN VEHICLE CREDIT PER COMPUTER:.................................$0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:.....................$0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT PER COMPUTER:...............$0.00
NET ELECTIVE PAYMENT ELECTION PER COMPUTER:........................$0.00
REPAY PRE OWN CLEAN VEHICLE CREDIT:................................$0.00
F4255 CHAPTER 1 TAX:...............................................$0.00
OTHER ADDITIONS TO TAX:............................................$0.00
SCHEDULE 2 PART 2 F4255 RECAPTURE:.................................$0.00
ENERGY EFFICIENT HOME CREDIT VERIFIED:.............................$0.00
RESIDENTIAL CLEAN ENERGY VERIFIED:.................................$0.00
OTHER CREDITS:.....................................................$0.00
TOTAL CREDITS:.................................................$4,000.00
TOTAL CREDITS PER COMPUTER:....................................$4,000.00
```

```
INCOME TAX AFTER CREDITS PER COMPUTER:...............................$11,556.00
ADVANCED MANUFACTURING CREDIT PER COMPUTER:..............................$0.00
ADVANCED MANUFACTURING INVEST CREDIT PER COMPUTER:.......................$0.00
CLEAN HYDROGEN PROD CREDIT PER COMPUTER:.................................$0.00
CARBON OXIDE SEQUESTRATION CREDIT PER COMPUTER:..........................$0.00
ENERGY EFFICIENT HOME CREDIT PER COMPUTER:..............................$0.00
ENERGY EFFICIENT HOME CREDIT:...........................................$0.00
PRE OWNED CLEAN VEHICLE CREDIT PER COMPUTER:............................$0.00
PRE OWNED CLEAN VEHICLE CREDIT:.........................................$0.00
PRE OWNED CLEAN VEHICLE VERIFIED:.......................................$0.00
NEW CLEAN VEHICLE BUS CREDIT PER COMPUTER:..............................$0.00
NEW CLEAN VEHICLE BUS VERIFIED:.........................................$0.00
COMMERCIAL CLEAN VEHICLE CREDIT PER COMPUTER:...........................$0.00
COMMERCIAL CLEAN VEHICLE VERIFIED:......................................$0.00
CLEAN VEHICLE CREDIT VERIFIED:..........................................$0.00

Other Taxes

SE TAX:..............................................................$4,544.00
SE TAX PER COMPUTER:.................................................$4,544.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:....................$0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:.......$0.00
TAX ON QUALIFIED PLANS F5329 (PR):.....................................$0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:.............................$0.00
IRAF TAX PER COMPUTER:.................................................$0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:.......................$16,100.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:........................$16,100.00
TOTAL OTHER TAXES PER COMPUTER:.....................................$4,544.00
UNPAID FICA ON REPORTED TIPS:..........................................$0.00
F8959 ADDITIONAL MEDICARE TAX:.........................................$0.00
F8960 NET INVESTMENT INCOME TAX:.......................................$0.00
INTEREST ON DEFERRED TAX:..............................................$0.00
TOTAL OTHER TAXES:..................................................$4,544.00
RECAPTURE TAX: F8611:..................................................$0.00
HOUSEHOLD EMPLOYMENT TAXES:............................................$0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:...............................$0.00
INTEREST DUE ON INSTALLMENT:...........................................$0.00
SCH 2 PART 1 F4255 RECAPTURE:..........................................$0.00
F4255 EXCESSIVE PAYMENTS:..............................................$0.00
NET ELECTIVE PAYMENT ELECTION:.........................................$0.00
EXCESS SOCIAL SECURITY TAX WITHHELD VERIFIED:..........................$0.00
EXCESS SOCIAL SECURITY TAX WITHHELD PER COMPUTER:......................$0.00
TOTAL ADDITIONAL TAXES:................................................$0.00
TOTAL ASSESSMENT PER COMPUTER:......................................$16,100.00
TOTAL TAX LIABILITY TP FIGURES:.....................................$16,100.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:........................$16,100.00

Payments

FEDERAL INCOME TAX WITHHELD:........................................$6,217.00
PRIOR YEAR ADVANCED CREDIT:............................................$0.00
ESTIMATED TAX PAYMENTS:................................................$0.00
OTHER PAYMENT CREDIT:..................................................$0.00
REFUNDABLE EDUCATION CREDIT:...........................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:..............................$0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:..................................$0.00
REFUNDABLE CREDITS:....................................................$0.00
EARNED INCOME CREDIT:..................................................$0.00
EARNED INCOME CREDIT PER COMPUTER:.....................................$0.00
NONTAXABALE COMBAT PAY:................................................$0.00
SCHEDULE 8812 NONTAXABLE COMBAT PAY:...................................$0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHELD:.............................$0.00
SCHEDULE 8812 TOT SS/MEDICARE WITHHELD:................................$0.00
```

```
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT:...............................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:..................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:.....................$0.00
AMOUNT PAID WITH FORM 4868:.............................................$0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:..........................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:.............................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:.................$0.00
SEC 965 TAX INSTALLMENT:...............................................$0.00
SEC 965 TAX LIABILITY:.................................................$0.00
PREMIUM TAX CREDIT AMOUNT:.............................................$0.00
PREMIUM TAX CREDIT VERIFIED AMOUNT:....................................$0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:.....................$0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:...................$0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:..........................$0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:...............$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:..........................$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):......................$0.00
TOTAL OTHER PAYMENTS REFUNDABLE:.......................................$0.00
TOTAL PAYMENTS:....................................................$6,217.00
TOTAL PAYMENTS PER COMPUTER:.......................................$6,217.00


Refund or Amount Owed

AMOUNT YOU OWE:....................................................$9,883.00
ESTIMATED TAX CREDIT APPLIED TO NEXT YEAR:.............................$0.00
ESTIMATED TAX PENALTY:.................................................$0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:..........................$0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:.......................$9,883.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:..........................$9,883.00
FORM 8888 TOTAL REFUND PER COMPUTER:...................................$0.00


Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:.............................................
AUTHORIZATION INDICATOR:..................................................0
THIRD PARTY DESIGNEE NAME:..................................................


Schedule C--Profit or Loss From Business
(Occurrence #: 1)

SOCIAL SECURITY NUMBER:.....................................XXX-XX-6143
EMPLOYER ID NUMBER:.........................................XX-XXX4884
BUSINESS NAME:................................................SECO LL
DESCRIPTION OF BUSINESS/PROFESSION:.........................................
NAICS CODE:..................................................999000
ACCT MTHD:.....................................................Cash
FIRST TIME SCHEDULE C FILED:......................................N
STATUTORY EMPLOYEE IND:...........................................N


INCOME

GROSS RECEIPTS OR SALES:...........................................$233,774.00
RETURNS AND ALLOWANCES:..............................................$1,986.00
NET GROSS RECEIPTS:................................................$231,788.00
COST OF GOODS SOLD:.................................................$84,474.00
SCHEDULE C FORM 1099 REQUIRED:.............................................NO
SCHEDULE C FORM 1099 FILED:.............................................NONE
OTHER INCOME:...........................................................$0.00


EXPENSES

CAR AND TRUCK EXPENSES:.................................................$0.00
DEPRECIATION:..........................................................
```

EOIR 18 of 37

Exh. 2 -

18

```
INSURANCE (OTHER THAN HEALTH):.......................................$910.00
MORTGAGE INTEREST:.....................................................$0.00
LEGAL AND PROFESSIONAL SERVICES:.......................................$0.00
REPAIRS AND MAINTENANCE:...............................................$0.00
TRAVEL:................................................................$0.00
MEALS AND ENTERTAINMENT:...............................................$0.00
WAGES:.................................................................$0.00
OTHER EXPENSES:......................................................$269.00
TOTAL EXPENSES:..................................................$140,283.00
EXP FOR BUSINESS USE OF HOME:..........................................$0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:...........................$7,031.00
AT RISK CD:..............................All investment at risk
OFFICE EXPENSE AMOUNT:...............................................$233.00
UTILITIES EXPENSE AMOUNT:..............................................$0.00
ENERGY EFFICIENT BUILDING DEDUCTION:...................................$0.00


COST OF GOODS SOLD


INVENTORY AT BEGINNING OF YEAR:........................................$0.00
INVENTORY AT END OF YEAR:..............................................$0.00


Schedule C--Profit or Loss From Business
(Occurrence #: 2)


SOCIAL SECURITY NUMBER:............................................XXX-XX-6143
EMPLOYER ID NUMBER:...................................................
BUSINESS NAME:.......................................................
DESCRIPTION OF BUSINESS/PROFESSION:..................................
NAICS CODE:.......................................................711510
ACCT MTHD:..........................................................Cash
FIRST TIME SCHEDULE C FILED:...........................................N
STATUTORY EMPLOYEE IND:................................................N


INCOME


GROSS RECEIPTS OR SALES:..........................................$7,447.00
RETURNS AND ALLOWANCES:................................................$0.00
NET GROSS RECEIPTS:...............................................$7,447.00
COST OF GOODS SOLD:....................................................$0.00
SCHEDULE C FORM 1099 REQUIRED:........................................YES
SCHEDULE C FORM 1099 FILED:...........................................YES
OTHER INCOME:..........................................................$0.00


EXPENSES


CAR AND TRUCK EXPENSES:...........................................$1,340.00
DEPRECIATION:..........................................................$0.00
INSURANCE (OTHER THAN HEALTH):.........................................$0.00
MORTGAGE INTEREST:.....................................................$0.00
LEGAL AND PROFESSIONAL SERVICES:.......................................$0.00
REPAIRS AND MAINTENANCE:...............................................$0.00
TRAVEL:..............................................................$901.00
MEALS AND ENTERTAINMENT:..............................................$50.00
WAGES:.................................................................$0.00
OTHER EXPENSES:........................................................$0.00
TOTAL EXPENSES:...................................................$5,193.00
EXP FOR BUSINESS USE OF HOME:..........................................$0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:...........................$2,254.00
AT RISK CD:..............................All investment at risk
OFFICE EXPENSE AMOUNT:.................................................$0.00
UTILITIES EXPENSE AMOUNT:..............................................$0.00
ENERGY EFFICIENT BUILDING DEDUCTION:...................................$0.00
```

COST OF GOODS SOLD

INVENTORY AT BEGINNING OF YEAR:........................................$0.00
INVENTORY AT END OF YEAR:..............................................$0.00

Schedule C--Profit or Loss From Business
(Occurrence #: 3)

SOCIAL SECURITY NUMBER:.........................................XXX-XX-6143
EMPLOYER ID NUMBER:...................................................
BUSINESS NAME:........................................................
DESCRIPTION OF BUSINESS/PROFESSION:...................................
NAICS CODE:.........................................................611000
ACCT MTHD:...........................................................Cash
FIRST TIME SCHEDULE C FILED:..............................................N
STATUTORY EMPLOYEE IND:...................................................N

INCOME

GROSS RECEIPTS OR SALES:.........................................$26,325.00
RETURNS AND ALLOWANCES:...............................................$0.00
NET GROSS RECEIPTS:.............................................$26,325.00
COST OF GOODS SOLD:...................................................$0.00
SCHEDULE C FORM 1099 REQUIRED:...........................................NO
SCHEDULE C FORM 1099 FILED:............................................NONE
OTHER INCOME:.........................................................$0.00

EXPENSES

CAR AND TRUCK EXPENSES:...............................................$0.00
DEPRECIATION:.........................................................$0.00
INSURANCE (OTHER THAN HEALTH):........................................$0.00
MORTGAGE INTEREST:....................................................$0.00
LEGAL AND PROFESSIONAL SERVICES:......................................$0.00
REPAIRS AND MAINTENANCE:..............................................$0.00
TRAVEL:...............................................................$0.00
MEALS AND ENTERTAINMENT:..............................................$0.00
WAGES:................................................................$0.00
OTHER EXPENSES:....................................................$1,014.00
TOTAL EXPENSES:....................................................$3,447.00
EXP FOR BUSINESS USE OF HOME:.........................................$0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:............................$22,878.00
AT RISK CD:.........................Some investment not at risk
OFFICE EXPENSE AMOUNT:................................................$0.00
UTILITIES EXPENSE AMOUNT:.............................................$0.00
ENERGY EFFICIENT BUILDING DEDUCTION:..................................$0.00

COST OF GOODS SOLD

INVENTORY AT BEGINNING OF YEAR:.......................................$0.00
INVENTORY AT END OF YEAR:.............................................$0.00

Schedule SE--Self-Employment Tax

SSN OF SELF-EMPLOYED TAXPAYER:.................................XXX-XX-6143
NET FARM PROFIT/LOSS: SCH F:..........................................$0.00
CONSERVATION RESERVE PROGRAM PAYMENTS:................................$0.00
NET NONFARM PROFIT/LOSS:.........................................$32,163.00
TOTAL SE INCOME:................................................$32,163.00
SE QUARTERS COVERED:.....................................................4
TOTAL SE TAX PER COMPUTER:........................................$4,544.39
SE INCOME COMPUTER VERIFIED:..........................................$0.00
SE INCOME PER COMPUTER:.........................................$29,702.00

```
TOTAL NET EARNINGS PER COMPUTER:.................................$29,702.00

LONG FORM ONLY

TENTATIVE CHURCH EARNINGS:...............................................$0.00
TOTAL SOC SEC & RR WAGES:............................................$46,586.00
SE SS TAX COMPUTER:...................................................$3,683.04
SE MEDICARE INCOME PER COMPUTER:....................................$29,702.00
SE MEDICARE TAX PER COMPUTER:...........................................$861.35
SE FARM OPTION METHOD USED:...................................................0
SE OPTIONAL METHOD INCOME:...............................................$0.00

Form 8863 - Education Credits (Hope and Lifetime Learning Credits)


PART III - ALLOWABLE EDUCATION CREDITS

GROSS EDUCATION CR PER COMPUTER:........................................$0.00
TOTAL EDUCATION CREDIT AMOUNT:..........................................$0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:.............................$0.00

Form 8995-A,8995 Qualified Business Income Deduction

QUALIFED BUSINESS INCOME COMPONENT:.....................................$0.00
REIT AND PTP COMPONENT:.................................................$0.00
F8995 NET CAPITAL GAINS:................................................$0.00
F8995 DOMESTIC PRODUCTION DEDUCTION:....................................$0.00
QUALIFED BUSINESS NET LOSS CARRYFORWARD:.........................$149,519.00
QUALIFIED REIT DIV AND PTP LOSS CARRYFORWARD:...........................$0.00
TOTAL QUALIFIED BUSINESS LOSS CARRYFORWARD:......................$119,628.00
TOTAL REIT DIV LOSS CARRYFORWARD:......................................$0.00
TOTAL QUALIFIED BUSINESS INCOME OR LOSS:.........................$29,891.00
QUALIFIED REIT DIV AND PTP INCOME OR LOSS:.............................$0.00
                This Product Contains Sensitive Taxpayer Data
```

# Exhibit M

Vano I. Haroutunian, Esq. (EOIR No. TT757835)                    Detained
BALLON STOLL P.C.
810 Seventh Avenue, Suite 405
New York, New York 10019
(T) 212-575-7900
(F) 212-764-5060
vharoutunian@ballonstoll.com


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## LUMPKIN, GA

-------------------------------------------------------------------x

In the Matter of:

**GARIK MKRTCHYAN**


*Respondent*
------------------------------------------------------------
In Bond Proceedings                          File No.: **246-500-035**


# BOND REDETERMINATION REQUEST

# I. INTRODUCTION

Respondent, Mr. GARIK MKRTCHYAN (hereinafter Respondent), by and through undersigned counsel, Vano I. Haroutunian, Esq. respectfully moves this honorable Immigration Court to hold a bond hearing and release him from immigration detention on his own recognizance, or in the alternative, on a lowest bond possible. As grounds for this motion, the respondent submits as follows:

# II. RESPONDENT HAS STRONG CONNECTIONS WITHIN THE UNITED STATES COMMUNITY

The respondent is currently in immigration detention, and his continued detention has caused him considerable hardship. He seeks release on bond to be reunited with his family. The respondent's spouse and children reside in the United States. The respondent entered Unite States on August 1, 2022. He applied for asylum on November 21, 2022. Respondent applied for business immigration visa under EB2 category in February 2025.  The Respondent has several relatives residing in the United States who have submitted letters affirming that the respondent is a law-abiding person with  no history of misconduct or negative character references. His sponsor and brother-in-law, Mr. Arshak Sirunyan, who is a Citizen of the United States and  is willing  to provide both emotional and financial support for the Respondent during this difficult period. Respondent is committed to upholding and respecting the laws of the United States as he navigates through his immigration proceedings. He is fortunate to have a close bond with his brother-in-law  Arshak Sirunyan who has offered  unwavering support as a sponsor  to  ensure  his compliance  with  legal requirements. If needed He is willing to provide the Respondent with secure and stable housing during his stay in the United States. This arrangement ensures that the Respondent has a reliable residence if needed while addressing his immigration matters. Respondent deeply values the support of Arshak Sirunyan and is fully committed to following the legal procedures required to address his immigration status.

He understands the significance of adhering to the laws of the United States and is determined to pursue legal avenues for resolving his immigration matters. Through the combined efforts of Respondent and Arshak Sirunyan, it is their hope that the U.S. legal system will offer them the opportunity to address immigration matters responsibly and within the bounds of the law. They appreciate the consideration of their commitment and support by the relevant authorities.

Presently, U.S. Immigration and Customs Enforcement has detained the Respondent at FOLKSTON MAIN, 3026 GA 252 E, Folkston, GA 31537.

## III. RESPONDENT HAS NO CRIMINAL BACKGROUND AND HAS NOTCOMMITED ANY DEPORTABLE OFFENSES

A non-citizen detained and charged with being removable may be released on bond or parole. INA § 236. Mr. Mahamadjanov is not subject to INA § 236(c) mandatory detention as he has no criminal convictions. The provisions of § 236(a) therefore apply in this matter; and pursuant to § 236(a), Mr. Mahamadjanov should not be detained by the Department of Homeland Security unless there is a risk he will abscond, pose a danger to the community, or pose a risk to national security. Matter of Adeniji, 22I&N Dec. 1102 (BIA 1999); Matter of Patel, 15I&N dec.666 (BIA 1976).

## IV. MOTION FOR A BOND HEARING

Respondent, by and through counsel, respectfully moves this Immigration Court to set a low and reasonable bond. In Matter of Sniliopoulos, the Board of Immigration Appeals held that a $1,500

bond was appropriate for a Respondent who had overstayed his visitor's visa and had no "family ties that entitled the Respondent to reside here permanently at some future date."

16 I&N Dec. 561, at 563.

Because he does not pose a flight risk and will not fail to appear before the Immigration Court, Respondent requests a bond of no more than $1,500.00, as that is the most that can be raised. Any higher amount is tantamount to denial of bond altogether.

If Respondent continues to be detained without an opportunity for a hearing, at which he might demonstrate the appropriateness of setting a bond necessary to assure his appearance at future proceedings, he will suffer a deprivation of liberty in being detained without cause, and his ability to prepare an asylum application promptly and effectively.


## V. CONCLUSION

Respondent has no intention of fleeing from immigration authorities if he is released from detention prior to the resolution of removal proceedings. He does not pose a flight risk. He will not fail to appear before the Court when required to do so. He is not a danger to the community and does not pose a risk to national security. In sum, all relevant considerations support releasing him on his own recognizance, or alternatively, on a reasonably low bond. For the foregoing reasons, Respondent respectfully requests that the Court grant a zero- bond to release him on his own recognizance. In the alternative, the Court may consider the lowest possible bond.


Date: August 7, 2025

Respectfully submitted,
BALLON STOLL, P.C.
Attorneys for Respondent

By: _/s/ Vano I Haroutunian_

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**LUMPKIN, GA**

- -------------------------------------------------------------------x

In the Matter of:

GARIK MKRTCHYAN

*Respondent*

                                                    File: **246-500-035**

In Bond Proceedings

- -------------------------------------------------------------------x

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of Counsel's Bond Redetermination Request, it is HEREBY ORDERED that the motion be _____ **GRANTED** _____ **DENIED** because:

_____ DHS does not oppose the motion.

_____ A response to the motion has not been filed with the Court.

_____ Good cause has been established for the motion

_____ The Court agrees with the reasons stated in the opposition to the motion.

_____ Other:

Date _____          Immigration Judge _____

## CERTIFICATE OF SERVICE

I, Vano I. Haroutunian, Esq., hereby certify that the foregoing BOND REDETERMINATION REQUST was filed electronically through ECAS on August 7, 2025, and the opposing party is participating in ECAS.

Dated: August 7, 2025 New York, NY

*Vano I. Haroutunian*

Vano I. Haroutunian, Esq.

Exhibit N

**AVS Accounting**
**1964 Ashley River Rd Ste B**
**Charleston, SC 29416**
**(803) 414-2436**
**admin@avs-cpa.com**

February 25, 2025

Garik Mkrtchyan and Anahit Sirunyan
306 Tidal Rice Court
Wando, SC 29492

Dear Garik and Anahit,

Please find enclosed copies of your tax return(s) for the tax year ended December 31, 2024. Instructions for filing your return(s) are attached for your convenience. Retain the copies for your records.

The federal income tax return will be electronically filed, do not mail the enclosed copy, but retain it for your records.
        Form 1040 Federal Individual Income Tax Return

The South Carolina   income tax return will be electronically filed, do not mail the enclosed copy, but retain it for your records.
        SC1040 South Carolina Individual Income Tax Return

We prepared your returns based on the information you provided us. Please review the returns carefully to ensure that there are no omissions or misstatements of material facts.

If you have any questions about your tax returns, please contact us. We appreciate this opportunity to serve you.

Sincerely,


Anna Spann, CPA

Tax Summary and Instructions for Filing
<u>2024 Federal Individual Income Tax Return</u>

Summary of Federal Information:

Federal adjusted gross income ............................................ $     66,192.00
Federal taxable income ......................................................... $     36,893.00
Federal refund ......................................................................... $      4,422.00

Your return will be electronically filed.

Your federal refund of $4,422.00 will be directly deposited in your bank account.

Tax Summary and Instructions for Filing
<u>2024 South Carolina Individual Income Tax Return</u>

Summary of  SC1040 Information:

State taxable income ........................................................................ $      22,129.00
State refund .................................................................................... $        2,015.00

Your South Carolina return will be electronically filed.

Your South Carolina refund of $2,015.00 will be directly deposited in your bank account.

Form **8879**

(Rev. January 2021)

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization

► ERO must obtain and retain completed Form 8879.
► Go to *www.irs.gov/Form8879* for the latest information.

OMB No. 1545-0074

Submission Identification Number (SID) ►

| Taxpayer's name | Social security number |
|---|---|
| Garik Mkrtchyan | 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 |
| Spouse's name | Spouse's social security number |
| Anahit Sirunyan | 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 |

**Part I**    **Tax Return Information — Tax Year Ending December 31,**    2024 (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.

**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 66,192. |
| 2 | Total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 75. |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 . . . . . . . | **3** | 3,738. |
| 4 | Amount you want refunded to you . . . . . . . . . . . . . . . . . . | **4** | 4,422. |
| 5 | Amount you owe . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

**Part II**    **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X]  I authorize    AVS Accounting    to enter or generate my PIN    | 5 | 8 | 5 | 8 | 6 |    as my
                    ERO firm name                                        **Enter five digits, but**
signature on the income tax return (original or amended) I am now authorizing.    **don't enter all zeros**

[ ]  I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ►_____    Date ►_____

**Spouse's PIN: check one box only**

[X]  I authorize    AVS Accounting    to enter or generate my PIN    | 0 | 6 | 5 | 0 | 9 |    as my
                    ERO firm name                                        **Enter five digits, but**
signature on the income tax return (original or amended) I am now authorizing.    **don't enter all zeros**

[ ]  I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ►_____    Date ►_____

**Practitioner PIN Method Returns Only—continue below**

**Part III**    **Certification and Authentication — Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    | 5 | 7 | 9 | 2 | 4 | 1 | 2 | 9 | 4 | 1 | 4 |
                                                                                                    **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ►_____    Date ►_____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 02/18/25 PRO    Form **8879** (Rev. 01-2021)

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2024** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ___ | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Garik | Mkrtchyan | 318 75 8586 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| Anahit | Sirunyan | 806 80 6509 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
306 Tidal Rice Court

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
Wando | SC | 29492

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind  Spouse: ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| Robert Mkrtchyan | 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 | Son | ☐ | ☒ |
| Mari Mkrtchyan | 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 | Daughter | ☒ | ☐ |
| Rafayel Mkrtchyan | 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 | Son | ☒ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 65,699. |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | 65,699. |

Attach Sch. B if required.

| 2a | Tax-exempt interest | 2a | | b | Taxable interest | 2b | |
|---|---|---|---|---|---|---|---|
| 3a | Qualified dividends | 3a | | b | Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b | Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b | Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b | Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | | | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | | | | | 7 | |

**Standard Deduction for—**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| 8 | Additional income from Schedule 1, line 10 | 8 | 531. |
|---|---|---|---|
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 66,230. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 38. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 66,192. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 29,200. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 99. |
| 14 | Add lines 12 and 13 | 14 | 29,299. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 36,893. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Form **1040** (2024)

Form 1040 (2024)          Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ _____ | 16 | 3,961. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 3,961. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | 3,877. |
| | 20 | Amount from Schedule 3, line 8 | 20 | 84. |
| | 21 | Add lines 19 and 20 | 21 | 3,961. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 75. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 75. |

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | 3,738. | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | | 25d | 3,738. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | | | 26 | |
| | 27 | Earned income credit (EIC) | 27 | 136. | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | 623. | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | 759. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 4,497. |

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 4,422. |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | 4,422. |
| Direct deposit? See instructions. | b | Routing number 0 5 3 2 0 7 7 6 6    c Type: ☒ Checking ☐ Savings | | |
| | d | Account number 1 2 9 5 9 5 9 2 0 7 | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** | 36 | |

| | | | | |
|---|---|---|---|---|
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | |

| | | | |
|---|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☒ **Yes.** Complete below. | ☐ **No** |
| | Designee's name   Anna Spann, CPA | Phone no.   (803)414-2436 | Personal identification number (PIN)   2 9 4 1 4 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Construction | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | | Healthcare | |
| Phone no. | Email address   garikmkrtchyan83@gmail.com | | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| Anna Spann, CPA | Anna Spann, CPA | 02/25/2025 | P01427385 | ☒ Self-employed |
| Firm's name   AVS Accounting | | | Phone no. | |
| Firm's address   1964 Ashley River Rd Ste B Charleston SC 29416 | | Firm's EIN 81-2606894 | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.     **BAA**   REV 02/18/25 PRO     Form **1040** (2024)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **01**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099k*.

## Part I   Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . | **1** | 0. |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . | **3** | 531. |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . . . . . . . | **8a** ( ) | |
| b | Gambling . . . . . . . . . . . . . . . . . | **8b** | |
| c | Cancellation of debt . . . . . . . . . . . . . . | **8c** | |
| d | Foreign earned income exclusion from Form 2555 . . . . . . | **8d** ( ) | |
| e | Income from Form 8853 . . . . . . . . . . . . . | **8e** | |
| f | Income from Form 8889 . . . . . . . . . . . . . | **8f** | |
| g | Alaska Permanent Fund dividends . . . . . . . . . . | **8g** | |
| h | Jury duty pay . . . . . . . . . . . . . . . . | **8h** | |
| i | Prizes and awards . . . . . . . . . . . . . . . | **8i** | |
| j | Activity not engaged in for profit income . . . . . . . . | **8j** | |
| k | Stock options . . . . . . . . . . . . . . . . | **8k** | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | **8l** | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) . | **8m** | |
| n | Section 951(a) inclusion (see instructions) . . . . . . . . | **8n** | |
| o | Section 951A(a) inclusion (see instructions) . . . . . . . . | **8o** | |
| p | Section 461(l) excess business loss adjustment . . . . . . | **8p** | |
| q | Taxable distributions from an ABLE account (see instructions) . . . | **8q** | |
| r | Scholarship and fellowship grants not reported on Form W-2 . . . | **8r** | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | **8s** ( ) | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | **8t** | |
| u | Wages earned while incarcerated . . . . . . . . . . | **8u** | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions | **8v** | |
| z | Other income. List type and amount: _____ | **8z** | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . | **10** | 531. |

**For Paperwork Reduction Act Notice, see your tax return instructions.**            **Schedule 1 (Form 1040) 2024**

Schedule 1 (Form 1040) 2024                                                                                                              Page **2**

| Part II | Adjustments to Income | | |
|---|---|---|---|
| **11** | Educator expenses . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13** | Health savings account deduction. Attach Form 8889 . . . . . . . . . | **13** | |
| **14** | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . | **14** | |
| **15** | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . | **15** | 38. |
| **16** | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . | **16** | |
| **17** | Self-employed health insurance deduction . . . . . . . . . . . . | **17** | |
| **18** | Penalty on early withdrawal of savings . . . . . . . . . . . . . | **18** | |
| **19a** | Alimony paid . . . . . . . . . . . . . . . . . . . . . . | **19a** | |
| **b** | Recipient's SSN . . . . . . . . . . . . . | | |
| **c** | Date of original divorce or separation agreement (see instructions): | | |
| **20** | IRA deduction . . . . . . . . . . . . . . . . . . . . . | **20** | |
| **21** | Student loan interest deduction . . . . . . . . . . . . . . . | **21** | |
| **22** | Reserved for future use . . . . . . . . . . . . . . . . . . | **22** | |
| **23** | Archer MSA deduction . . . . . . . . . . . . . . . . . . | **23** | |
| **24** | Other adjustments: | | |
| **a** | Jury duty pay (see instructions) . . . . . . . . . | **24a** | |
| **b** | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . . . . | **24b** | |
| **c** | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . | **24c** | |
| **d** | Reforestation amortization and expenses . . . . . | **24d** | |
| **e** | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . | **24e** | |
| **f** | Contributions to section 501(c)(18)(D) pension plans . . . . | **24f** | |
| **g** | Contributions by certain chaplains to section 403(b) plans . . . | **24g** | |
| **h** | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . | **24h** | |
| **i** | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | **24i** | |
| **j** | Housing deduction from Form 2555 . . . . . . . . | **24j** | |
| **k** | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | **24k** | |
| **z** | Other adjustments. List type and amount: | | |
| | | **24z** | |
| **25** | Total other adjustments. Add lines 24a through 24z . . . . . . . . . | **25** | |
| **26** | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 . . . . . . . . . . . . . . . . . . | **26** | 38. |

                                          **BAA**   REV 02/18/25 PRO          **Schedule 1 (Form 1040) 2024**

| SCHEDULE 2<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Taxes**<br><br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br>**2024**<br>Attachment<br>Sequence No. **02** |
|---|---|---|

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

**Part I    Tax**

| 1 | Additions to tax: | | |
|---|---|---|---|
| a | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . | **1a** | |
| b | Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . . . . . . . . . | **1b** | |
| c | Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . . . . | **1c** | |
| d | Recapture of net EPE from Form 4255, line 2a, column (l) . . . . | **1d** | |
| e | Excessive payments (EP) from Form 4255. Check applicable box and enter amount.<br>**(i)** ☐ Line 1a, column (n)    **(ii)** ☐ Line 1c, column (n)<br>**(iii)** ☐ Line 1d, column (n)    **(iv)** ☐ Line 2a, column (n) | **1e** | |
| f | 20% EP from Form 4255. Check applicable box and enter amount. See instructions.<br>**(i)** ☐ Line 1a, column (o)    **(ii)** ☐ Line 1c, column (o)<br>**(iii)** ☐ Line 1d, column (o)    **(iv)** ☐ Line 2a, column (o) | **1f** | |
| y | Other additions to tax (see instructions): _____ | **1y** | |
| z | Add lines 1a through 1y . . . . . . . . . . . . . . . | **1z** | |
| 2 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . | **2** | |
| 3 | Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . . | **3** | |

**Part II    Other Taxes**

| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . | **4** | 75. |
|---|---|---|---|
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 | **6** | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required.<br>If not required, check here . . . . . . . . . . . . . . ☐ | **8** | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . | **11** | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . | **12** | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . | **16** | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.          Schedule 2 (Form 1040) 2024

Schedule 2 (Form 1040) 2024

Page **2**

| **Part II** | **Other Taxes** *(continued)* |
|---|---|

**17** Other additional taxes:

**a** Recapture of other credits. List type, form number, and amount:
_____ **17a**

**b** Recapture of federal mortgage subsidy, if you sold your home see instructions **17b**

**c** Additional tax on HSA distributions. Attach Form 8889 . . . . . . **17c**

**d** Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . . . **17d**

**e** Additional tax on Archer MSA distributions. Attach Form 8853 . . . . **17e**

**f** Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 **17f**

**g** Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property **17g**

**h** Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . . . . **17h**

**i** Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . . . **17i**

**j** Section 72(m)(5) excess benefits tax . . . . . . . . . . **17j**

**k** Golden parachute payments . . . . . . . . . . . . **17k**

**l** Tax on accumulation distribution of trusts . . . . . . . . **17l**

**m** Excise tax on insider stock compensation from an expatriated corporation . **17m**

**n** Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . **17n**

**o** Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . . . . . . **17o**

**p** Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . . . . **17p**

**q** Any interest from Form 8621, line 24 . . . . . . . . . **17q**

**z** Any other taxes. List type and amount: _____ **17z**

**18** Total additional taxes. Add lines 17a through 17z . . . . . . . . . . **18**

**19** Recapture of net EPE from Form 4255, line 1d, column (l) . . . . . . . . **19**

**20** Section 965 net tax liability installment from Form 965-A . . . . . . **20**

**21** Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . . . . . . . **21** 75.

**BAA**    REV 02/18/25 PRO    Schedule 2 (Form 1040) 2024

**SCHEDULE 3**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **03**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

| Part I | Nonrefundable Credits | | |
|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . | **1** | |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 . . . . | **2** | |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . . . | **3** | |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . . | **4** | 84. |
| 5a | Residential clean energy credit from Form 5695, line 15 . . . . . . | **5a** | |
| b | Energy efficient home improvement credit from Form 5695, line 32 . . . | **5b** | |
| 6 | Other nonrefundable credits: | | |
| a | General business credit. Attach Form 3800 . . . . . . . . . | **6a** | |
| b | Credit for prior year minimum tax. Attach Form 8801 . . . . . . | **6b** | |
| c | Adoption credit. Attach Form 8839 . . . . . . . . . . | **6c** | |
| d | Credit for the elderly or disabled. Attach Schedule R . . . . . | **6d** | |
| e | Reserved for future use . . . . . . . . . . . . | **6e** | |
| f | Clean vehicle credit. Attach Form 8936 . . . . . . . . . | **6f** | |
| g | Mortgage interest credit. Attach Form 8396 . . . . . . . . | **6g** | |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 . . . | **6h** | |
| i | Qualified electric vehicle credit. Attach Form 8834 . . . . . . | **6i** | |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 . . . | **6j** | |
| k | Credit to holders of tax credit bonds. Attach Form 8912 . . . . . | **6k** | |
| l | Amount on Form 8978, line 14. See instructions . . . . . . | **6l** | |
| m | Credit for previously owned clean vehicles. Attach Form 8936 . . . . | **6m** | |
| z | Other nonrefundable credits. List type and amount: _____ | **6z** | |
| 7 | Total other nonrefundable credits. Add lines 6a through 6z . . . . . . . . . | **7** | |
| 8 | Add lines 1 through 4, 5a, 5b, and 7. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 | **8** | 84. |

| Part II | Other Payments and Refundable Credits | | |
|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . | **9** | |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . . . | **10** | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . | **11** | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . | **12** | |
| 13 | Other payments or refundable credits: | | |
| a | Form 2439 . . . . . . . . . . . . . . | **13a** | |
| b | Section 1341 credit for repayment of amounts included in income from earlier years . . . . . . . . . . . . . . . | **13b** | |
| c | Net elective payment election amount from Form 3800, Part III, line 6, column (j) | **13c** | |
| d | Deferred amount of net 965 tax liability (see instructions) . . . . . . | **13d** | |
| z | Other refundable credits (see instructions): _____ | **13z** | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z . . . . . . | **14** | |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 . . . | **15** | |

For Paperwork Reduction Act Notice, see your tax return instructions.    **BAA**    REV 02/18/25 PRO    Schedule 3 (Form 1040) 2024

| SCHEDULE C<br>(Form 1040) | **Profit or Loss From Business**<br>(Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information. | 20**24**<br>Attachment<br>Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Garik Mkrtchyan | 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 |

**A** Principal business or profession, including product or service (see instructions)   Specialty Construction services

**B** Enter code from instructions   2 3 8 2 1 0

**C** Business name. If no separate business name, leave blank.   Coastal Electricians, LLC

**D** Employer ID number (EIN) (see instr.)   9 2 0 4 6 5 8 6 3

**E** Business address (including suite or room no.) 306 Tidal Rice Court
City, town or post office, state, and ZIP code Wando, SC 29492

**F** Accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses  ☒ Yes  ☐ No

**H** If you started or acquired this business during 2024, check here

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions  ☐ Yes  ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099?  ☐ Yes  ☐ No

### Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | 32,583. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 32,583. |
| 4 | Cost of goods sold (from line 42) | 4 | 15,644. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 16,939. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 16,939. |

### Part II — Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 9,296. | 18 Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 6,377. | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 Repairs and maintenance | 21 | |
| | | | | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 Travel and meals: | | |
| 15 | Insurance (other than health) | 15 | 375. | a Travel | 24a | |
| 16 | Interest (see instructions): | | | b Deductible meals (see instructions) | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 Utilities | 25 | |
| b | Other | 16b | | 26 Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | | 27a Other expenses (from line 48) | 27a | 360. |
| | | | | b Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | | | | 28 | 16,408. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | 531. |

| | |
|---|---|
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 |

| | | | |
|---|---|---|---|
| | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 531. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☒ All investment is at risk.<br>32b ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.   BAA   REV 02/18/25 PRO   Schedule C (Form 1040) 2024

Schedule C (Form 1040) 2024                                                                                            Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |

**33** Method(s) used to
value closing inventory: **a** ☒ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☒ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | 4,500. |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | **37** | |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . . | **38** | 15,644. |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . | **40** | 20,144. |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . . . . | **41** | 4,500. |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | **42** | 15,644. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

**43** When did you place your vehicle in service for business purposes? (month/day/year)  08/01/2023

**44** Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a** Business _____ 9,518 _____ **b** Commuting (see instructions) _____ **c** Other _____ 6,842

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . ☒ Yes    ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . ☒ Yes    ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . ☒ Yes    ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . ☒ Yes    ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30. |

| | |
|---|---|
| Telephone | 360. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a . . . . . . . . . . | **48** | 360. |

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

**Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.**
**Go to www.irs.gov/ScheduleSE for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR)
Garik Mkrtchyan

Social security number of person
with **self-employment** income    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

| Part I | Self-Employment Tax |
| --- | --- |

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**    If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I  . . . . . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
| --- | --- | --- | --- |
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | **1b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
| --- | --- | --- | --- |
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 531. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 531. |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | **4a** | 490. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop**; you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income**, enter -0- and continue  . . . . . . . | **4c** | 490. |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income  . . . . . . . **5a** | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . | **5b** | 0. |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 490. |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2024  . . . . . . . . . . | **7** | 168,600 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $168,600 or more, skip lines 8b through 10, and go to line 11  . . . . . . . . **8a** | 20,000. | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . . . **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . . . **8c** | | |
| **d** | Add lines 8a, 8b, and 8c  . . . . . . . . . . . . . . . . . . . . . . . | **8d** | 20,000. |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . | **9** | 148,600. |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . . | **10** | 61. |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . . . | **11** | 14. |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4,** or **Form 1040-SS, Part I, line 3**  . . . . . . . . . . . . . . . . . . . . . | **12** | 75. |
| **13** | **Deduction for one-half of self-employment tax.** | | |
| | Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15**  **13** | 38. | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule SE (Form 1040) 2024

Schedule SE (Form 1040) 2024 | Page **2**

| | **Part II** | **Optional Methods To Figure Net Earnings** (see instructions) | | |
|---|---|---|---|---|

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $10,380, **or (b)** your net farm profits[2] were less than $7,493.

| | | | | |
|---|---|---|---|---|
| **14** | Maximum income for optional methods . . . . . . . . . . . . . . | **14** | | *6,920* |
| **15** | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $6,920. Also, include this amount on line 4b above . . . . . . . . . . . . . . . | **15** | | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $7,493 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| **16** | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . | **16** | |
| **17** | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.

[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**BAA**      REV 02/18/25 PRO      **Schedule SE (Form 1040) 2024**

**SCHEDULE EIC**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Earned Income Credit
Qualifying Child Information

**Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.**
Go to *www.irs.gov/ScheduleEIC* for the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **43**

Name(s) shown on return
Garik Mkrtchyan & Anahit Sirunyan

Your social security number
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

If you are separated from your spouse, filing a separate return, and meet the requirements to claim the EIC (see instructions), check here ☐

**Before you begin:**
- See the instructions for Form 1040, line 27, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child. See also Pub. 596.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 800-772-1213.
- If you have a child who meets the conditions to be your qualifying child for purposes of claiming the EIC, but that child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.



- *You can't claim the EIC for a child who didn't live with you for more than half of the year.*
- *If your child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.*
- *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.*
- *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.*

## Qualifying Child Information

| | | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| **1** | **Child's name** If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name / Last name: Robert  Mkrtchyan | First name / Last name: Mari  Mkrtchyan | First name / Last name: Rafayel  Mkrtchyan |
| **2** | **Child's SSN** The child must have an SSN as defined in the instructions for Form 1040, line 27, unless the child was born and died in 2024 or you are claiming the self-only EIC (see instructions). If your child was born and died in 2024 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | 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 | 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 | 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 |
| **3** | **Child's year of birth** | Year  2 0 0 7 *If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year  2 0 1 0 *If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year  2 0 1 5 *If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4a** | Was the child under age 24 at the end of 2024, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* |
| **b** | Was the child permanently and totally disabled during any part of 2024? | ☐ Yes. *Go to line 5.*  ☐ No. *The child is not a qualifying child.* | ☐ Yes. *Go to line 5.*  ☐ No. *The child is not a qualifying child.* | ☐ Yes. *Go to line 5.*  ☐ No. *The child is not a qualifying child.* |
| **5** | **Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | Son | Daughter | Son |
| **6** | **Number of months child lived with you in the United States during 2024** • If the child lived with you for more than half of 2024 but less than 7 months, enter "7." • If the child was born or died in 2024 and your home was the child's home for more than half the time they were alive during 2024, enter "12." | 12 months *Do not enter more than 12 months.* | 12 months *Do not enter more than 12 months.* | 12 months *Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.          BAA          REV 02/18/25 PRO          Schedule EIC (Form 1040) 2024

| SCHEDULE 8812 | Credits for Qualifying Children | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | **and Other Dependents** | **2024** |
| | Attach to Form 1040, 1040-SR, or 1040-NR. | |
| Department of the Treasury<br>Internal Revenue Service | Go to *www.irs.gov/Schedule8812* for instructions and the latest information. | Attachment<br>Sequence No. **47** |

| Name(s) shown on return | Your social security number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

### Part I  Child Tax Credit and Credit for Other Dependents

| | | | |
|---|---|---|---:|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR . . . . . . . . | **1** | 66,192. |
| 2a | Enter income from Puerto Rico that you excluded . . . . . . . . . | **2a** | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 . . . . . | **2b** | 0. |
| c | Enter the amount from line 15 of your Form 4563 . . . . . . . | **2c** | |
| d | Add lines 2a through 2c . . . . . . . . . . . . . . . . . . | **2d** | 0. |
| 3 | Add lines 1 and 2d . . . . . . . . . . . . . . . . . . . | **3** | 66,192. |
| 4 | Number of qualifying children under age 17 with the required social security number | **4**  2 | |
| 5 | Multiply line 4 by $2,000 . . . . . . . . . . . . . . . . . . | **5** | 4,000. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number . . . . . . . | **6**  1 | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone listed on line 4. | | |
| 7 | Multiply line 6 by $500 . . . . . . . . . . . . . . . . . . | **7** | 500. |
| 8 | Add lines 5 and 7 . . . . . . . . . . . . . . . . . . . . | **8** | 4,500. |
| 9 | Enter the amount shown below for your filing status.<br>• Married filing jointly—$400,000<br>• All other filing statuses—$200,000 . . . . . . . . . . . . . . | **9** | 400,000. |
| 10 | Subtract line 9 from line 3.<br>• If zero or less, enter -0-.<br>• If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | **10** | 0. |
| 11 | Multiply line 10 by 5% (0.05) . . . . . . . . . . . . . . . . | **11** | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? . . . . . . . . | **12** | 4,500. |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27. | | |
| | ☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | |
| 13 | Enter the amount from **Credit Limit Worksheet A** . . . . . . . . . | **13** | 3,877. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents** . . .<br>Enter this amount on **Form 1040, 1040-SR, or 1040-NR, line 19.** | **14** | 3,877. |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27 (also complete Schedule 3, line 11) before completing Part II-A.

| | | | |
|---|---|---|---|
| **For Paperwork Reduction Act Notice, see your tax return instructions.** | **BAA** | REV 02/18/25 PRO | **Schedule 8812 (Form 1040) 2024** |

Schedule 8812 (Form 1040) 2024        Page **2**

### Part II-A    Additional Child Tax Credit for All Filers

**Caution:** If you file Form 2555, you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| **15** | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . | | ☐ |
| **16a** | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . | **16a** | 623. |
| **b** | Number of qualifying children under age 17 with the required social security number: ____2____ x $1,700. | | |
| | Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . | **16b** | 3,400. |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | | |
| **17** | Enter the **smaller** of line 16a or line 16b . . . . . . . . . . . . . . . | **17** | 623. |

| | | | | | |
|---|---|---|---|---|---|
| **18a** | Earned income (see instructions) . . . . . . . . | **18a** | 66,192. | | |
| **b** | Nontaxable combat pay (see instructions) . . . . | **18b** | | | |
| **19** | Is the amount on line 18a more than $2,500? | | | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result . . . . | **19** | 63,692. | | |
| **20** | Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . . | | | **20** | 9,554. |
| | **Next.** On line 16b, is the amount $5,100 or more? | | | | |
| | ☒ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27. | | | | |
| | ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | | | | |

### Part II-B    Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico

| | | | |
|---|---|---|---|
| **21** | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions . . . . | **21** | |
| **22** | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 . | **22** | |
| **23** | Add lines 21 and 22 . . . . . . . . . . . . . . . . . . | **23** | |
| **24** | **1040 and** | | |
| | **1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 11. | **24** | |
| | **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | | |
| **25** | Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . . . | **25** | |
| **26** | Enter the **larger** of line 20 or line 25 . . . . . . . . . . . . . . . | **26** | |
| | **Next,** enter the smaller of line 17 or line 26 on line 27. | | |

### Part II-C    Additional Child Tax Credit

| | | | |
|---|---|---|---|
| **27** | **This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28** . . | **27** | 623. |

BAA    REV 02/18/25 PRO        Schedule 8812 (Form 1040) 2024

Form **8880**

Department of the Treasury
Internal Revenue Service

## Credit for Qualified Retirement Savings Contributions

Attach to Form 1040, 1040-SR, or 1040-NR.

Go to *www.irs.gov/Form8880* for the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **54**

Name(s) shown on return

Garik Mkrtchyan & Anahit Sirunyan

Your social security number

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

⚠ **CAUTION**

*You **cannot** take this credit if **either** of the following applies.*

- *The amount on Form 1040, 1040-SR, or 1040-NR, line 11, is more than $38,250 ($57,375 if head of household; $76,500 if married filing jointly).*

- *The person(s) who made the qualified contribution or elective deferral (**a**) was born after January 1, 2007; (**b**) is claimed as a dependent on someone else's 2024 tax return; or (**c**) was a **student** (see instructions).*

|   |   | | **(a) You** | **(b) Your spouse** |
|---|---|---|---|---|
| 1 | Traditional and Roth IRA contributions, and ABLE account contributions by the designated beneficiary for 2024. **Do not** include rollover contributions . . . . . | **1** | | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2024 (see instructions) . . | **2** | | 836. |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . . | **3** | | 836. |
| 4 | Certain distributions received **after** 2021 and **before** the due date (including extensions) of your 2024 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception . . . | **4** | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- . . . . . . . . . | **5** | | 836. |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 . . . . . . . . | **6** | | 836. |
| 7 | Add the amounts on line 6. If zero, **stop**; you can't take this credit . . . . . . . | **7** | 836. | |
| 8 | Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 11* . . . . . | **8** | 66,192. | |
| 9 | Enter the applicable decimal amount from the table below. | | | |

| If line 8 is— | | And your filing status is— | | |
|---|---|---|---|---|
| Over— | But not over— | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying surviving spouse |
| | | **Enter on line 9—** | | |
| --- | $23,000 | 0.5 | 0.5 | 0.5 |
| $23,000 | $25,000 | 0.5 | 0.5 | 0.2 |
| $25,000 | $34,500 | 0.5 | 0.5 | 0.1 |
| $34,500 | $37,500 | 0.5 | 0.2 | 0.1 |
| $37,500 | $38,250 | 0.5 | 0.1 | 0.1 |
| $38,250 | $46,000 | 0.5 | 0.1 | 0.0 |
| $46,000 | $50,000 | 0.2 | 0.1 | 0.0 |
| $50,000 | $57,375 | 0.1 | 0.1 | 0.0 |
| $57,375 | $76,500 | 0.1 | 0.0 | 0.0 |
| $76,500 | --- | 0.0 | 0.0 | 0.0 |

**9**    x   .1

**Note:** If line 9 is zero, **stop**; you can't take this credit.

| 10 | Multiply line 7 by line 9 . . . . . . . . . . . . . . . . | **10** | 84. |
|---|---|---|---|
| 11 | Limitation based on tax liability. Enter the amount from the Credit Limit Worksheet in the instructions | **11** | 3,961. |
| 12 | **Credit for qualified retirement savings contributions.** Enter the **smaller** of line 10 or line 11 here and on Schedule 3 (Form 1040), line 4 . . . . . . . . . . . . . . | **12** | 84. |

* See Pub. 590-A for the amount to enter if you claim any exclusion or deduction for foreign earned income, foreign housing, or income from Puerto Rico or for bona fide residents of American Samoa.

**For Paperwork Reduction Act Notice, see your tax return instructions.**     BAA    REV 02/18/25 PRO     Form **8880** (2024)

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

**Attach to your tax return.**
**Go to www.irs.gov/Form8995 for instructions and the latest information.**

OMB No. 1545-2294

**2024**

Attachment
Sequence No. **55**

Name(s) shown on return
Garik Mkrtchyan & Anahit Sirunyan

Your taxpayer identification number
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

**Note:** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $191,950 ($383,900 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | Coastal Electricians, LLC | 92-0465863 | 493. |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . . . | **2** | 493. | |
| 3 | Qualified business net (loss) carryforward from the prior year . . . . . | **3** | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 493. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . | | | **5** | 99. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . . . | **7** | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . . . . . . . . . . . . | **8** | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . | | | **9** | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . . . . | | | **10** | 99. |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | 36,992. | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) . . . . . . . . . . . . . . . | **12** | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . | **13** | 36,992. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . | | | **14** | 7,398. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) . . . . . . . . | | | **15** | 99. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . | | | **16** | ( 0. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . . . . . . . . . . . . . . | | | **17** | ( 0. ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**    REV 02/18/25 PRO    Form **8995** (2024)

Form **8867**

(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

# Paid Preparer's Due Diligence Checklist

*Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC),*
*Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and*
*Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status*

**To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, or 1040-SS.**
**Go to *www.irs.gov/Form8867* for instructions and the latest information.**

OMB No. 1545-0074

For tax year
20 __24__

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

| Preparer's name | Preparer tax identification number |
|---|---|
| Anna Spann, CPA | P01427385 |

## Part I   Due Diligence Requirements

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V for the benefit(s) claimed (check all that apply).    ☒ EIC   ☒ CTC/ACTC/ODC   ☐ AOTC   ☐ HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| **1** | Did you complete the return based on information for the applicable tax year provided by the taxpayer or reasonably obtained by you? | ☒ | ☐ | |
| **2** | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-SS, or Schedule 8812 (Form 1040) instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? . . | ☒ | ☐ | ☐ |
| **3** | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. | | | |
| | • Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. | | | |
| | • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of any credit(s) . . . . . . . . . | ☒ | ☐ | |
| **4** | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "**Yes**," answer questions 4a and 4b. If "**No**," go to question 5.) . . . . . . . . . | ☐ | ☒ | |
| **a** | Did you make reasonable inquiries to determine the correct, complete, and consistent information? . | ☐ | ☐ | |
| **b** | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) . . . . . . . . . | ☐ | ☐ | |
| **5** | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in question 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to figure the amount(s) of the credit(s) . . . . . . . . . | ☒ | ☐ | |
| | List those documents provided by the taxpayer, if any, that you relied on: | | | |
| | Client provided documents | | | |
| **6** | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit? . . . . . . . . . | ☒ | ☐ | |
| **7** | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? . . | ☐ | ☐ | ☒ |
| | **(If credits were disallowed or reduced, go to question 7a; if not, go to question 8.)** | | | |
| **a** | Did you complete the required recertification Form 8862? . . . . . . . . . | ☐ | ☐ | |
| **8** | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040)? . . . . . . . . . | ☒ | ☐ | ☐ |

**For Paperwork Reduction Act Notice, see separate instructions.**            REV 02/18/25 PRO            Form **8867** (Rev. 11-2024)

Form 8867 (Rev. 11-2024) | Page **2**

| Part II | Due Diligence Questions for Returns Claiming EIC (If the return does not claim EIC, go to Part III.) | Yes | No | N/A |
|---|---|---|---|---|
| 9a | Have you determined that the taxpayer is eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? **(If the taxpayer is claiming the EIC and does not have a qualifying child, go to question 10.)** | ☒ | ☐ | |
| b | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? . . . . . . . . . . . . . . . . . . | ☒ | ☐ | |
| c | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? . . . . . . . . . . . . . . . . | ☐ | ☐ | ☒ |

| Part III | Due Diligence Questions for Returns Claiming CTC/ACTC/ODC (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | Yes | No | N/A |
|---|---|---|---|---|
| 10 | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? . . . . . . . . . . . . . . | ☒ | ☐ | |
| 11 | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the child has not lived with the taxpayer for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? . . . . . . . . . . | ☐ | ☐ | ☒ |
| 12 | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? . . . . . . . . . . . . . . . . . . . . | ☐ | ☐ | ☒ |

| Part IV | Due Diligence Questions for Returns Claiming AOTC (If the return does not claim AOTC, go to Part V.) | Yes | No |
|---|---|---|---|
| 13 | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? . . . . . . . . . . . . . | ☐ | ☐ |

| Part V | Due Diligence Questions for Claiming HOH (If the return does not claim HOH filing status, go to Part VI.) | Yes | No |
|---|---|---|---|
| 14 | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? . . . . | ☐ | ☐ |

| Part VI | Eligibility Certification |
|---|---|

**You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

C. Submit Form 8867 in the manner required; **and**

D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention*.

1. A copy of this Form 8867.

2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

**If you have not complied with all due diligence requirements, you may have to pay a penalty for each failure to comply related to a claim of an applicable credit or HOH filing status (see instructions for more information).**

| | | Yes | No |
|---|---|---|---|
| 15 | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ |

REV 02/18/25 PRO                                    Form **8867** (Rev. 11-2024)

**Two-Year Comparison**                                      **2024**

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | |

| Income | 2023 | 2024 | Difference | % |
|---|---|---|---|---|
| Wages, salaries, tips, etc . . . . . . . . . | 15,971. | 65,699. | 49,728. | 311.36 |
| Interest and dividend income . . . . . . . | | | | |
| State tax refund . . . . . . . . . . . . . | | 0. | 0. | |
| Business income (loss) . . . . . . . . . . | 25,143. | 531. | -24,612. | -97.89 |
| Capital and other gains (losses) . . . . . | | | | |
| IRA distributions . . . . . . . . . . . . . | | | | |
| Pensions and annuities . . . . . . . . . . | | | | |
| Rents and royalties . . . . . . . . . . . . | | | | |
| Partnerships, S Corps, etc . . . . . . . . | | | | |
| Farm income (loss) . . . . . . . . . . . . | | | | |
| Social security benefits . . . . . . . . . . | | | | |
| Income other than the above . . . . . . . | | | | |
| **Total Income** . . . . . . . . . . . . . | 41,114. | 66,230. | 25,116. | 61.09 |
| **Adjustments to Income** . . . . . . . . | 1,776. | 38. | -1,738. | -97.86 |
| **Adjusted Gross Income** . . . . . . . . | 39,338. | 66,192. | 26,854. | 68.26 |
| | | | | |
| **Itemized Deductions** | | | | |
| Medical and dental . . . . . . . . . . . . | | | | |
| Income or sales tax . . . . . . . . . . . . | 851. | 2,431. | 1,580. | 185.66 |
| Real estate taxes . . . . . . . . . . . . . | | 2,095. | 2,095. | |
| Personal property and other taxes . . . . | | | | |
| Interest paid . . . . . . . . . . . . . . . | | 23,668. | 23,668. | |
| Gifts to charity . . . . . . . . . . . . . . | | | | |
| Casualty and theft losses . . . . . . . . . | | | | |
| Miscellaneous . . . . . . . . . . . . . . | | | | |
| Total Itemized Deductions . . . . . . . . | 851. | 28,194. | 27,343. | 999.00 |
| **Standard or Itemized Deduction** . . . . | 27,700. | 29,200. | 1,500. | 5.42 |
| **Qualified Business Income Deduction** . . | 2,328. | 99. | -2,229. | -95.75 |
| **Taxable Income** . . . . . . . . . . . . | 9,310. | 36,893. | 27,583. | 296.27 |
| | | | | |
| Income tax . . . . . . . . . . . . . . . . | 933. | 3,961. | 3,028. | 324.54 |
| Additional income taxes . . . . . . . . . | | | | |
| Alternative minimum tax . . . . . . . . . | | | | |
| **Total Income Taxes** . . . . . . . . . . | 933. | 3,961. | 3,028. | 324.54 |
| Nonbusiness credits . . . . . . . . . . . | 933. | 3,961. | 3,028. | 324.54 |
| Business credits . . . . . . . . . . . . . | | | | |
| **Total Credits** . . . . . . . . . . . . . | 933. | 3,961. | 3,028. | 324.54 |
| Self-employment tax . . . . . . . . . . . | 3,552. | 75. | -3,477. | -97.89 |
| Other taxes . . . . . . . . . . . . . . . | | | | |
| **Total Tax After Credits** . . . . . . . . | 3,552. | 75. | -3,477. | -97.89 |
| Withholding . . . . . . . . . . . . . . . | | 3,738. | 3,738. | |
| Estimated and extension payments . . . . | | | | |
| Earned income credit . . . . . . . . . . . | 5,070. | 136. | -4,934. | -97.32 |
| Additional child tax credit . . . . . . . . | 4,800. | 623. | -4,177. | -87.02 |
| Other payments . . . . . . . . . . . . . | | | | |
| **Total Payments** . . . . . . . . . . . . | 9,870. | 4,497. | -5,373. | -54.44 |
| Form 2210 penalty . . . . . . . . . . . . | | | | |
| Applied to next year's estimated tax . . . | | | | |
| **Refund** . . . . . . . . . . . . . . . . | 6,318. | 4,422. | -1,896. | -30.01 |
| **Balance Due** . . . . . . . . . . . . . | | | | |

Current year effective tax rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  -1.15 %

# Schedule C Two-Year Comparison
**2024**

► Keep for your records

Proprietor name: Garik Mkrtchyan                                    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
Business or profession: Specialty Construction services

Note: Transferred data will not be displayed in the prior year column unless you have entered current year data on the Schedule C.

| | | 2023 | 2023 Percent of Net Sales* | 2024 | 2024 Percent of Net Sales* | 2023 to 2024 Comparison [X] as amount [ ] as percent |
|---|---|---|---|---|---|---|
| **Income:** | | | | | | |
| 1 | Gross receipts or sales | 42,400. | 100.00 | 32,583. | 100.00 | -9817.00 |
| 2 | Returns & allowances | | | | | |
| 3 | Net receipts or sales | 42,400. | 100.00 | 32,583. | 100.00 | -9817.00 |
| **Cost of goods sold:** | | | | | | |
| 4 a | Beginning inventory | | | 4,500. | 13.81 | 4500.00 |
| b | Purchases | | | | | |
| c | Cost of labor | | | | | |
| d | Materials & supplies | 7,830. | 18.47 | 15,644. | 48.01 | 7814.00 |
| e | Other costs | | | | | |
| f | Ending inventory | | | 4,500. | 13.81 | 4500.00 |
| 5 | Cost of goods sold | 7,830. | 18.47 | 15,644. | 48.01 | 7814.00 |
| 6 | Gross profit | 34,570. | 81.53 | 16,939. | 51.99 | -17631.00 |
| 7 | Other income | | | | | |
| 8 | Gross income | 34,570. | 81.53 | 16,939. | 51.99 | -17631.00 |
| **Expenses:** | | | | | | |
| 9 | Advertising | 3,600. | 8.49 | 9,296. | 28.53 | 5696.00 |
| 10 | Car & truck expenses | 5,909. | 13.94 | 6,377. | 19.57 | 468.00 |
| 11 | Commissions and fees | | | | | |
| 12 | Contract labor | | | | | |
| 13 | Depletion | | | | | |
| 14 | Depreciation & Sec 179 | | | | | |
| 15 | Employee benefits | | | | | |
| 16 | Insurance | 400. | 0.94 | 375. | 1.15 | -25.00 |
| 17 a | Mortgage interest | | | | | |
| b | Other interest | | | | | |
| 18 | Legal and professional | 131. | 0.31 | | | -131.00 |
| 19 | Office expense | | | | | |
| 20 | Pension & profit-sharing | | | | | |
| 21 | Rent or lease: | | | | | |
| a | Vehicle/machinery/equip | | | | | |
| b | Other business property | | | | | |
| 22 | Repairs & maintenance | | | | | |
| 23 | Supplies | | | | | |
| 24 | Taxes and licenses | | | | | |
| 25 a | Travel | | | | | |
| b | Meals & entertainment | | | | | |
| 26 | Utilities | | | | | |
| 27 | Wages (less job credit) | | | | | |
| 28 | Other expenses | 160. | 0.38 | 360. | 1.10 | 200.00 |
| 29 | Energy effi com bldgs | | | | | |
| 30 | Total expenses | 10,200. | 24.06 | 16,408. | 50.36 | 6208.00 |
| 31 | Tentative profit (loss) | 24,370. | 57.48 | 531. | 1.63 | -23839.00 |
| 32 | Office in home | | | | | |
| 33 | **Net profit (loss)** | 24,370. | 57.48 | 531. | 1.63 | -23839.00 |
| Passive suspended losses: | | | | | | |
| Schedule C | | | | | | |
| Form 4797 | | | | | | |
| Schedule D | | | | | | |

*Lines 1 through 32 as a percentage of net sales revenue.

1555



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**INDIVIDUAL INCOME TAX**
**DECLARATION FOR ELECTRONIC FILING**

REV 01/28/25 PRO
**dor.sc.gov**

**SC8453**
(Rev. 10/7/21)
3299

**Print or type.**

| First name and middle initial | Last name | Your social security number |
|---|---|---|
| GARIK | MKRTCHYAN | 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 |
| Spouse's first name, if married filing jointly | Last name | Spouse's social security number |
| ANAHIT | SIRUNYAN | 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 |
| Mailing address (number and street, PO Box) | | Daytime phone number |
| 306 TIDAL RICE COURT | | |
| City | State ZIP | Tax Year |
| WANDO SC 29492 | | 2024 |

## Part I    Information from your SC1040, Individual Income Tax Return

| | | | |
|---|---|---|---|
| 1. Federal taxable income (line 1 of your SC1040) | 1 | 36,893 | 00 |
| 2. SC tax (line 15 of your SC1040) | 2 | 416 | 00 |
| 3. Use Tax (line 26 of your SC1040) | 3 | 0 | 00 |
| 4. Total Tax (add line 2 and line 3) | 4 | 416 | 00 |
| 5. SC Income Tax Withheld (add line 16 and line 20 of your SC1040) | 5 | 2,431 | 00 |
| 6. Refundable credits (add line 21 and line 22 of your SC1040) | 6 | | 00 |
| 7. Refund (line 30 of your SC1040) | 7 | 2,015 | 00 |
| 8. Balance due (line 34 of your SC1040) | 8 | | 00 |

## Part II    Bank information for Refund or Balance Due

9. Routing number (RTN)    | 0 | 5 | 3 | 2 | 0 | 7 | 7 | 6 | 6 |    **Must be 9 digits. The first two numbers of the RTN must be 01 through 12 or 21 through 32.**

10. Bank account number (BAN)    | | | | | | | 1 | 2 | 9 | 5 | 9 | 5 | 9 | 2 | 0 | 7 |    **1-17 digits**

11. Type of account:    ☒ Checking    ☐ Savings

**For Balance Due:**

12. Payment Withdrawal Date _____    Payment Withdrawal Amount $ _____

## Part III    Declaration of taxpayer

13.  ☒ a. I consent for my refund to be directly deposited as designated in Part II. I declare that the information on line 1 through line 8 is correct. If I filed a joint return, this is an irrevocable appointment of my spouse as an agent to receive the refund.

☐ b. I authorize the South Carolina Department of Revenue (SCDOR) and its designated agents to initiate an ACH Debit request to my bank account, provided in Part II, for payment of the South Carolina taxes I owe. I authorize my bank to debit my account for the requested funds and consent to the sharing of financial information between institutions for the purpose of resolving issues related to my payment.

If the SCDOR does not receive full and timely payment of my tax liability, I understand that I am responsible for the balance due, including all penalties and interest.

I declare that this return and all attachments are true, correct, and complete to the best of my knowledge. This declaration is based on all information of which the preparer has any knowledge.

Do not submit a copy of this form to the SCDOR.  Return the signed copy to your paid preparer.  Keep a copy with your tax records.

| Your signature | Date | Spouse's signature (If married filing jointly, BOTH must sign) | Date |
|---|---|---|---|

## Part IV    Declaration of Electronic Return Originator (ERO) and Paid Preparer

I declare that I have received the above taxpayer's return and the information is complete and accurate to the best of my knowledge. I have obtained the taxpayer's signature on this form before submitting the SC1040 to the SCDOR. I have provided the taxpayer with a copy of all forms and information to be filed with the IRS and the SCDOR and have followed all other requirements described in the IRS Pub. 1345 Authorized IRS e file Providers of Individual Income Tax Returns, and requirements specified by the SCDOR. If I am the preparer, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge, they are true and complete. This declaration is based on all information of which I have knowledge. **I understand I do not mail the SC8453 to the SCDOR. I am required to keep the SC8453 and the supporting documents for three years.**

| **ERO's Use Only** | ERO signature | Date 02-25-2025 | Check if also paid preparer ☐ | Check if self-employed ☒ | PTIN |
|---|---|---|---|---|---|
| | Firm name (or yours if self-employed), address, ZIP | AVS Accounting | | FEIN 81-2606894 | |
| | | 1964 Ashley River Rd Ste B, Charleston, SC 29416 | | Phone (803) 414-2436 | |

| **Paid Preparer's Use Only** | Preparer signature | Date 02-25-2025 | Check if self-employed ☒ | PTIN P01427385 |
|---|---|---|---|---|
| | Firm name (or yours if self-employed), address, ZIP | Anna Spann, CPA | FEIN 81-2606894 | |
| | | 1964 Ashley River Rd Ste B Charleston SC 29416 | Phone (803) 414-2436 | |

1555



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**2024 INDIVIDUAL INCOME TAX RETURN**

**dor.sc.gov**

**SC1040**
(Rev. 7/8/24)
3075



| Your Social Security Number | | | Check if deceased ☐ |
|---|---|---|---|
| 318 | 75 | 8586 | |
| Spouse's Social Security Number | | | Check if deceased ☐ |
| 806 | 80 | 6509 | |

For the year January 1 - December 31, 2024, or fiscal tax year beginning _____, 2024 and ending _____, 2025

| First name and middle initial | Last name | Suffix |
|---|---|---|
| Garik | Mkrtchyan | |

| Spouse's first name, if married filing jointly | Last name | Suffix |
|---|---|---|
| Anahit | Sirunyan | |

| Check if new address ☐ | Mailing address (number and street, PO Box) 306 Tidal Rice Court | County code 10 |
|---|---|---|

| City Wando | State SC | ZIP 29492 | Daytime phone number with area code |
|---|---|---|---|

| Check if address is outside US ☐ | Foreign country address including postal code |
|---|---|

- **Amended Return:** Check this box if this is an Amended Return. (Attach Schedule AMD)..................... ▶ ☐
- **Part-Year/Nonresident:** Check this box if you are a part-year or nonresident filing an SC Schedule NR ......... ▶ ☐
- **Composite:** Check this box only if you are filing a composite return on behalf of a Partnership or S Corporation.
  Do not check this box if you are an individual ................................................... ▶ ☐
- **Extension:** Check this box if you have filed a federal or state extension ................................. ▶ ☐
- **Military:** Check this box if you served in a military combat zone during the filing period.......................... ☐
  Name of the combat zone: _____

**CHECK YOUR**
**FEDERAL FILING STATUS**
(1) ☐ Single  (3) ☐ Married filing separately - enter spouse's SSN: _____
(2) ☒ Married filing jointly  (4) ☐ Head of household  (5) ☐ Qualifying surviving spouse

Number of dependents claimed on your 2024 federal return ...................................... ▶ _____3_____
Number of dependents claimed that were under the age of 6 years as of December 31, 2024 ......... ▶ _____
Number of taxpayers age 65 or older as of December 31, 2024 ................................... ▶ _____

**DEPENDENTS**

| First name | Last name | Social Security Number | Relationship | Date of birth (MM/DD/YYYY) |
|---|---|---|---|---|
| Robert | Mkrtchyan | 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 | Son | 03/23/2007 |
| Mari | Mkrtchyan | 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 | Daughter | 12/24/2010 |
| Rafayel | Mkrtchyan | 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 | Son | 03/03/2015 |

30751242
REV 01/28/25 PRO

**Page 2 of 3**

| **INCOME AND ADJUSTMENTS** | | Your SSN 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 | | | **2024** |
|---|---|---|---|---|---|

| 1 | Enter **federal taxable income** from your federal form. If zero or less, enter zero here | | | | **Dollars** |
|---|---|---|---|---|---|
| | Nonresident filers: complete Schedule NR and enter total from line 48 on line 5 below . . . . . . . . . . ▶ | | 1 | | 36,893 00 |

**ADDITIONS TO FEDERAL TAXABLE INCOME**

| | | | | | |
|---|---|---|---|---|---|
| a | State tax addback, if itemizing on federal return (see instructions) . . . . . . . ▶ | a | | 00 | |
| b | Out-of-state losses   Type: _____ . . . . . . . . . . . . . . . . . . ▶ | b | | 00 | |
| c | Expenses related to National Guard and Military Reserve Income . . . . . . . ▶ | c | | 00 | |
| d | Interest income on obligations of states and political subdivisions other than South Carolina ▶ | d | | 00 | |
| e | Other additions to income (attach explanation - see instructions) . . . . . . . . ▶ | e | 99 | 00 | |
| 2 | **Total additions** (add line a through line e) . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 2 | | | 99 00 |
| 3 | Add line 1 and line 2 and enter the total here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | | 36,992 00 |

**SUBTRACTIONS FROM FEDERAL TAXABLE INCOME**

| | | | | |
|---|---|---|---|---|
| f | State tax refund, if included on your federal return. . . . . . . . . . . . . . . . . . . . ▶ | f | 0 | 00 |
| g | Total and permanent disability retirement income, if taxed on your federal return ▶ | g | | 00 |
| h | Out-of-state income/gain (do not include personal service income) | | | |
| | Check type of income/gain: ☐ Rental ☐ Business ☐ Other _____ ▶ | h | | 00 |
| i | 44% of net capital gains held for more than one year. . . . . . . . . . . . . . . . ▶ | i | | 00 |
| j | Volunteer deductions (see instructions) Type: _____ ▶ | j | | 00 |
| k | Contributions to the SC College Investment Program (Future Scholar) | | | |
| | or the SC Tuition Prepayment Program . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | k | | 00 |
| l | Active Trade or Business Income deduction (see instructions) . . . . . . . . . ▶ | l | 493 | 00 |
| m | Interest income from obligations of the US government. . . . . . . . . . . . . . . . ▶ | m | | 00 |
| n | Certain nontaxable National Guard or Reserve pay . . . . . . . . . . . . . . . . . ▶ | n | | 00 |
| o | Social Security and/or railroad retirement, if taxed on your federal return . . ▶ | o | | 00 |
| p | Retirement Deduction (see instructions) | | | |
| | p-1 Taxpayer (date of birth: _____) . . . . . . . . . . . . . . . . . . . ▶ | p-1 | | 00 |
| | p-2 Spouse (date of birth: _____) . . . . . . . . . . . . . . . . . . . . ▶ | p-2 | | 00 |
| | p-3 Surviving spouse (date of birth of deceased spouse: _____) ▶ | p-3 | | 00 |
| | Military Retirement Deduction (see instructions) | | | |
| | p-4 Taxpayer (date of birth: _____) . . . . . . . . . . . . . . . . . . . ▶ | p-4 | | 00 |
| | p-5 Spouse (date of birth: _____) . . . . . . . . . . . . . . . . . . . . ▶ | p-5 | | 00 |
| | p-6 Surviving spouse (date of birth of deceased spouse: _____) ▶ | p-6 | | 00 |
| q | Age 65 and older deduction (see instructions) | | | |
| | q-1 Taxpayer (date of birth: _____) . . . . . . . . . . . . . . . . . . . ▶ | q-1 | | 00 |
| | q-2 Spouse (date of birth: _____) . . . . . . . . . . . . . . . . . . . . ▶ | q-2 | | 00 |
| r | Negative amount of federal taxable income . . . . . . . . . . . . . . . . . . . . . . . ▶ | r | | 00 |
| s | Subsistence allowance (multiply _____ days by $16) . . . . . . . . . . . . . . ▶ | s | | 00 |
| t | Dependents under the age of 6 years on December 31 of the tax year . . . . ▶ | t | | 00 |
| u | Consumer Protection Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | u | | 00 |
| v | Other subtractions (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | v | | 00 |
| w | South Carolina Dependent Exemption (see instructions). . . . . . . . . . . . . . ▶ | w | 14,370 | 00 |

| 4 | **Total subtractions** (add line f through line w) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 4 | < 14,863 00 > |
|---|---|---|---|
| 5 | Residents: subtract line 4 from line 3 and enter the difference. Nonresidents: enter amount from Schedule NR, line 48. If less than zero, enter zero here. This is your **SOUTH CAROLINA INCOME SUBJECT TO TAX** ▶ | 5 | 22,129 00 |
| 6 | TAX on your South Carolina Income Subject to Tax (see SC1040TT). . . . . . ▶ | 6 | 714 00 |
| 7 | TAX on Lump Sum Distribution (attach SC4972) . . . . . . . . . . . . . . . . . . . ▶ | 7 | 00 |
| 8 | TAX on Active Trade or Business Income (attach I-335) . . . . . . . . . . . . . . ▶ | 8 | 15 00 |
| 9 | TAX on excess withdrawals from Catastrophe Savings Accounts . . . . . . . . ▶ | 9 | 00 |
| 10 | Add line 6 through line 9 and enter the total here. This is your **TOTAL SOUTH CAROLINA TAX** . . . . . . . | 10 | 729 00 |

30752240

REV 01/28/25 PRO

Your SSN 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

**NON-REFUNDABLE CREDITS**

| | | |
|---|---|---|
| 11 Child and Dependent Care (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 11 | 00 |
| 12 Two Wage Earner Credit (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 12 | 143 00 |
| 13 Other nonrefundable credits. Attach SC1040TC and other state returns . . . . . ▶ | 13 | 170 00 |
| 14 Total nonrefundable credits (add line 11 through line 13) | 14 | 313 00 |
| 15 Subtract line 14 from line 10 and enter the difference. If less than zero, enter zero here . . . . . . . . . . . . . | 15 | 416 00 |

**PAYMENTS AND REFUNDABLE CREDITS**

| | | |
|---|---|---|
| 16 SC income tax withheld (attach W-2 or SC41) . . . . . . . . . . . . . . . . . . . . . . . | 16 | 2,431 00 |
| 17 2024 Estimated Tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 17 | 00 |
| 18 Amount paid with extension . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 18 | 00 |
| 19 Nonresident sale of real estate (paid on I-290) . . . . . . . . . . . . . . . . . . . . . . ▶ | 19 | 00 |
| 20 Other SC withholding (attach 1099) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 20 | 00 |
| 21 Tuition tax credit (attach I-319) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 21 | 00 |
| 22 Other refundable credits: | | |
| 22a Anhydrous Ammonia (attach I-333) . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 22a | 00 |
| 22b Milk Credit (attach I-334) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 22b | 00 |
| 22c Classroom Teacher Expenses (attach I-360) . . . . . . . . . . . . . . . . . . . . ▶ | 22c | 00 |
| 22d Parental Refundable Credit (attach I-361) . . . . . . . . . . . . . . . . . . . . . . ▶ | 22d | 00 |
| 22e Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22e | 00 |
| **Total refundable credits** (add line 22a through line 22d) . . . . . . . . . . . . . . . . . . . . . ▶ | 22 | 00 |

**AMENDED RETURN: Use Schedule AMD for line 23 calculation.**

| | | |
|---|---|---|
| 23 Add line 16 through line 22 and enter the total here . . . . . . . . . . These are your **TOTAL PAYMENTS** ▶ | 23 | 2,431 00 |
| 24 If line 23 is larger than line 15, subtract line 15 from line 23 and enter the overpayment . . . . . . . . . . . . . . | 24 | 2,015 00 |
| 25 If line 15 is larger than line 23, subtract line 23 from line 15 and enter the amount due . . . . . . . . . . | 25 | 00 |

**AMENDED RETURN: Enter the amount from line 24 on line 30. Enter the amount from line 25 on line 31.**

| | | |
|---|---|---|
| 26 USE TAX due on online, mail-order, or out-of-state purchases . . . . . . . . . . . ▶ | 26 | 0 00 |
| Use Tax is based on your county's Sales Tax rate. See instructions for more information. | | |
| If you certify that no Use Tax is due, check here . . ▶ ☒ | | |
| 27 Amount of line 24 to be credited to your 2025 Estimated Tax . . . . . . . . . . . . ▶ | 27 | 00 |
| 28 Total Contributions for Check-offs (attach I-330) . . . . . . . . . . . . . . . . . . . . . ▶ | 28 | 00 |
| 29 Add line 26 through line 28 and enter the total here | 29 | 0 00 |
| 30 If line 29 is larger than line 24, go to line 31. Otherwise, subtract line 29 from line 24 and enter the amount to be refunded to you (line 35 check box entry is required) . . . . . . . . . . . . . . . . . . **REFUND** ▶ | 30 | 2,015 00 |
| 31 Add line 25 and line 29. If line 29 is larger than line 24, subtract line 24 from line 29, enter the total. This is your tax due | 31 | 00 |
| 32 Late filing and/or late payment:  Penalties_____  Interest_____ . . . . . . Enter total here ▶ | 32 | 00 |
| 33 Penalty for Underpayment of Estimated Tax (attach SC2210) | | |
| Enter exception code from instructions here if applicable _____ . . . . . . . . . . . . . . . . . . ▶ | 33 | 00 |
| 34 Add line 31 through line 33 and enter your balance due (select payment option on line 36) **BALANCE DUE** ▶ | 34 | 00 |

| |
|---|
| **REFUND OPTIONS** Getting a refund? **Direct deposit is fast, accurate, and secure!** |
| 35 Select one:  ▶ ☒ Direct Deposit (line 37 required) (for US accounts only)  ☐ Paper Check |
| **PAYMENT OPTIONS** Have a balance due? **Pay electronically! It's quick and easy!** |
| 36 Select one:  ☐ MyDORWAY (pay at dor.sc.gov/pay)  ☐ ACH Debit (enter your US bank information on line 37) |
| For payments only:  Withdrawal Date ▶ [_____]  Withdrawal Amount ▶ [_____] 00 |
| 37 Type of Account:  ☒ Checking  ☐ Savings |
| Routing Number (RTN) ▶ 053207766   Must be 9 digits. The first two numbers of the RTN must be 01 through 32.   Bank Account Number (BAN) ▶ 1295959207   1-17 digits |

I declare that this return and all attachments are true, correct, and complete to the best of my knowledge. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has any knowledge.

| Your signature | Date | Spouse's signature (if married filing jointly, BOTH must sign) |
|---|---|---|
| | | |

| | | |
|---|---|---|
| I authorize the Director of the SCDOR or delegate to discuss this return, attachments, and related tax matters with the preparer.   Yes ☒  No ☐ | | Preparer's printed name<br>Anna Spann, CPA |
| **Paid Preparer's Use Only** | Preparer signature Anna Spann, CPA | Date 02-25-2025 | Check if self-employed ☒ | PTIN P01427385 |
| | Firm name (or yours if self-employed), address, ZIP   AVS Accounting<br>1964 Ashley River Rd Ste B Charleston SC 29416 | FEIN 81-2606894<br>Phone |

**MAIL TO:**  **REFUNDS OR ZERO TAX DUE:** SC1040 Processing Center, PO Box 101100, Columbia, SC 29211-0100
**BALANCE DUE:** Taxable Processing Center, PO Box 101105, Columbia, SC 29211-0105

30753248

REV 01/28/25 PRO

1555



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**2024 TAX CREDITS**

**SC1040TC**
(Rev. 7/11/24)
3913

**dor.sc.gov**

| Name | Social Security Number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan ▶ | 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 |

Most tax credits are computed on separate tax credit schedules. **Attach tax credit schedules for all tax credits you claim, along with the SC1040TC Worksheet and the SC1040TC, to your Income Tax return. The SCDOR may disallow your tax credits if you do not attach the neccesary schedules to your return.**

For line 6 through line 15, enter the credit description, the associated code, and the dollar amount of the credit claimed. You can find credit codes and descriptions, along with the required tax schedule for each credit, beginning on page 4.

| | Credit Description | | Code | | Amount |
|---|---|---|---|---|---|
| 1. | Total credit for taxes paid to another state **(Attach SC1040TC worksheet for each state)** | 1. | 100 | ▶ $ | .00 |
| 2. | Solar Energy or Small Hydropower System or Geothermal Machinery and Equipment Credit | 2. | 038 | ▶ $ | .00 |
| 3. | Excess Insurance Premium Credit | 3. | 044 | ▶ $ | .00 |
| 4. | New Jobs Credit | 4. | 004 | ▶ $ | .00 |
| 5. | Qualified Conservation Contribution Credit | 5. | 019 | ▶ $ | .00 |
| 6. | SC Earned Income Tax Credit | 6. ▶ | 060 | ▶ $ | 170.00 |
| 7. | | 7. ▶ | | ▶ $ | .00 |
| 8. | | 8. ▶ | | ▶ $ | .00 |
| 9. | | 9. ▶ | | ▶ $ | .00 |
| 10. | | 10. ▶ | | ▶ $ | .00 |
| 11. | | 11. ▶ | | ▶ $ | .00 |
| 12. | | 12. ▶ | | ▶ $ | .00 |
| 13. | | 13. ▶ | | ▶ $ | .00 |
| 14. | | 14. ▶ | | ▶ $ | .00 |
| 15. | | 15. ▶ | | ▶ $ | .00 |
| 16. | **Total nonrefundable tax credits (add line 1 through line 15)** | 16. ▶ | | $ | 170.00 |
| 17. | South Carolina Tax (from SC1040, line 10; SC1065, line 3, or SC1041, lines 8 and 9) | 17. | | $ | 729.00 |
| 18. | Enter the lesser of line 16 or line 17 | 18. | | $ | 170.00 |

For an individual, enter this amount on SC1040, line 13.
For a Fiduciary, enter this amount on SC1041, line 10.
For a Partnership, enter this amount on SC1065, line 4.

**SC1040 Filers:** Include this form and a complete copy of your federal return with your SC1040. If claiming credit for taxes paid to another state, also include a copy of each tax return filed with another state.

**SC1041 or SC1065 Filers:** Include this form with your SC1041 or SC1065.

REV 01/28/25 PRO

39131248

1555



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
## CREDIT FOR TAXES
## PAID TO ANOTHER STATE

dor.sc.gov

**SC1040TC**
(Rev. 7/11/24)
3913
**2024**

## WORSHEET FOR TAXES PAID TO _____

(enter name of state)

This credit is available for South Carolina residents and part-year residents only. Complete a separate worksheet for each state. Use the SC1040TC instructions to complete this worksheet. **Include the SC1040TC and SC1040TC Worksheet with your SC1040.**

| | Dollars | Cents |
|---|---|---|
| 1. South Carolina gross income (enter amount from instructions for line 1, E) ..... 1. | | **00** |
| 2. Portion of line 1 taxed by another state (see instructions) ..... 2. | | **00** |
| 3. Percentage (divide line 2 by line 1) Round to two decimal places. Cannot be greater than 100%..... 3. | | **%** |
| 4. Amount of South Carolina tax from SC1040, line 10..... 4. | | **00** |
| 5. Tentative credit (multiply line 3 by line 4)..... 5. | | **00** |
| 6. Net tax due the other state on income from line 2 See instructions. Do not use withholding from W-2 ..... 6. | | **00** |
| 7. Allowable credit (lesser of line 5 or line 6)..... 7. | | **00** |

Add the amounts from line 7 of each state worksheet, and enter the total on SC1040TC, line 1.

## WORKSHEET FOR TAXES PAID TO _____

(enter name of state)

This credit is available for South Carolina residents and part-year residents only. Complete a separate worksheet for each state. Use the SC1040TC instructions to complete this worksheet. **Include the SC1040TC and SC1040TC Worksheet with your SC1040.**

| | Dollars | Cents |
|---|---|---|
| 1. South Carolina gross income (enter amount from instructions for line 1, E)..... 1. | | **00** |
| 2. Portion of line 1 taxed by another state (see instructions)..... 2. | | **00** |
| 3. Percentage (divide line 2 by line 1) Round to two decimal places. Cannot be greater than 100%..... 3. | | **%** |
| 4. Amount of South Carolina tax from SC1040, line 10..... 4. | | **00** |
| 5. Tentative credit (multiply line 3 by line 4)..... 5. | | **00** |
| 6. Net tax due the other state on the income from line 2 See instructions. Do not use withholding from W-2 ..... 6. | | **00** |
| 7. Allowable credit (lesser of line 5 or line 6)..... 7. | | **00** |

Add the amounts from line 7 of each state worksheet, and enter the total on SC1040TC, line 1.

REV 01/28/25 PRO

39132246

1555

STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE

**SOUTH CAROLINA EARNED INCOME TAX CREDIT**

**SC SCH.TC-60**
(Rev. 5/8/23)
3724
20 24

dor.sc.gov

| Name | SSN or ITIN |
|---|---|
| GARIK MKRTCHYAN & ANAHIT SIRUNYAN | 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 |

**Answer these questions to see if you qualify:**

| | Yes | No |
|---|---|---|
| A. Were you a full-year resident of South Carolina for the above tax year?<br>If you answered **No, STOP**. You do not qualify for this credit. | ☒ | ☐ |
| B. Were you eligible for the Earned Income Tax Credit (EITC) on your federal return for the above tax year?<br>If you answered **No, STOP**. You do not qualify for this credit. | ☒ | ☐ |

**Credit Calculation**

1. Earned Income Tax Credit (EITC) allowed on your federal return for the above tax year ................................................................................. 1. _____136_ .00

2. Credit percentage ............................................................................. 2. _125%__

3. South Carolina Earned Income Tax Credit (multiply line 1 by line 2) ..................... 3. _____170_ .00
   Enter this amount on the SC1040TC.

## INSTRUCTIONS

The South Carolina Earned Income Tax Credit is available for **full-year resident individuals.**

The credit was phased in over five years. Beginning with the 2023 tax year, the credit is 125% of the federal Earned Income Tax Credit.

If you are claiming the credit for a tax year prior to 2023, be sure you are using the TC-60 for the correct tax year. Forms are available at **dor.sc.gov/forms**.

**Example:** On their 2023 federal return, Taxpayer A's federal Earned Income Tax Credit was $1,190.

By multiplying $1,190 by 125% (the EITC amount allowed by South Carolina in 2023), the taxpayer's South Carolina EITC amount is $1,488.

Attach this completed schedule to your SC1040.

**Social Security Privacy Act Disclosure**
It is mandatory that you provide your Social Security Number on this tax form if you are an individual taxpayer. 42 U.S.C. 405(c)(2)(C)(i) permits a state to use an individual's Social Security Number as means of identification in administration of any tax. SC Regulation 117-201 mandates that any person required to make a return to the SCDOR must provide identifying numbers, as prescribed, for securing proper identification. Your Social Security Number is used for identification purposes.

**The Family Privacy Protection Act**
Under the Family Privacy Protection Act, the collection of personal information from citizens by the SCDOR is limited to the information necessary for the SCDOR to fulfill its statutory duties. In most instances, once this information is collected by the SCDOR, it is protected by law from public disclosure. In those situations where public disclosure is not prohibited, the Family Privacy Protection Act prevents such information from being used by third parties for commercial solicitation purposes.

37241031

1555

**STATE OF SOUTH CAROLINA**
**DEPARTMENT OF REVENUE**
**ACTIVE TRADE OR BUSINESS INCOME**
**REDUCED RATE COMPUTATION**
Complete one I-335 for each return

**dor.sc.gov**

Attach I-335 and all supporting Worksheets to SC1040 or SC1041

**I-335**
(Rev. 7/10/24)
3410

**2024**

For the year January 1 - December 31, 2024, or fiscal tax year beginning _____ 2024 and ending _____ 2025

| Your name | Your SSN |
|---|---|
| MKRTCHYAN, GARIK | 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 |
| Spouse's name | Spouse's SSN |
| ANAHIT | 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 |

1a. Amount from Worksheet 1, line 3 .................................................... 1a. $ _____493_____ .00

1b. Total of amounts from each Worksheet 2, line 22, Column C ............................. 1b. $ _____ .00

1c. Add line 1a and line 1b. ................................................................ 1c. $ _____493_____ .00

2a. Any adjustments necessary because of at-risk rules, South Carolina net operating losses, and/or passive activity losses. Enter in brackets if negative................................. 2a. $ _____0_____ .00

2b. Deductible part of self-employment tax from your federal return on partnership income related to South Carolina. Do not include the amount from Worksheet 1, line 2 ..................... 2b. $ _____ .00

2c. Subtract line 2b from line 2a. Enter in brackets if negative ................................ 2c. $ _____0_____ .00

3. Add line 1c and line 2c. If zero or negative, stop ........................................ 3. $ _____493_____ .00

4. Amounts reasonably related to personal services of the taxpayer, the taxpayer's spouse, or any person claimed as a dependent on the taxpayer's Income Tax return. Do not include amounts from W-2s or guaranteed payments for personal services .............. 4. $ _____ .00

☐ Check here if using Safe Harbor. See instructions for Safe Harbor amount to use.

5. Subtract line 4 from line 3. If greater than zero, enter on SC1040, line I; Schedule NR, line 39; or SC1041, Part I, line 2d. ................................................... 5. $ _____493_____ .00

6. Amounts taxed at entity level (from SC K-1s)........................................... 6. $ _____ .00

7. Subtract line 6 from line 5. If zero or negative, stop ................................... 7. $ _____493_____ .00

8. Tax Year 2024 rate on qualifying active trade or business income ....................... 8. **3% (.03)**

9. Tax on active trade or business income (multiply line 7 by line 8) ........................ 9. $ _____15_____ .00
   Enter here and on SC1040, line 8 or on SC1041, line 9

**Note:** A taxpayer may decide annually to have eligible active trade or business income taxed at the reduced rate under SC Code Section 12-6-545 or continue to use the standard graduated 0% to 6.2% rates under SC Code Section 12-6-510 to compute South Carolina tax. For taxpayers filing a joint return, the election is effective for both taxpayers. SC Code Sections are available at **dor.sc.gov/policy.**

REV 01/28/25 PRO

1555

STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE
**WORKSHEET 1**
**PASS-THROUGH INCOME FROM**
**A SOLE PROPRIETORSHIP**
Complete one Worksheet 1 for all Schedules C, C-EZ, and F
Attach Worksheet 1 to your return

**dor.sc.gov**

**I-335A**

(Rev. 7/10/24)
3421

**2024**

| For the year January 1 - December 31, 2024, or fiscal tax year beginning | 2024 and ending | 2025 |

Your name
MKRTCHYAN, GARIK

Your SSN
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

Spouse's name
ANAHIT

Spouse's SSN
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

To use the flat tax rate on active trade or business income, an individual, estate, or trust with pass-through income from one or more Sole Proprietorships or Single-Member LLCs not taxed as corporations must complete Worksheet 1.

**Complete only one Worksheet 1 for all federal Schedules C, C-EZ, and F.**

1. South Carolina net profit (loss) from all federal Schedules C, C-EZ, and F . . . . . . . . . . . . . . . . . . . .1. $ _____531_.00

2. Deductible part of self-employment tax related to line 1. Enter the amount
   from the federal 1040 if all business income is taxable to South Carolina . . . . . . . . . . . . . . . . . . . . .2. $ _____38_.00

3. Subtract line 2 from line 1 and enter here and on I-335, line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . .3. $ _____493_.00

34211243

REV 01/28/25 PRO

Form **1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**
**2024**
OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20____    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Garik | Mkrtchyan | 318 | 75 | 8586 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| Anahit | Sirunyan | 806 | 80 | 6509 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
306 Tidal Rice Court

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
Wando | SC | 29492

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind Spouse: ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| Robert  Mkrtchyan | 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 | Son | ☐ | ☒ |
| Mari  Mkrtchyan | 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 | Daughter | ☒ | ☐ |
| Rafayel  Mkrtchyan | 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 | Son | ☒ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

**Standard Deduction for—**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 65,699. |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | 65,699. |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | 531. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 66,230. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 38. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 66,192. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 29,200. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 99. |
| 14 | Add lines 12 and 13 | 14 | 29,299. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 36,893. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2024)

Form 1040 (2024)                                                                                          Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | **16** | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814   **2** ☐ 4972   **3** ☐ _____ | | 16 | 3,961. |
| | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | 3,961. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | 3,877. |
| | 20 | Amount from Schedule 3, line 8 | | 20 | 84. |
| | 21 | Add lines 19 and 20 | | 21 | 3,961. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 75. |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 75. |
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a   3,738. | | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 3,738. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | | 26 | |
| | 27 | Earned income credit (EIC) | 27   136. | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28   623. | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | 759. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 4,497. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 4,422. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 35a | 4,422. |
| Direct deposit? See instructions. | b | Routing number  0 5 3 2 0 7 7 6 6    **c** Type: ☒ Checking  ☐ Savings | | | |
| | d | Account number  1 2 9 5 9 5 9 2 0 7 | | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☒ **Yes.** Complete below. | ☐ **No** |
|---|---|---|---|
| | Designee's name  Anna Spann, CPA | Phone no.  (803)414-2436 | Personal identification number (PIN)  2 9 4 1 4 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  Construction | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) | |
|---|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  Healthcare | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no. | Email address  garikmkrtchyan83@gmail.com | | |

| **Paid Preparer Use Only** | Preparer's name  Anna Spann, CPA | Preparer's signature  Anna Spann, CPA | Date  02/25/2025 | PTIN  P01427385 | Check if: ☒ Self-employed |
|---|---|---|---|---|---|
| | Firm's name   AVS Accounting | | | Phone no. | |
| | Firm's address   1964 Ashley River Rd Ste B Charleston SC 29416 | | | Firm's EIN  81-2606894 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.          **BAA**   REV 02/18/25 PRO                Form **1040** (2024)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Go to www.irs.gov/Form1040 for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. 01

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099k*.

**Part I    Additional Income**

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | 1 | 0. |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . | 2a | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . | 3 | 531. |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . | 5 | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . | 6 | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . | 7 | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . . . . . . | 8a ( ) | |
| b | Gambling . . . . . . . . . . . . . . . . | 8b | |
| c | Cancellation of debt . . . . . . . . . . . . . | 8c | |
| d | Foreign earned income exclusion from Form 2555 . . . . . | 8d ( ) | |
| e | Income from Form 8853 . . . . . . . . . . . . | 8e | |
| f | Income from Form 8889 . . . . . . . . . . . . | 8f | |
| g | Alaska Permanent Fund dividends . . . . . . . . . | 8g | |
| h | Jury duty pay . . . . . . . . . . . . . . . | 8h | |
| i | Prizes and awards . . . . . . . . . . . . . . | 8i | |
| j | Activity not engaged in for profit income . . . . . . . | 8j | |
| k | Stock options . . . . . . . . . . . . . . . | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) . | 8m | |
| n | Section 951(a) inclusion (see instructions) . . . . . . . | 8n | |
| o | Section 951A(a) inclusion (see instructions) . . . . . . . | 8o | |
| p | Section 461(l) excess business loss adjustment . . . . . . | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) . . | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 . . | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d . . . . . . . . . . . . . . . | 8s ( ) | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan . . . . . . . . . | 8t | |
| u | Wages earned while incarcerated . . . . . . . . . | 8u | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions . . . . . . . . . . . . . . | 8v | |
| z | Other income. List type and amount: _____ | 8z | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . | 9 | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . | 10 | 531. |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 1 (Form 1040) 2024

Schedule 1 (Form 1040) 2024     Page **2**

| **Part II** | **Adjustments to Income** | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . | 15 | 38. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . | 16 | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . | 17 | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . | 18 | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . | 19a | |
| b | Recipient's SSN . . . . . . . . . . . . . . | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Student loan interest deduction . . . . . . . . . . . . | 21 | |
| 22 | Reserved for future use . . . . . . . . . . . . . . | 22 | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | |
| d | Reforestation amortization and expenses | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans . . | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 . . . . . . . . | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | |
| z | Other adjustments. List type and amount: | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 . . . . . . . . . . . . . . | 26 | 38. |

**BAA**    REV 02/18/25 PRO      **Schedule 1 (Form 1040) 2024**

**SCHEDULE 2**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Taxes

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Go to www.irs.gov/Form1040 for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Garik Mkrtchyan & Anahit Sirunyan

**Your social security number**

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

| Part I | Tax |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Additions to tax: | | |
| a | Excess advance premium tax credit repayment. Attach Form 8962 . . . . | **1a** | |
| b | Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . | **1b** | |
| c | Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . | **1c** | |
| d | Recapture of net EPE from Form 4255, line 2a, column (l) . . . . | **1d** | |
| e | Excessive payments (EP) from Form 4255. Check applicable box and enter amount. <br> **(i)** ☐ Line 1a, column (n)  **(ii)** ☐ Line 1c, column (n) <br> **(iii)** ☐ Line 1d, column (n)  **(iv)** ☐ Line 2a, column (n) | **1e** | |
| f | 20% EP from Form 4255. Check applicable box and enter amount. See instructions. <br> **(i)** ☐ Line 1a, column (o)  **(ii)** ☐ Line 1c, column (o) <br> **(iii)** ☐ Line 1d, column (o)  **(iv)** ☐ Line 2a, column (o) | **1f** | |
| y | Other additions to tax (see instructions): _____ | **1y** | |
| z | Add lines 1a through 1y . . . . . . . . . . . | **1z** | |
| 2 | Alternative minimum tax. Attach Form 6251 . . . . . . . . | **2** | |
| 3 | Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . | **3** | |

| Part II | Other Taxes |
|---|---|

| | | | |
|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . | **4** | 75. |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 | **6** | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here . . . . . . . . . ☐ | **8** | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . | **11** | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . | **12** | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . | **16** | |

*(continued on page 2)*

**For Paperwork Reduction Act Notice, see your tax return instructions.**

**Schedule 2 (Form 1040) 2024**

Schedule 2 (Form 1040) 2024                                                                                          Page **2**

| **Part II** | **Other Taxes** *(continued)* | | |
|---|---|---|---|

**17** Other additional taxes:

**a** Recapture of other credits. List type, form number, and amount:
_____ **17a**

**b** Recapture of federal mortgage subsidy, if you sold your home see instructions **17b**

**c** Additional tax on HSA distributions. Attach Form 8889 . . . . . . . **17c**

**d** Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . . . . . . **17d**

**e** Additional tax on Archer MSA distributions. Attach Form 8853 . . . . **17e**

**f** Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 **17f**

**g** Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property **17g**

**h** Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . . . . . . **17h**

**i** Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . . . . . . **17i**

**j** Section 72(m)(5) excess benefits tax . . . . . . . . . . . . **17j**

**k** Golden parachute payments . . . . . . . . . . . . . . **17k**

**l** Tax on accumulation distribution of trusts . . . . . . . . . . **17l**

**m** Excise tax on insider stock compensation from an expatriated corporation . **17m**

**n** Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . **17n**

**o** Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR **17o**

**p** Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . . . . . . **17p**

**q** Any interest from Form 8621, line 24 . . . . . . . . . . . **17q**

**z** Any other taxes. List type and amount: _____ **17z**

| | | | |
|---|---|---|---|
| **18** | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . | **18** | |
| **19** | Recapture of net EPE from Form 4255, line 1d, column (l) . . . . . . . . | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A . . . . . . . | **20** | |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . . . . . . . . . . | **21** | 75. |

**BAA**    REV 02/18/25 PRO         **Schedule 2 (Form 1040) 2024**

**SCHEDULE 3**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Garik Mkrtchyan & Anahit Sirunyan

**Your social security number**

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

| Part I | Nonrefundable Credits | | | |
|---|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . | | **1** | |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 . . . . | | **2** | |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . | | **3** | |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . | | **4** | 84. |
| 5a | Residential clean energy credit from Form 5695, line 15 . . . . . | | **5a** | |
| b | Energy efficient home improvement credit from Form 5695, line 32 . . | | **5b** | |
| 6 | Other nonrefundable credits: | | | |
| a | General business credit. Attach Form 3800 . . . . . . . | **6a** | | |
| b | Credit for prior year minimum tax. Attach Form 8801 . . . . | **6b** | | |
| c | Adoption credit. Attach Form 8839 . . . . . . . . | **6c** | | |
| d | Credit for the elderly or disabled. Attach Schedule R . . . . | **6d** | | |
| e | Reserved for future use . . . . . . . . . . . | **6e** | | |
| f | Clean vehicle credit. Attach Form 8936 . . . . . . . | **6f** | | |
| g | Mortgage interest credit. Attach Form 8396 . . . . . . | **6g** | | |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 . | **6h** | | |
| i | Qualified electric vehicle credit. Attach Form 8834 . . . . . | **6i** | | |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 . | **6j** | | |
| k | Credit to holders of tax credit bonds. Attach Form 8912 . . . . | **6k** | | |
| l | Amount on Form 8978, line 14. See instructions . . . . . | **6l** | | |
| m | Credit for previously owned clean vehicles. Attach Form 8936 . . | **6m** | | |
| z | Other nonrefundable credits. List type and amount: _____ _____ | **6z** | | |
| 7 | Total other nonrefundable credits. Add lines 6a through 6z . . . . . . . . . | | **7** | |
| 8 | Add lines 1 through 4, 5a, 5b, and 7. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 | | **8** | 84. |
| Part II | Other Payments and Refundable Credits | | | |
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . | | **9** | |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . . . . . | | **10** | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . . | | **11** | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . | | **12** | |
| 13 | Other payments or refundable credits: | | | |
| a | Form 2439 . . . . . . . . . . . . . . | **13a** | | |
| b | Section 1341 credit for repayment of amounts included in income from earlier years . . . . . . . . . . . . . . | **13b** | | |
| c | Net elective payment election amount from Form 3800, Part III, line 6, column (j) | **13c** | | |
| d | Deferred amount of net 965 tax liability (see instructions) . . . . | **13d** | | |
| z | Other refundable credits (see instructions): _____ | **13z** | | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z . . . . . . . | | **14** | |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 . . . | | **15** | |

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 02/18/25 PRO    Schedule 3 (Form 1040) 2024

| SCHEDULE C<br>(Form 1040) | **Profit or Loss From Business**<br>(Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information. | 20**24**<br>Attachment<br>Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Garik Mkrtchyan | 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 |

| **A** | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions |
|---|---|---|
| | Specialty Construction services | 2 3 8 2 1 0 |

| **C** | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN) (see instr.) |
|---|---|---|
| | Coastal Electricians, LLC | 9 2 0 4 6 5 8 6 3 |

**E** Business address (including suite or room no.) 306 Tidal Rice Court
City, town or post office, state, and ZIP code Wando, SC 29492

**F** Accounting method: **(1)** ☒ Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses   ☒ Yes  ☐ No

**H** If you started or acquired this business during 2024, check here

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions   ☐ Yes  ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099?   ☐ Yes  ☐ No

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked   ☐ | 1 | 32,583. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 32,583. |
| 4 | Cost of goods sold (from line 42) | 4 | 15,644. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 16,939. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 16,939. |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 9,296. | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 6,377. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel and meals: | | |
| | | | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | 375. | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 360. |
| 17 | Legal and professional services | 17 | | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | 28 | 16,408. |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 531. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 531. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☒ All investment is at risk.<br>32b ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.     BAA     REV 02/18/25 PRO     Schedule C (Form 1040) 2024

Schedule C (Form 1040) 2024 — Page **2**

**Part III    Cost of Goods Sold** (see instructions)

**33** Method(s) used to value closing inventory:  **a** ☒ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| | | |
|---|---|---:|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 4,500. |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . | |
| **38** | Materials and supplies . . . . . . . . | 15,644. |
| **39** | Other costs . . . . . . . . . . . . | |
| **40** | Add lines 35 through 39 . . . . . . . | 20,144. |
| **41** | Inventory at end of year . . . . . . . | 4,500. |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | 15,644. |

**Part IV    Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month/day/year)  08/01/2023

**44** Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a** Business  9,518  **b** Commuting (see instructions) _____  **c** Other  6,842

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . ☒ Yes  ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . ☒ Yes  ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . ☒ Yes  ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

**Part V    Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30.

| | |
|---|---:|
| Telephone | 360. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a . . . . . . . . . . | 360. |

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

**Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.**
**Go to www.irs.gov/ScheduleSE for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **17**

| Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR) | Social security number of person with **self-employment** income |
|---|---|
| Garik Mkrtchyan | 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 |

**Part I**    **Self-Employment Tax**

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**    If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I    .    .    .    .    .    .    .    .    ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A    .    .    .    .    .    .    .    .    .    .    .    .    . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | **1b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 531. |
| **3** | Combine lines 1a, 1b, and 2    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . | **3** | 531. |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | **4a** | 490. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here    .    .    . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop**; you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue    .    .    .    .    .    . | **4c** | 490. |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income    .    .    .    .    .    .    . | **5a** | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0-    .    .    .    .    .    .    .    . | **5b** | 0. |
| **6** | Add lines 4c and 5b    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . | **6** | 490. |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2024    .    .    .    .    .    .    . | **7** | 168,600 |

| | | | | |
|---|---|---|---|---:|
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $168,600 or more, skip lines 8b through 10, and go to line 11    .    .    .    .    .    .    . | **8a** | 20,000. | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10    .    .    . | **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10    .    .    .    .    . | **8c** | | |
| **d** | Add lines 8a, 8b, and 8c    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . | | **8d** | 20,000. |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11    .    . | | **9** | 148,600. |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124)    .    .    .    .    .    .    .    .    .    . | | **10** | 61. |
| **11** | Multiply line 6 by 2.9% (0.029)    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . | | **11** | 14. |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4,** or **Form 1040-SS, Part I, line 3**    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . | | **12** | 75. |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15**    .    .    .    .    .    . | **13** | 38. | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule SE (Form 1040) 2024

Schedule SE (Form 1040) 2024     Page **2**

| **Part II** | **Optional Methods To Figure Net Earnings** (see instructions) | | | |
|---|---|---|---|---|

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $10,380, **or (b)** your net farm profits[2] were less than $7,493.

| 14 | Maximum income for optional methods . . . . . . . . . . . . . . . | **14** | *6,920* |
|---|---|---|---|
| 15 | Enter the **smaller** of: two-thirds ($2/3$) of gross farm income[1] (not less than zero) **or** $6,920. Also, include this amount on line 4b above . . . . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $7,493 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| 16 | Subtract line 15 from line 14 . . . . | **16** | |
|---|---|---|---|
| 17 | Enter the **smaller** of: two-thirds ($2/3$) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.

[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**BAA**    REV 02/18/25 PRO    **Schedule SE (Form 1040) 2024**

| SCHEDULE EIC<br>(Form 1040) | **Earned Income Credit**<br>Qualifying Child Information | OMB No. 1545-0074 |
|---|---|---|
| | | 20**24** |
| Department of the Treasury<br>Internal Revenue Service | **Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.**<br>Go to *www.irs.gov/ScheduleEIC* for the latest information. | Attachment<br>Sequence No. **43** |

| Name(s) shown on return | Your social security number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

If you are separated from your spouse, filing a separate return, and meet the requirements to claim the EIC (see instructions), check here ☐

**Before you begin:**
- See the instructions for Form 1040, line 27, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child. See also Pub. 596.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 800-772-1213.
- If you have a child who meets the conditions to be your qualifying child for purposes of claiming the EIC, but that child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.



**CAUTION**
- *You can't claim the EIC for a child who didn't live with you for more than half of the year.*
- *If your child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.*
- *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.*
- *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.*

## Qualifying Child Information

| | | **Child 1** | **Child 2** | **Child 3** |
|---|---|---|---|---|
| **1** | **Child's name**<br>If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name / Last name<br><br>Robert   Mkrtchyan | First name / Last name<br><br>Mari   Mkrtchyan | First name / Last name<br><br>Rafayel   Mkrtchyan |
| **2** | **Child's SSN**<br>The child must have an SSN as defined in the instructions for Form 1040, line 27, unless the child was born and died in 2024 or you are claiming the self-only EIC (see instructions). If your child was born and died in 2024 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | 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 | 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 | 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 |
| **3** | **Child's year of birth** | Year  2 0 0 7<br>*If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year  2 0 1 0<br>*If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year  2 0 1 5<br>*If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4a** | Was the child under age 24 at the end of 2024, a student, and younger than you (or your spouse, if filing jointly)? | ☐ **Yes.** ☐ **No.**<br>*Go to line 5.*   *Go to line 4b.* | ☐ **Yes.** ☐ **No.**<br>*Go to line 5.*   *Go to line 4b.* | ☐ **Yes.** ☐ **No.**<br>*Go to line 5.*   *Go to line 4b.* |
| **b** | Was the child permanently and totally disabled during any part of 2024? | ☐ **Yes.** ☐ **No.**<br>*Go to line 5.*   The child is not a qualifying child. | ☐ **Yes.** ☐ **No.**<br>*Go to line 5.*   The child is not a qualifying child. | ☐ **Yes.** ☐ **No.**<br>*Go to line 5.*   The child is not a qualifying child. |
| **5** | **Child's relationship to you**<br>(for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | Son | Daughter | Son |
| **6** | **Number of months child lived with you in the United States during 2024**<br>• If the child lived with you for more than half of 2024 but less than 7 months, enter "7."<br>• If the child was born or died in 2024 and your home was the child's home for more than half the time they were alive during 2024, enter "12." | 12 months<br>*Do not enter more than 12 months.* | 12 months<br>*Do not enter more than 12 months.* | 12 months<br>*Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.     BAA     REV 02/18/25 PRO     Schedule EIC (Form 1040) 2024

**SCHEDULE 8812**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Credits for Qualifying Children and Other Dependents

Attach to Form 1040, 1040-SR, or 1040-NR.

Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

OMB No. 1545-0074

20**24**

Attachment
Sequence No. **47**

| Name(s) shown on return | Your social security number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

## Part I  Child Tax Credit and Credit for Other Dependents

| | | | |
|---|---|---|---:|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR | **1** | 66,192. |
| 2a | Enter income from Puerto Rico that you excluded | **2a** | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 | **2b** | 0. |
| c | Enter the amount from line 15 of your Form 4563 | **2c** | |
| d | Add lines 2a through 2c | **2d** | 0. |
| 3 | Add lines 1 and 2d | **3** | 66,192. |
| 4 | Number of qualifying children under age 17 with the required social security number | **4** | 2 |
| 5 | Multiply line 4 by $2,000 | **5** | 4,000. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number | **6** | 1 |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | |
| 7 | Multiply line 6 by $500 | **7** | 500. |
| 8 | Add lines 5 and 7 | **8** | 4,500. |
| 9 | Enter the amount shown below for your filing status. | | |
| | • Married filing jointly—$400,000 | | |
| | • All other filing statuses—$200,000 | **9** | 400,000. |
| 10 | Subtract line 9 from line 3. | | |
| | • If zero or less, enter -0-. | | |
| | • If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | **10** | 0. |
| 11 | Multiply line 10 by 5% (0.05) | **11** | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? | **12** | 4,500. |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27. | | |
| | ☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | |
| 13 | Enter the amount from **Credit Limit Worksheet A** | **13** | 3,877. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents** | **14** | 3,877. |
| | **Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19.** | | |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27 (also complete Schedule 3, line 11) before completing Part II-A.

**For Paperwork Reduction Act Notice, see your tax return instructions.**   **BAA**   REV 02/18/25 PRO   **Schedule 8812 (Form 1040) 2024**

Schedule 8812 (Form 1040) 2024 — Page **2**

## Part II-A  Additional Child Tax Credit for All Filers

**Caution:** If you file Form 2555, you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 15 | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . | | ☐ |
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . | **16a** | 623. |
| b | Number of qualifying children under age 17 with the required social security number: \_\_\_\_2\_\_\_\_ x $1,700.    Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . | **16b** | 3,400. |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | | |
| 17 | Enter the **smaller** of line 16a or line 16b . . . . . . . . . . | **17** | 623. |

| 18a | Earned income (see instructions) . . . . . . | **18a** | 66,192. | | |
| b | Nontaxable combat pay (see instructions) . . . . . | **18b** | | | |
| 19 | Is the amount on line 18a more than $2,500? | | | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result . . . . | **19** | 63,692. | | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . | | | **20** | 9,554. |

**Next.** On line 16b, is the amount $5,100 or more?

☒ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27.

☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21.

## Part II-B  Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico

| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions . . . . | **21** | | |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 . | **22** | | |
| 23 | Add lines 21 and 22 . . . . . . . . . . . . | **23** | | |
| 24 | **1040 and** | | | |
| | **1040-SR filers:**  Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 11. | | | |
| | **1040-NR filers:**  Enter the amount from Schedule 3 (Form 1040), line 11. | **24** | | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . | | | **25** | |
| 26 | Enter the **larger** of line 20 or line 25 . . . . . . . . . . . | | | **26** | |
| | **Next,** enter the smaller of line 17 or line 26 on line 27. | | | | |

## Part II-C  Additional Child Tax Credit

| 27 | **This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28** . . | **27** | 623. |

**BAA**    REV 02/18/25 PRO    **Schedule 8812 (Form 1040) 2024**

Form **8880**

Department of the Treasury
Internal Revenue Service

## Credit for Qualified Retirement Savings Contributions

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form8880* for the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **54**

Name(s) shown on return

Garik Mkrtchyan & Anahit Sirunyan

Your social security number

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

**⚠ CAUTION**

*You **cannot** take this credit if **either** of the following applies.*

- *The amount on Form 1040, 1040-SR, or 1040-NR, line 11, is more than $38,250 ($57,375 if head of household; $76,500 if married filing jointly).*
- *The person(s) who made the qualified contribution or elective deferral (**a**) was born after January 1, 2007; (**b**) is claimed as a dependent on someone else's 2024 tax return; or (**c**) was a **student** (see instructions).*

|   |   |   | **(a) You** | **(b) Your spouse** |
|---|---|---|---|---|
| 1 | Traditional and Roth IRA contributions, and ABLE account contributions by the designated beneficiary for 2024. **Do not** include rollover contributions . . . . . | **1** | | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2024 (see instructions) . . | **2** | | 836. |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . | **3** | | 836. |
| 4 | Certain distributions received **after** 2021 and **before** the due date (including extensions) of your 2024 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception . . . | **4** | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- . . . . . . . . . | **5** | | 836. |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 . . . . . . . . | **6** | | 836. |
| 7 | Add the amounts on line 6. If zero, **stop**; you can't take this credit . . . . . . . . . . . . . . . . . | **7** | | 836. |
| 8 | Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 11* . . . . . | **8** | 66,192. | |
| 9 | Enter the applicable decimal amount from the table below. | | | |

| If line 8 is— | | And your filing status is— | | |
|---|---|---|---|---|
| Over— | But not over— | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying surviving spouse |
| | | **Enter on line 9—** | | |
| --- | $23,000 | 0.5 | 0.5 | 0.5 |
| $23,000 | $25,000 | 0.5 | 0.5 | 0.2 |
| $25,000 | $34,500 | 0.5 | 0.5 | 0.1 |
| $34,500 | $37,500 | 0.5 | 0.2 | 0.1 |
| $37,500 | $38,250 | 0.5 | 0.1 | 0.1 |
| $38,250 | $46,000 | 0.5 | 0.1 | 0.0 |
| $46,000 | $50,000 | 0.2 | 0.1 | 0.0 |
| $50,000 | $57,375 | 0.1 | 0.1 | 0.0 |
| $57,375 | $76,500 | 0.1 | 0.0 | 0.0 |
| $76,500 | --- | 0.0 | 0.0 | 0.0 |

**9** x .1

**Note:** If line 9 is zero, **stop**; you can't take this credit.

| | | | | |
|---|---|---|---|---|
| 10 | Multiply line 7 by line 9 . . . . . . . . . . . . . . . . . . . . . . . | **10** | | 84. |
| 11 | Limitation based on tax liability. Enter the amount from the Credit Limit Worksheet in the instructions | **11** | | 3,961. |
| 12 | **Credit for qualified retirement savings contributions.** Enter the **smaller** of line 10 or line 11 here and on Schedule 3 (Form 1040), line 4 . . . . . . . . . . . . . . . . . | **12** | | 84. |

\* See Pub. 590-A for the amount to enter if you claim any exclusion or deduction for foreign earned income, foreign housing, or income from Puerto Rico or for bona fide residents of American Samoa.

**For Paperwork Reduction Act Notice, see your tax return instructions.**

BAA     REV 02/18/25 PRO     Form **8880** (2024)

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

**Attach to your tax return.**
**Go to www.irs.gov/Form8995 for instructions and the latest information.**

OMB No. 1545-2294

**20****24**

Attachment
Sequence No. **55**

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

**Note:** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $191,950 ($383,900 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|---|
| | i | Coastal Electricians, LLC | 92-0465863 | 493. |
| | ii | | | |
| | iii | | | |
| | iv | | | |
| | v | | | |

| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . | 2 | 493. | |
|---|---|---|---|---|
| 3 | Qualified business net (loss) carryforward from the prior year . . . . . | 3 | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 493. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . . | | | 5 | 99. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . | 6 | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . | 7 | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . | 8 | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . | | | 9 | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . . . | | | 10 | 99. |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 36,992. | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) . . . | 12 | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . | 13 | 36,992. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . | | | 14 | 7,398. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) . . . . . | | | 15 | 99. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . | | | 16 | ( 0. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17 | ( 0. ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**       REV 02/18/25 PRO       Form **8995** (2024)

Form **8867**

(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

**Paid Preparer's Due Diligence Checklist**

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC),
Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and
Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status

**To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, or 1040-SS.**
**Go to www.irs.gov/Form8867 for instructions and the latest information.**

OMB No. 1545-0074

For tax year
20 **24**

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| Garik Mkrtchyan & Anahit Sirunyan | 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 |

| Preparer's name | Preparer tax identification number |
|---|---|
| Anna Spann, CPA | P01427385 |

### Part I   Due Diligence Requirements

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V
for the benefit(s) claimed (check all that apply).   ☒ EIC   ☒ CTC/ACTC/ODC   ☐ AOTC   ☐ HOH

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **1** | Did you complete the return based on information for the applicable tax year provided by the taxpayer or reasonably obtained by you? | ☒ | ☐ | |
| **2** | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-SS, or Schedule 8812 (Form 1040) instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? . . | ☒ | ☐ | ☐ |
| **3** | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. | | | |
| | • Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. | | | |
| | • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of any credit(s) . . . . . . . . . . | ☒ | ☐ | |
| **4** | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "**Yes**," answer questions 4a and 4b. If "**No**," go to question 5.) . . . . . . . . . | ☐ | ☒ | |
| **a** | Did you make reasonable inquiries to determine the correct, complete, and consistent information? . | ☐ | ☐ | |
| **b** | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) . . . . . . . . . | ☐ | ☐ | |
| **5** | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in question 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to figure the amount(s) of the credit(s) . . . . . . . . . . . . . . . | ☒ | ☐ | |
| | List those documents provided by the taxpayer, if any, that you relied on: | | | |
| | Client provided documents | | | |
| **6** | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit? . . . . . . . . . . . . . . . . | ☒ | ☐ | |
| **7** | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? . . | ☐ | ☐ | ☒ |
| | **(If credits were disallowed or reduced, go to question 7a; if not, go to question 8.)** | | | |
| **a** | Did you complete the required recertification Form 8862? . . . . . . . . . . . | ☐ | ☐ | |
| **8** | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040)? . . . . . . . . . . . . . . . . | ☒ | ☐ | ☐ |

**For Paperwork Reduction Act Notice, see separate instructions.**

REV 02/18/25 PRO

Form **8867** (Rev. 11-2024)

Form 8867 (Rev. 11-2024) | **Page 2**

| | | Yes | No | N/A |
|---|---|---|---|---|
| **Part II** | **Due Diligence Questions for Returns Claiming EIC** (If the return does not claim EIC, go to Part III.) | | | |
| **9a** | Have you determined that the taxpayer is eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? **(If the taxpayer is claiming the EIC and does not have a qualifying child, go to question 10.)** | ☒ | ☐ | |
| **b** | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? . . . . . . . . . . . | ☒ | ☐ | |
| **c** | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? . . . . . . . . . . . | ☐ | ☐ | ☒ |

| | | Yes | No | N/A |
|---|---|---|---|---|
| **Part III** | **Due Diligence Questions for Returns Claiming CTC/ACTC/ODC** (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | | | |
| **10** | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? . . . . . . . . . . . | ☒ | ☐ | |
| **11** | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the child has not lived with the taxpayer for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? . . . . . . . . . . . | ☐ | ☐ | ☒ |
| **12** | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? . . . . . . . . . . . | ☐ | ☐ | ☒ |

| | | Yes | No |
|---|---|---|---|
| **Part IV** | **Due Diligence Questions for Returns Claiming AOTC** (If the return does not claim AOTC, go to Part V.) | | |
| **13** | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? . . . . . . . . . . . | ☐ | ☐ |

| | | Yes | No |
|---|---|---|---|
| **Part V** | **Due Diligence Questions for Claiming HOH** (If the return does not claim HOH filing status, go to Part VI.) | | |
| **14** | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? . . . . . | ☐ | ☐ |

| **Part VI** | **Eligibility Certification** |
|---|---|

**You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

    A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

    B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

    C. Submit Form 8867 in the manner required; **and**

    D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention*.

        1. A copy of this Form 8867.

        2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

        3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

        4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

        5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

**If you have not complied with all due diligence requirements, you may have to pay a penalty for each failure to comply related to a claim of an applicable credit or HOH filing status (see instructions for more information).**

| | | Yes | No |
|---|---|---|---|
| **15** | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? . . . . . . . . . . . | ☒ | ☐ |

Exhibit O

ՀԱՅԱՍՏԱՆԻ ՀԱՆՐԱՊԵՏՈՒԹՅՈՒՆ  REPUBLIC OF ARMENIA
ԱՁԳԱՆՈՒՆԸ

ՄԿՐՏՉՅԱՆ

ԱՆՈՒՆԸ

ԳԱՐԻԿ  ԳԱՌՆԻԿԻ

ՔԱՂԱՔԱՑԻՈՒԹՅՈՒՆԸ  ՀԱՅԱՍՏԱՆԻ ՀԱՆՐԱՊԵՏՈՒԹՅՈՒՆ

ԾՆՎԵԼ Է                    ԾՆՆԴԱՎԱՅՐԸ
01.01.1984                 ՀԱՅԱՍՏԱՆԻ ՀԱՆՐԱՊԵՏՈՒԹՅՈՒՆ
ՏՐՎԵԼ Է                     ՎԱՎԵՐԱԿԱՆ Է ՄԻՆՉԵՎ
02.03.2010                 02.03.2020
ՈՒՄ ԿՈՂՄԻՑ
012

ԱՆՁՆԱԳՐԻ ՏԻՐՈՋ ՍՏՈՐԱԳՐՈՒԹՅՈՒՆԸ/SIGNATURE OF HOLDER



ՀԱՅԱՍՏԱՆԻ ՀԱՆՐԱՊԵՏՈՒԹՅՈՒՆ  REPUBLIC OF ARMENIA

| | TYPE | COUNTRY CODE | PASSPORT No. |
|---|---|---|---|
| PASSPORT | P | ARM | AK0454811 |

SURNAME(S)
MKRTCHYAN
NAME
GARIK
NATIONALITY  REPUBLIC OF ARMENIA
DATE OF BIRTH                    PERSONAL No.
01 JAN 1984
SEX    PLACE OF BIRTH
M      REPUBLIC OF ARMENIA
DATE OF ISSUE            DATE OF EXPIRY
02 MAR 2010             02 MAR 2020
AUTHORITY
012

P<ARMMKRTCHYAN<<GARIK<<<<<<<<<<<<<<<<<<<<<<<<
AK04548117ARM8401016M2003027<<<<<<<<<<<<<<<00



VISA    UNITED STATES OF AMERICA

**Issuing Post Name**
YEREVAN

**Surname**
MKRTCHYAN

**Given Name**
GARIK

**Control Number**
20172612040002

**Visa Type /Class**
R   B1/B2

| **Passport Number** AK0454811 | **Sex** M | **Birth Date** 01JAN1984 | **Nationality** ARM |

**Entries**
M

**Issue Date**
20SEP2017

**Expiration Date**
17SEP2027    0101

**Annotation**

M0592932

VNUSAMKRTCHYAN<<GARIK<<<<<<<<<<<<<<<<<<<<<<<<
AK04548117ARM8401016M2709178B3YRV0477Z942198

Exhibit P



Official Website of the Department of Homeland Security

## U.S. Immigration and Customs Enforcement

Report Crimes: Email or Call 1-866-DHS-2-ICE

Home | Who We Are | **What We Do** | Newsroom | Information Library | Contact ICE

## Search Results: 1

**GARIK MKRTCHYAN**

**Country of Birth :** Armenia
**A-Number:** 246500035
**Status :** In ICE Custody
**State:** GA
**Current Detention Facility:** FOLKSTON MAIN

*\* Click on the Detention Facility name to obtain facility contact information*

[ BACK TO SEARCH > ]

### Related Information

#### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

#### External Links

Bureau of Prisons Inmate Locator



DHS.gov | USA.gov | OIG | Open Gov | FOIA | Metrics | No Fear Act | Site Map | Site Policies & Plug-Ins